3/24/09  6:40PM

B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**EBRO FOODS, INC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**36-2553852** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1330 W. 43rd Street**<br>**Chicago, IL**<br>ZIP Code **60609** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **EBRO FOODS, INC** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| | (To be completed if debtor is an individual whose debts are primarily consumer debts.) |
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ <br> Signature of Attorney for Debtor(s)                   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **EBRO FOODS, INC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** **/s/ Forrest L. Ingram**
Signature of Attorney for Debtor(s)

**Forrest L. Ingram 3129032**
Printed Name of Attorney for Debtor(s)

**Forrest L. Ingram, P.C.**
Firm Name

**79 W. Monroe St., Suite 900**
**Chicago, IL 60603**

_____
Address

**Email: foringpc@aol.com**
**(312) 759-2838 Fax: (312) 759-0298**
Telephone Number

**March 24, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Zenaida E. Abreu**
Signature of Authorized Individual

**Zenaida E. Abreu**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March 24, 2009**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   **EBRO FOODS, INC**

Debtor(s)

Case No.

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Brandt Box & Papers Co., Inc. 400 Lexington Dr. Buffalo Grove, IL 60089** | **Brandt Box & Papers Co., Inc. 400 Lexington Dr. Buffalo Grove, IL 60089** | | | 23,960.00 |
| **Burling Freemont, LLC 2850 S. Michigan Ave. Chicago, IL 60605** | **Burling Freemont, LLC 2850 S. Michigan Ave. Chicago, IL 60605** | **Construction** | | 100,000.00 |
| **CH Robinson Worldwide, Inc. 25 Northwest Point Blvd. Elk Grove Village, IL 60007** | **CH Robinson Worldwide, Inc. 25 Northwest Point Blvd. Elk Grove Village, IL 60007** | | | 21,845.00 |
| **City of Chicago Water Dept. 333 S. State Street Chicago DePaul Center, Suite LL10 Chicago, IL 60602** | **City of Chicago Water Dept. 333 S. State Street Chicago DePaul Center, Suite LL10 Chicago, IL 60602** | | | 58,271.00 |
| **Colgate Commodities c/o Dean Nelson HC 2 Box 17, 308 Front Avenue Colgate, ND 58046** | **Colgate Commodities c/o Dean Nelson HC 2 Box 17, 308 Front Avenue Colgate, ND 58046** | | | 17,063.78 |
| **Crown Cork & Seal c/o Gary Schearer 1440 Payshere Circle Chicago, IL 60674** | **Crown Cork & Seal c/o Gary Schearer 1440 Payshere Circle Chicago, IL 60674** | | | 300,000.00 |
| **Environmental Services, Inc. c/o Nicholas J. Malone PO Box 385 Western Springs, IL 60558** | **Environmental Services, Inc. c/o Nicholas J. Malone PO Box 385 Western Springs, IL 60558** | **Arrearages on Lease of Equipment** | | 100,000.00 |
| **G&G Peppers PO Box 368 Frankton, IN 46044** | **G&G Peppers PO Box 368 Frankton, IN 46044** | **PACA - protected fresh peppers** | | 42,920.00 |
| **Illinois Dept. of Employment PO Box 88294 Chicago, IL 60608-3412** | **Illinois Dept. of Employment PO Box 88294 Chicago, IL 60608-3412** | **Unemployment Taxes** | | 30,000.00 |
| **Illinois Dept. of Revenue PO Box 88294 Chicago, IL 60608-1294** | **Illinois Dept. of Revenue PO Box 88294 Chicago, IL 60608-1294** | **941 Withholding taxes for 2008** | | 37,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **EBRO FOODS, INC**                                        Case No. _____
                           Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| IRS<br>Centralized Insolvency Operations<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | IRS<br>Centralized Insolvency Operations<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | 941 Withholding taxes including interest and penalties | | 415,000.00 |
| Kelley Beans Co., Inc.<br>2407 Circle Drive<br>PO Box 2488<br>Scottsbluff, NE 69363 | Kelley Beans Co., Inc.<br>2407 Circle Drive<br>PO Box 2488<br>Scottsbluff, NE 69363 | Judgment on 11/19/08. | | 68,500.00 |
| Maria & Ricardo Fernandez Fernandez<br>1330 Weset 43rd Street<br>Chicago, IL 60609 | Maria & Ricardo Fernandez Fernandez<br>1330 Weset 43rd Street<br>Chicago, IL 60609 | personal loan to Ebro Foods | | 50,000.00 |
| People's Energy<br>130 E. Randolph Dr.<br>Chicago, IL 60687-6207 | People's Energy<br>130 E. Randolph Dr.<br>Chicago, IL 60687-6207 | | | 61,000.00 |
| Primary Staffing, Inc.<br>4247 S. Kedzie<br>Chicago, IL 60632 | Primary Staffing, Inc.<br>4247 S. Kedzie<br>Chicago, IL 60632 | | | 28,000.00 |
| PW Montgomery, LLC<br>c/o Patrick King<br>5586 W. 19th Street, Ste. 130<br>Greeley, CO 80634 | PW Montgomery, LLC<br>c/o Patrick King<br>5586 W. 19th Street, Ste. 130<br>Greeley, CO 80634 | | | 37,171.00 |
| Tobin, Munoz, & Petkus<br>3 First National Plaza<br>Ste. 1950<br>Chicago, IL 60602 | Tobin, Munoz, & Petkus<br>3 First National Plaza<br>Ste. 1950<br>Chicago, IL 60602 | Attorney | | 98,809.00 |
| Total Staffing Solutions<br>PO Box 5665<br>Naperville, IL 60567 | Total Staffing Solutions<br>PO Box 5665<br>Naperville, IL 60567 | | | 54,000.00 |
| UFCW Local 1546 Health and Welfare Fund<br>1649 W. Adams Street<br>Chicago, IL 60612 | UFCW Local 1546 Health and Welfare Fund<br>1649 W. Adams Street<br>Chicago, IL 60612 | Union contract - back wages and bonus | | 136,000.00 |
| Washington Mutual<br>c/o Morrist Oxford Mngt Services<br>Southgate, MI 48195 | Washington Mutual<br>c/o Morrist Oxford Mngt Services<br>Southgate, MI 48195 | Bank Loan | | 87,519.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **EBRO FOODS, INC**                                                               Case No.
                             Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **March 24, 2009**                    Signature   **/s/ Zenaida E. Abreu**
                                                        **Zenaida E. Abreu**
                                                        **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Illinois

