**B9F ALT (Official Form 9F ALT)** (Chapter 11 Corporation/Partnership Case) (12/08)      Case Number **09–10101**

# UNITED STATES BANKRUPTCY COURT
Northern District of Illinois

# Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor Corporation listed below was filed on March 24, 2009.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

## See Reverse Side For Important Explanations.

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
EBRO Foods INC
1330 W 43rd Street
Chicago, IL 60609

| | |
|---|---|
| Case Number: 09–10101<br>Office Code: 1 | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>36–2553852 |
| Attorney for Debtor (name and address):<br>Forrest L Ingram<br>Forrest L. Ingram, P.C.<br>79 W Monroe Street<br>Suite 900<br>Chicago, IL 60603<br>Telephone number: 312 759–2838 | |

## Meeting of Creditors:

Date: **April 29, 2009**      Time: **01:30 PM**

Location: **219 South Dearborn, Room 802, Chicago, IL 60604**

**All debtors are required to attend and bring a picture ID and proof of their Social Security Number to the 341 meeting.**

## Deadlines to File a Proof of Claim:

Proof of claim must be *received* by the bankruptcy clerk's office by the following deadline:

Notice of deadline will be sent at a later time.

### Creditor with a Foreign Address:
A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Deadline to File a Complaint to Determine Dischargeability of Certain Debts: June 29, 2009

## Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604<br>Telephone number: 1–888–232–6814 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Kenneth S. Gardner |
| Hours Open: Monday – Friday 9:00 AM – 4:30 PM | Date: March 26, 2009 |

# EXPLANATIONS

B9F ALT (Official Form 9F ALT) (12/08)

| | |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor listed on the front side, and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the debtor's property and may continue to operate any business. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. The court, after notice and a hearing, may order that the United States trustee not convene the meeting if the debtor has filed a plan for which the debtor solicited acceptances before filing the case. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any bankruptcy clerk's office. You may look at the schedules that have been or will be filed at the bankruptcy clerk's office. If your claim is scheduled and is not listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, then you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on the plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. **Filing Deadline for a Creditor with a Foreign Address:** The deadlines for filing claims will be set in a later court order and will apply to all creditors unless the order provides otherwise. If notice of the order setting the deadline is sent to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See Bankruptcy Code § 1141(d). A discharge means that you may never try to collect the debt from the debtor, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

−− Refer to Other Side for Important Deadlines and Notices −−

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | PROOF OF CLAIM |
|---|---|

| Name of Debtor: EBRO Foods INC | Case Number: 09-10101 - ERW |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:**_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**     $_____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
   (See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   **Nature of property or right of setoff:**   ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
   **Describe:**

   **Value of Property:** $_____    **Annual Interest Rate**____%

   **Amount of arrearage and other charges as of time case filed included in secured claim,**

   **if any:** $_____   **Basis for perfection:** _____

   **Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| **Date:** | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

# INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

**Items to be completed in Proof of Claim form**

**Court, Name of Debtor, and Case Number:**
Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**
Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**
State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**
State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**
State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**
Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**
Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a):**
If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**
An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**
Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**
The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____DEFINITIONS_____

**Debtor**
A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**
A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10).

**Claim**
A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**
A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**
A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A claim also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**
An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)** Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**
A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax-identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**
Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____INFORMATION_____

**Acknowledgment of Filing of Claim**
To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**
Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 *et seq*.), and any applicable orders of the bankruptcy court.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                  Page 1 of 2                   Date Rcvd: Mar 26, 2009
Case: 09-10101                Form ID: b9f                 Total Served: 67

