B6A (Official Form 6A) (12/07)

In re  **EBRO FOODS, INC**                                    ,    Case No. __09-10101__
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **EBRO FOODS, INC**                                          ,    Case No.    09-10101
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account #5800271347** | - | 10,000.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        10,000.00
(Total of this page)

__2__  continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6B (Official Form 6B) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                                            ,    Case No.    **09-10101**
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14.  Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15.  Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16.  Accounts receivable. | | **See attached Exhibit** | **-** | **175,000.00** |
| 17.  Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18.  Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19.  Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20.  Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21.  Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **175,000.00**
(Total of this page)

Sheet   **1**   of   **2**   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **EBRO FOODS, INC** ,    Case No. **09-10101**
_____
Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **"El Ebro" Trademark** | - | **1,000,000.00** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached Equipment List** | - | **774,250.00** |
| 30. Inventory. | | **Finished Goods - $100000 Ingredients - $100000 Packaging Materials - $100000** | - | **300,000.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **2,074,250.00**
(Total of this page)
Total >    **2,259,250.00**

Sheet __2__ of __2__ continuation sheets attached to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6D (Official Form 6D) (12/07)

In re    **EBRO FOODS, INC**                                              , Case No. ___09-10101___
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J | W C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxx0505**<br><br>**Bank of America**<br>**135 S. LaSalle St., Ste. 2140**<br>**Chicago, IL 60603** | X | - | | **Line of Credit**<br><br>**Inventory, Accounts Receivables, Equipment** | | | | | |
| | | | | Value $                **800,000.00** | | | | **350,000.00** | **0.00** |
| Account No.<br><br>**Silvia & Mimi Vega**<br>**6624 N. Ramona**<br>**Lincolnwood, IL 60712** | | - | | **Registered Trademark** | | | | | |
| | | | | Value $              **1,000,000.00** | | | | **213,000.00** | **0.00** |
| Account No.<br><br>**Zenaida Abreau**<br>**4545 W. Toughy**<br>**Lincolnwood, IL 60712** | | - | | **Registered Trademark** | | | | | |
| | | | | Value $              **1,000,000.00** | | | | **290,000.00** | **0.00** |
| Account No.<br><br> | | | | | | | | | |
| | | | | Value $ | | | | | |

  _0_ __ continuation sheets attached

|  | Subtotal<br>(Total of this page) | **853,000.00** | **0.00** |
|---|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **853,000.00** | **0.00** |

B6E (Official Form 6E) (12/07)

.

In re __**EBRO FOODS, INC**_____ ,    Case No. ___**09-10101**_____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

■ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

            **7**_____ continuation sheets attached

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re  **EBRO FOODS, INC**_____,    Case No.  **09-10101**_____

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Aaron Morales 3566 W. Lyndale Chicago, IL 60647 | - | | | | | | 264.91 | 132.46 | 132.45 |
| Account No. | | | Wages | | | | | | |
| Andres Delgado 2029 W. 19th Street Chicago, IL 60608 | - | | | | | | 381.91 | 190.96 | 190.95 |
| Account No. | | | | | | | | | |
| Angel A. Rosell 3799 W. 75th Place Chicago, IL 60652 | - | | | | | | 444.25 | 222.12 | 222.13 |
| Account No. | | | | | | | | | |
| Aucensia Y. Villaruel 10336 Avenue L Chicago, IL 60617 | - | | | | | | 173.59 | 86.80 | 86.79 |
| Account No. | | | | | | | | | |
| Elena Acosta 3914 W. 69th Place Chicago, IL 60629 | - | | | | | | 203.05 | 101.53 | 101.52 |