In re **EBRO FOODS, INC**            Case No.

Debtor(s)          Chapter **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **65**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 24, 2009**        **/s/ Zenaida E. Abreu**
                                          **Zenaida E. Abreu**/**President**
                                          Signer/Title

Aaron Morales
3566 W. Lyndale
Chicago, IL 60647

Andres Delgado
2029 W. 19th Street
Chicago, IL 60608

Angel A. Rosell
3799 W. 75th Place
Chicago, IL 60652

Aucensia Y. Villaruel
10336 Avenue L
Chicago, IL 60617

Bank of America
135 S. LaSalle St., Ste. 2140
Chicago, IL 60603

Brandt Box & Papers Co., Inc.
400 Lexington Dr.
Buffalo Grove, IL 60089

Burling Freemont, LLC
2850 S. Michigan Ave.
Chicago, IL 60605

c/o Arthur Raphael
Teller, Levitt, & Silvertrust, P.C.
11 E. Adams St.
Chicago, IL 60603

CH Robinson Worldwide, Inc.
25 Northwest Point Blvd.
Elk Grove Village, IL 60007

City of Chicago Water Dept.
333 S. State Street Chicago
DePaul Center, Suite LL10
Chicago, IL 60602

Clifton Gunderson & Co.
c/o Jim Beien
1301 W. 22nd Street, Ste. 1100
Oak Brook, IL 60523


Colgate Commodities
c/o Dean Nelson
HC 2 Box 17, 308 Front Avenue
Colgate, ND 58046


Crown Cork & Seal
c/o Gary Schearer
1440 Payshere Circle
Chicago, IL 60674


Ecker Associates, Inc.
PO Box 7988
Delray Beach, FL 33482


Elena Acosta
3914 W. 69th Place
Chicago, IL 60629


Eloy G. Garcia
3547 W. 63rd Place
Chicago, IL 60629


Enmeregildo Valladares
1336 W. Farwell
Chicago, IL 60626


Environmental Services, Inc.
c/o Nicholas J. Malone
PO Box 385
Western Springs, IL 60558