The following entities were served by first class mail on Mar 28, 2009.
db          +EBRO Foods INC,    1330 W 43rd Street,    Chicago, IL 60609-3308
aty         +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 900,
              Chicago, IL 60603-4914
13689883    +Aaron Morales,    3566 W. Lyndale,    Chicago, IL 60647-3532
13689884    +Andres Delgado,    2029 W. 19th Street,    Chicago, IL 60608-2614
13689885    +Angel A. Rosell,    3799 W. 75th Place,    Chicago, IL 60652-1336
13689886    +Aucensia Y. Villaruel,    10336 Avenue L,    Chicago, IL 60617-6037
13689887    +Bank of America,    135 S. LaSalle St., Ste. 2140,    Chicago, IL 60603-4424
13689888    +Brandt Box & Papers Co., Inc.,    400 Lexington Dr.,    Buffalo Grove, IL 60089-6935
13689889    +Burling Freemont, LLC,    2850 S. Michigan Ave.,    Chicago, IL 60616-5018
13689891    +CH Robinson Worldwide, Inc.,    25 Northwest Point Blvd.,    Elk Grove Village, IL 60007-1056
13689892    +City of Chicago Water Dept.,    333 S. State Street Chicago,    DePaul Center, Suite LL10,
              Chicago, IL 60604-3900
13689893    +Clifton Gunderson & Co.,    c/o Jim Beien,    1301 W. 22nd Street, Ste. 1100,
              Oak Brook, IL 60523-2020
13689894    +Colgate Commodities,    c/o Dean Nelson,    HC 2 Box 17, 308 Front Avenue,    Colgate, ND 58046-9013
13689895    +Crown Cork & Seal,    c/o Gary Schearer,    1440 Payshere Circle,    Chicago, IL 60674-0014
13689896    +Ecker Associates, Inc.,    PO Box 7988,    Delray Beach, FL 33482-7988
13689897    +Elena Acosta,    3914 W. 69th Place,    Chicago, IL 60629-4213
13689898    +Eloy G. Garcia,    3547 W. 63rd Place,    Chicago, IL 60629-3725
13689899    +Enmeregildo Valladares,    1336 W. Farwell,    Chicago, IL 60626-3754
13689900    +Environmental Services, Inc.,    c/o Nicholas J. Malone,    PO Box 385,
              Western Springs, IL 60558-0385
13689901    +G&G Peppers,    PO Box 368,    Frankton, IN 46044-0368
13689902    +Gabina Torres,    3348 S. Hoyne,    Chicago, IL 60608-6123
13689903    +Gregg Kotch,    Wiliams, Babbit, & Weisman, Inc.,    5255 N. Federal Highway,
              Boca Raton, FL 33487-4901
13689904    +Gusto Packaging, Inc.,    2125 Rochester Drive,    Montgomery, IL 60538-1069
13689905    +Harvest Foods,    30 W. 260 Butterfield Rd., Ste 201,    Warrenville, IL 60555-1554
13689906    +Illinois Dept. of Employment,    PO Box 88294,    Chicago, IL 60680-1294
13689907    +Illinois Dept. of Revenue,    PO Box 88294,    Chicago, IL 60680-1294
13689908    +Impact Label Corp.,    c/o Miles Cohen, Scott & Kraus, LLC,    150 S. Wacker Drive, Ste. 2900,
              Chicago, IL 60606-4206
13689909    +Iris Hernandez,    2743 N. Monticello,    Chicago, IL 60647-1131
13689911    +Isreal Ocampo,    4305 W. 83rd Street,    Chicago, IL 60652-2240
13689912    +Jamil,    PO Box 684,    1420 Industrial Drive,    Mishawaka, IN 46544-5720
13689913    +Jan Peter Weiss, Esquire,    917 North Dixie Highway,    Lake Worth, FL 33460-2530
13689914    +Juan Alonso,    1827 S. Allport,    Chicago, IL 60608-3205
13689915    +Juana V. Chavez,    2709 S. Central Park,    Chicago, IL 60623-4633
13689916    +Julio Arellano,    5133 S. Christiana,    Chicago, IL 60632-3105
13689917    +Kelley Beans Co., Inc.,    2407 Circle Drive,    PO Box 2488,    Scottsbluff, NE 69363-2488
13689918    +L&L Packing Co.,    c/o Pamela McLean Meyerson,    151 N. Harvey Ave.,    Oak Park, IL 60302-2622
13689919    +Lorenzo Martinez,    2023 W. 17th Street,    Chicago, IL 60608-1814