Sheet __1__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 733.87 |
| (Total of this page) | 1,467.71 | 733.84 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **EBRO FOODS, INC**                                    ,    Case No.  **09-10101**
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Eloy G. Garcia 3547 W. 63rd Place Chicago, IL 60629 | - | | | | | | 241.07 | 120.54 | 120.53 |
| Account No. | | | | | | | | | |
| Enmeregildo Valladares 1336 W. Farwell Chicago, IL 60626 | - | | | | | | 292.56 | 146.28 | 146.28 |
| Account No. | | | | | | | | | |
| Gabina Torres 3348 S. Hoyne Chicago, IL 60608 | - | | | | | | 205.09 | 102.55 | 102.54 |
| Account No. | | | | | | | | | |
| Iris Hernandez 2743 N. Monticello Chicago, IL 60647 | - | | | | | | 307.31 | 153.66 | 153.65 |
| Account No. | | | | | | | | | |
| Isreal Ocampo 4305 W. 83rd Street Chicago, IL 60652 | - | | | | | | 336.91 | 168.46 | 168.45 |

Sheet  2  of  7  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 691.49 |
| (Total of this page) | 1,382.94 | 691.45 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **EBRO FOODS, INC** _____,    Case No.    **09-10101** _____
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Juan Alonso 1827 S. Allport Chicago, IL 60608 | - | | | | | | 242.97 | 121.49 | 121.48 |
| Account No. | | | | | | | | | |
| Juana V. Chavez 2709 S. Central Park Chicago, IL 60623 | - | | | | | | 214.38 | 107.19 | 107.19 |
| Account No. | | | | | | | | | |
| Lorenzo Martinez 2023 W. 17th Street Chicago, IL 60608 | - | | | | | | 315.81 | 157.91 | 157.90 |
| Account No. | | | | | | | | | |
| Lucia P. Carrera 6421 S. Lockwood Chicago, IL 60638 | - | | | | | | 229.28 | 114.64 | 114.64 |
| Account No. | | | | | | | | | |
| Maria R. Sanchez 1810 S. 49th Court Cicero, IL 60804 | - | | | | | | 195.34 | 97.67 | 97.67 |

Sheet __3__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | | 598.90 |
| (Total of this page) | 1,197.78 | 598.88 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **EBRO FOODS, INC**
_____ ,      Case No.    **09-10101**    _____
                                         Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Martin Adame 4543 Center Avenue Lyons, IL 60534 | - | | | | | | | 194.47 |
| | | | | | | | 388.94 | 194.47 |
| Account No. | | | | | | | | |
| Miguel Morales 3820 S. Sacramento Chicago, IL 60632 | - | | | | | | | 147.17 |
| | | | | | | | 294.34 | 147.17 |
| Account No. | | | | | | | | |
| Norberto Escobedo 1417 S. 57th Avenue Cicero, IL 60804 | - | | | | | | | 148.72 |
| | | | | | | | 297.44 | 148.72 |
| Account No. | | | | | | | | |
| Oliva Camargo 3453 W. 53rd Street Chicago, IL 60632 | - | | | | | | | 108.50 |
| | | | | | | | 217.00 | 108.50 |
| Account No. | | | | | | | | |
| Pablo Rodriguez 4020 W. 83rd Street Chicago, IL 60652 | - | | | | | | | 188.38 |
| | | | | | | | 376.75 | 188.37 |

Sheet __4__ of __7__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 787.24 |
|---|---|---|
| | (Total of this page) | 1,574.47 | 787.23 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **EBRO FOODS, INC**                                                    ,        Case No.   **09-10101**
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Patricia Alvarez 3744 W. 55th Street Chicago, IL 60632 | - | | | | | | | | 92.61 |
| | | | | | | | 185.22 | | 92.61 |
| Account No. | | | | | | | | | |
| Pedro Ramirez 2029 W. 19th Street Chicago, IL 60608 | - | | | | | | | | 136.21 |
| | | | | | | | 272.41 | | 136.20 |
| Account No. | | | | | | | | | |
| Ubaldo Sandoval 3303 S. Bell Chicago, IL 60608 | - | | | | | | | | 216.59 |
| | | | | | | | 433.19 | | 216.60 |
| Account No. | | | | | | | | | |
| Umbertina Gomez 1417 S. 57th Avenue Cicero, IL 60804 | - | | | | | | | | 111.97 |
| | | | | | | | 223.94 | | 111.97 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet **5** of **7** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| Subtotal | 557.38 |
| 1,114.76 | 557.38 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                                    ,    Case No. __**09-10101**__
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Contributions to employee benefit plans**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**UFCW Local 1546 Health and Welfare Fund**<br>**1649 W. Adams Street**<br>**Chicago, IL 60612** | - | | **Union contract - Employee Insurance** | | | | **136,000.00** | | **116,000.00**<br><br>**20,000.00** |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __**6**__ of __**7**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **116,000.00** | |
| **136,000.00** | **20,000.00** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6E (Official Form 6E) (12/07) - Cont.