G&G Peppers
PO Box 368
Frankton, IN 46044


Gabina Torres
3348 S. Hoyne
Chicago, IL 60608

```
Gregg Kotch
Wiliams, Babbit, & Weisman, Inc.
5255 N. Federal Highway
Boca Raton, FL 33487


Gusto Packaging, Inc.
2125 Rochester Drive
Montgomery, IL 60538


Harvest Foods
30 W. 260 Butterfield Rd., Ste 201
Warrenville, IL 60555


Illinois Dept. of Employment
PO Box 88294
Chicago, IL 60608-3412


Illinois Dept. of Revenue
PO Box 88294
Chicago, IL 60608-1294


Impact Label Corp.
c/o Miles Cohen, Scott & Kraus, LLC
150 S. Wacker Drive, Ste. 2900
Chicago, IL 60606


Iris Hernandez
2743 N. Monticello
Chicago, IL 60647


IRS
Centralized Insolvency Operations
Post Office Box 21126
Philadelphia, PA 19114-0326


Isreal Ocampo
4305 W. 83rd Street
Chicago, IL 60652


Jamil
PO Box 684
1420 Industrial Drive
Mishawaka, IN 46546
```

Jan Peter Weiss, Esquire
917 North Dixie Highway
Lake Worth, FL 33460


Juan Alonso
1827 S. Allport
Chicago, IL 60608


Juana V. Chavez
2709 S. Central Park
Chicago, IL 60623


Julio Arellano
5133 S. Christiana
Chicago, IL 60632


Kelley Beans Co., Inc.
2407 Circle Drive
PO Box 2488
Scottsbluff, NE 69363


L&L Packing Co.
c/o Pamela McLean Meyerson
151 N. Harvey Ave.
Oak Park, IL 60302


Lorenzo Martinez
2023 W. 17th Street
Chicago, IL 60608


Lucia P. Carrera
6421 S. Lockwood
Chicago, IL 60638


Maria & Ricardo Fernandez
Fernandez
1330 Weset 43rd Street
Chicago, IL 60609


Maria R. Sanchez
1810 S. 49th Court
Cicero, IL 60804

Martin Adame
4543 Center Avenue
Lyons, IL 60534


Mary E. Gardner, Esquire
PO Box 330
West Dundee
Dundee, IL 60118


Miguel Morales
3820 S. Sacramento
Chicago, IL 60632


Mr. Robert Greenburg
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson, Ste. 1900
Chicago, IL 60608


Mr. Stein, JD
Stein & Roman
105 W. Madison Street
Chicago, IL 60606


NEC Financial Services, Inc.
c/o Jennifer S. Burt, Askounis &
Darcy, PC, 401 N. Michigan, Ste 550
Chicago, IL 60611


Norberto Escobedo
1417 S. 57th Avenue
Cicero, IL 60804


Oliva Camargo
3453 W. 53rd Street
Chicago, IL 60632


Pablo Rodriguez
4020 W. 83rd Street
Chicago, IL 60652


Patricia Alvarez
3744 W. 55th Street
Chicago, IL 60632

```
Pedro Ramirez
2029 W. 19th Street
Chicago, IL 60608


People's Energy
130 E. Randolph Dr.
Chicago, IL 60687-6207


Primary Staffing, Inc.
4247 S. Kedzie
Chicago, IL 60632


PW Montgomery, LLC
c/o Patrick King
5586 W. 19th Street, Ste. 130
Greeley, CO 80634


Silvia & Mimi Vega
6624 N. Ramona
Lincolnwood, IL 60712


Timothy E. Horton
Ungaretti & Harris LLP
3500 Thre First National Plaza
Chicago, IL 60602


Timothy W. Fafinski
Corporat Counsel, PA
3411 Brei Kessel Road
Independence, MN 55359


Tobin, Munoz, & Petkus
3 First National Plaza
Ste. 1950
Chicago, IL 60602


Total Staffing Solutions
PO Box 5665
Naperville, IL 60567


Ubaldo Sandoval
3303 S. Bell
Chicago, IL 60608
```

```
UFCW Local 1546 Health and Welfare
Fund
1649 W. Adams Street
Chicago, IL 60612


Umbertina Gomez
1417 S. 57th Avenue
Cicero, IL 60804


Vienna Beef
2549 Payshere Circle
Chicago, IL 60674


Washington Mutual
c/o Morrist Oxford Mngt Services
Southgate, MI 48195


Zenaida Abreau
4545 W. Toughy
Lincolnwood, IL 60712
```