13689920    +Lucia P. Carrera,    6421 S. Lockwood,    Chicago, IL 60638-5716
13689921     Maria & Ricardo Fernandez,    Fernandez,    1330 Weset 43rd Street,    Chicago, IL 60609
13689922    +Maria R. Sanchez,    1810 S. 49th Court,    Cicero, IL 60804-2421
13689923    +Martin Adame,    4543 Center Avenue,    Lyons, IL 60534-1940
13689924    +Mary E. Gardner, Esquire,    PO Box 330,    West Dundee,    Dundee, IL 60118-0330
13689925    +Miguel Morales,    3820 S. Sacramento,    Chicago, IL 60632-2334
13689926    +Mr. Robert Greenburg,    Asher, Gittler, Greenfield & D'Alba,    200 W. Jackson, Ste. 1900,
              Chicago, IL 60606-6942
13689927    +Mr. Stein, JD,    Stein & Roman,    105 W. Madison Street,    Chicago, IL 60602-4602
13689928    +NEC Financial Services, Inc.,    c/o Jennifer S. Burt, Askounis &,
              Darcy, PC, 401 N. Michigan, Ste 550,    Chicago, IL 60611-5523
13689929    +Norberto Escobedo,    1417 S. 57th Avenue,    Cicero, IL 60804-1103
13689930    +Oliva Camargo,    3453 W. 53rd Street,    Chicago, IL 60632-3147
13689936    +PW Montgomery, LLC,    c/o Patrick King,    5586 W. 19th Street, Ste. 130,    Greeley, CO 80634-2982
13689931    +Pablo Rodriguez,    4020 W. 83rd Street,    Chicago, IL 60652-2922
13689932    +Patricia Alvarez,    3744 W. 55th Street,    Chicago, IL 60632-3263
13689933    +Pedro Ramirez,    2029 W. 19th Street,    Chicago, IL 60608-2614
13689934    +People's Energy,    130 E. Randolph Dr.,    Chicago, IL 60687-0001
13689935    +Primary Staffing, Inc.,    4247 S. Kedzie,    Chicago, IL 60632-2843
13689937    +Silvia & Mimi Vega,    6624 N. Ramona,    Lincolnwood, IL 60712-3028
13689938     Timothy E. Horton,    Ungaretti & Harris LLP,    3500 Thre First National Plaza,
              Chicago, IL 60602
13689939    +Timothy W. Fafinski,    Corporat Counsel, PA,    3411 Brei Kessel Road,
              Independence, MN 55359-8747
13689940    +Tobin, Munoz, & Petkus,    3 First National Plaza,    Ste. 1950,    Chicago, IL 60602-5010
13689941    +Total Staffing Solutions,    PO Box 5665,    Naperville, IL 60567-5665
13689943    +UFCW Local 1546 Health and Welfare,    Fund,    1649 W. Adams Street,    Chicago, IL 60612-3294
13689942    +Ubaldo Sandoval,    3303 S. Bell,    Chicago, IL 60608-6008
13689944    +Umbertina Gomez,    1417 S. 57th Avenue,    Cicero, IL 60804-1103
13689945    +Vienna Beef,    2549 Payshere Circle,    Chicago, IL 60674-0025
13689946     Washington Mutual,    c/o Morrist Oxford Mngt Services,    Southgate, MI 48195
13689947    +Zenaida Abreau,    4545 W. Toughy,    Lincolnwood, IL 60712-1775
13689890    +c/o Arthur Raphael,    Teller, Levitt, & Silvertrust, P.C.,    11 E. Adams St.,
              Chicago, IL 60603-6369
```

```
District/off: 0752-1           User: amcc7              Page 2 of 2              Date Rcvd: Mar 26, 2009
Case: 09-10101                 Form ID: b9f             Total Served: 67
```

The following entities were served by electronic transmission (continued)

The following entities were served by electronic transmission on Mar 27, 2009.
13689910      EDI: IRS.COM Mar 26 2009 22:48:00      IRS,   Centralized Insolvency Operations,
              Post Office Box 21126,   Philadelphia, PA 19114-0326
                                                                                          TOTAL: 1

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 28, 2009**            **Signature:**    *Joseph Speetjens*