In re   **EBRO FOODS, INC**_____ ,   Case No.   **09-10101**_____
                                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. **Illinois Dept. of Employment** PO Box 88294 Chicago, IL 60608-3412 | - | | | **Unemployment Taxes** | | | | 30,000.00 | | 0.00 30,000.00 |
| Account No. **Illinois Dept. of Revenue** PO Box 88294 Chicago, IL 60608-1294 | - | | | **941 Withholding taxes for 2008** | | | | 37,000.00 | | 0.00 37,000.00 |
| Account No. **xx-xxx3852** **IRS Centralized Insolvency Operations Post Office Box 21126 Philadelphia, PA 19114-0326** | - | | | **941 Withholding taxes including interest and penalties** | | | | 415,000.00 | | 0.00 415,000.00 |
| Account No. | | | | | | | | | | |
| Account No. | | | | | | | | | | |

| | | |
|---|---|---|
| Sheet _**7**___ of _**7**___ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 482,000.00   482,000.00 |
| | Total (Report on Summary of Schedules) | 119,368.88 624,737.66   505,368.78 |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re **EBRO FOODS, INC** , Case No. **09-10101**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. <br><br> **Brandt Box & Papers Co., Inc.** <br> **400 Lexington Dr.** <br> **Buffalo Grove, IL 60089** | | - | | | | | | | 23,960.00 |
| Account No. <br><br> **Burling Freemont, LLC** <br> **2850 S. Michigan Ave.** <br> **Chicago, IL 60605** | X | - | | | **Construction** | | | | 100,000.00 |
| Account No. <br><br> **CH Robinson Worldwide, Inc.** <br> **25 Northwest Point Blvd.** <br> **Elk Grove Village, IL 60007** | | - | | | | | | | 21,845.00 |
| Account No. <br><br> **Chicago Sweetners** <br> **C/O WEINSTOCK LOUIS** <br> **300 W ADAMS # 840** <br> **Chicago, IL 60606** | | - | | | | | | | 9,751.78 |

_ 7 _ continuation sheets attached

Subtotal
(Total of this page) | 155,556.78

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037
S/N:29834-081217    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                            ,        Case No.    **09-10101**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **City of Chicago Water Dept.** **333 S. State Street Chicago** **DePaul Center, Suite LL10** **Chicago, IL 60602** | - | | | | | | | 58,271.00 |
| Account No. | | **CPA's** | | | | | | |
| **Clifton Gunderson & Co.** **c/o Jim Beien** **1301 W. 22nd Street, Ste. 1100** **Oak Brook, IL 60523** | - | | | | | | | 16,000.00 |
| Account No. | | | | | | | | |
| **Colgate Commodities** **c/o Dean Nelson** **HC 2 Box 17, 308 Front Avenue** **Colgate, ND 58046** | - | | | | | | | 17,063.78 |
| Account No. | | | | | | | | |
| **Consumers Vinegar** **C/O KASH JAMES J & ASSOCIATES** **6545 W ARCHER AVE** **Chicago, IL 60638** | - | | | | | | | 10,311.80 |
| Account No. | | | | | | | | |
| **Crown Cork & Seal** **c/o Gary Schearer** **1440 Payshere Circle** **Chicago, IL 60674** | - | | | | | | | 300,000.00 |

Sheet no. __1__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**401,646.58**

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                            Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                    ,    Case No.    **09-10101**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Cushman Wakefield III C/O TELLER LEVIT SILVERTRUST 11 EAST ADAMS 8THFL Chicago, IL 60603** | - | | | | | | 50,643.00 |
| Account No. | | | | | | | |
| **DMH Ingredients C/O MAGES & PRICE 707 LAKE COOK RD#314 Deerfield, IL 60015** | - | | | | | | 4,324.49 |
| Account No. | | | | | | | |
| **Ecker Associates, Inc. PO Box 7988 Delray Beach, FL 33482** | - | | | | | | 9,700.00 |
| Account No. | | | Arrearages on Lease of Equipment | | | | |
| **Environmental Services, Inc. c/o Nicholas J. Malone PO Box 385 Western Springs, IL 60558** | - | | | | | | 100,000.00 |
| Account No. | | | PACA - protected fresh peppers | | | | |
| **G&G Peppers PO Box 368 Frankton, IN 46044** | - | | | | | | 42,920.00 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

207,587.49

B6F (Official Form 6F) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                    ,          Case No. _____**09-10101**_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Greif Inc. C/O TELLER LEVIT SILVERTRUST 11 EAST ADAMS 8THFL Chicago, IL 60603 | - | | | | | | | 10,497.00 |
| Account No. **xxxxxxx-x0120** | | | | | | | | |
| Gusto Packaging, Inc. 2125 Rochester Drive Montgomery, IL 60538 | - | | | | | | | 10,096.43 |
| Account No. | | | | | | | | |
| Harvest Foods 30 W. 260 Butterfield Rd., Ste 201 Warrenville, IL 60555 | - | | | | | | | 11,223.37 |
| Account No. | | | | | | | | |
| Impact Label Corp. c/o Miles Cohen, Scott & Kraus, LLC 150 S. Wacker Drive, Ste. 2900 Chicago, IL 60606 | - | | | | | | | 4,017.57 |
| Account No. | | collections | | | | | | |
| Jamil PO Box 684 1420 Industrial Drive Mishawaka, IN 46546 | - | | | | | | | 12,059.69 |

Sheet no. __**3**__ of __**7**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

47,894.06

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **EBRO FOODS, INC**                                    , Case No. ___**09-10101**___
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kelley Beans Co., Inc.<br>2407 Circle Drive<br>PO Box 2488<br>Scottsbluff, NE 69363 | - | | Judgment on 11/19/08 | | | | 68,500.00 |
| Account No.<br><br>Knox & Schneider Inc<br>SHAW GUSSIS FISHMAN GLANT<br>321 N CLARK ST S-800<br>Chicago, IL 60610 | - | | | | | | 25,423.98 |
| Account No.<br><br>L&L Packing Co.<br>c/o Pamela McLean Meyerson<br>151 N. Harvey Ave.<br>Oak Park, IL 60302 | - | | | | | | 4,248.90 |
| Account No.<br><br>Makowshis Real Sausage<br>C/O TELLER LEVIT SILVERTRUST<br>11 EAST ADAMS 8THFL<br>Chicago, IL 60603 | - | | | | | | 16,959.47 |
| Account No.<br><br>Maria Fernandez<br>C/O Ebro Foods<br>1330 Weset 43rd Street<br>Chicago, IL 60609 | - | | personal loan to Ebro Foods | | | | 50,000.00 |

Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **165,132.35**

B6F (Official Form 6F) (12/07) - Cont.

In re    **EBRO FOODS, INC**_____,    Case No. ____**09-10101**_____

_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Midwest Corrugated** **C/O ARONBERG GOLDGEHN DAVIS** **330 N WABASH #1700** **Chicago, IL 60611** | - | | | | | | 13,542.03 |
| Account No. | | | | | | | |
| **NEC Financial Services, Inc.** **c/o Jennifer S. Burt, Askounis &** **Darcy, PC, 401 N. Michigan, Ste 550** **Chicago, IL 60611** | - | | | | | | 9,399.70 |
| Account No. | | | | | | | |
| **People's Energy** **130 E. Randolph Dr.** **Chicago, IL 60687-6207** | - | | | | | | 61,000.00 |
| Account No. | | | | | | | |
| **Primary Staffing, Inc.** **4247 S. Kedzie** **Chicago, IL 60632** | - | | | | | | 28,000.00 |
| Account No. | | | | | | | |
| **PW Montgomery, LLC** **c/o Patrick King** **5586 W. 19th Street, Ste. 130** **Greeley, CO 80634** | - | | | | | | 37,171.00 |

Sheet no. __**5**___ of __**7**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

149,112.73

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                          ,    Case No.    **09-10101**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Rudd Container Corp.** **C/O SIMON EARL L** **4709 GOLF RD#475** **Skokie, IL 60076** | - | | | | | | 9,945.63 |
| Account No. | | | | | | | |
| **Saf T Gard Intl. Inc.** **C/O Abrams & Abrams, PC** **180 W WASHNGTON #910** **Chicago, IL 60602** | - | | | | | | 944.78 |
| Account No. | | | Attorney | | | | |
| **Tobin, Munoz, & Petkus** **3 First National Plaza** **Ste. 1950** **Chicago, IL 60602** | - | | | | | | 98,809.00 |
| Account No. | | | | | | | |
| **Total Staffing Solutions** **PO Box 5665** **Naperville, IL 60567** | - | | | | | | 54,000.00 |
| Account No. | | | | | | | |
| **Venturre Marketing LLC** **C/O Mark Assumusen** **750 Forest Edge Dr.** **Vernon Hills, IL 60061** | - | | | | | | 11,569.00 |

Sheet no. __6__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **175,268.41**

B6F (Official Form 6F) (12/07) - Cont.

In re    **EBRO FOODS, INC**                                                                    ,     Case No.     **09-10101**
_____
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Vienna Beef**<br>**2549 Payshere Circle**<br>**Chicago, IL 60674** | - | | | | | | | **6,900.00** |
| Account No. <br><br>**Walkitoff**<br>**C/O Adam Walsh**<br>**3631 N. Hamilton**<br>**Chicago, IL 60618** | - | | | | | | | **3,000.00** |
| Account No. **000000000718374101** <br><br>**Washington Mutual**<br>**c/o Morrist Oxford Mngt Services**<br>**Southgate, MI 48195** | - | | Bank Loan | | | | | **87,519.00** |
| Account No. <br><br>**Weyerhaeuser Co.**<br>**C/O TELLER LEVIT SILVERTRUST**<br>**11 EAST ADAMS 8THFL**<br>**Chicago, IL 60603** | - | | | | | | | **30,235.00** |
| Account No. <br><br><br><br> | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal<br>(Total of this page) | **127,654.00** |
|---|---|---|
|  | Total<br>(Report on Summary of Schedules) | **1,429,852.40** |

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6G (Official Form 6G) (12/07)

In re    **EBRO FOODS, INC** _____ ,    Case No. ___**09-10101**_____

                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re   **EBRO FOODS, INC**                                                              ,        Case No.   **09-10101**
                                          Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dan Duffy**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Burling Freemont, LLC**<br>**2850 S. Michigan Ave.**<br>**Chicago, IL 60605** |
| **Dan Duffy**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Bank of America**<br>**135 S. LaSalle St., Ste. 2140**<br>**Chicago, IL 60603** |
| **Silvio Vega**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Burling Freemont, LLC**<br>**2850 S. Michigan Ave.**<br>**Chicago, IL 60605** |
| **Victor Reyes**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Burling Freemont, LLC**<br>**2850 S. Michigan Ave.**<br>**Chicago, IL 60605** |
| **Victor Reyes**<br>**C/O Ebro Foods**<br>**1330 W. 43rd Street**<br>**Chicago, IL 60609** | **Bank of America**<br>**135 S. LaSalle St., Ste. 2140**<br>**Chicago, IL 60603** |
| **Zenaida Abreu**<br>**C/O Ebro Foods**<br>**1330 W. 43rd St.**<br>**Chicago, IL 60609** | **Burling Freemont, LLC**<br>**2850 S. Michigan Ave.**<br>**Chicago, IL 60605** |
| **Zenaida Abreu**<br>**C/O Ebro Foods**<br>**1330 W. 43rd St.**<br>**Chicago, IL 60609** | **Bank of America**<br>**135 S. LaSalle St., Ste. 2140**<br>**Chicago, IL 60603** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2008 - Best Case Solutions - Evanston, IL - (800) 492-8037