## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EBRO FOODS, INC., ) | Case No. 09-10101 |
| ) | |
| Debtor and Debtor in Possession. ) | Hon. Eugene R. Wedoff |
| ) | |
| _____ ) | |
| ) | |
| HARVEST FOOD GROUP, INC. ) | |
| ) | |
| Plaintiff, ) | ADVERSARY ACTION |
| ) | |
| v. ) | Case No. 09-01191 |
| ) | |
| EBRO FOODS, INC., ZENIADA E. ) | |
| ABREU, individually, and SILVIO VEGA, ) | |
| individually. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### STIPULATION TO DISMISS ADVERSARY PROCEEDING AND
### AGREED ORDER FOR DISMISSAL WITH PREJUDICE

Plaintiff, Harvest Food Group, Inc. (the "Plaintiff") together with defendant Ebro Foods, Inc. being the only parties who have appeared in this adversary proceeding, by and through their respective undersigned counsel, hereby give notice, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, of the voluntary dismissal of this adversary proceeding against defendants Ebro Foods, Inc., Zeniada E. Abreu and Silvio Vega (collectively "Defendants"). This voluntary dismissal is with prejudice as to all of the Plaintiff's claims against Defendants. This Honorable Court may immediately dismiss the above styled adversary proceeding with prejudice.

APPROVED & AGREED:

HARVEST FOOD GROUP, INC.                    EBRO FOODS, INC.

By: _____                 By: _____
     One of Its Attorneys                        One of Its Attorneys

Michael J. Keaton, Esq.                     Forrest L. Ingram, Esq.
Mark A. Bulgarelli, Esq.                    FORREST L. INGRAM P.C.
KEATON & ASSOCIATES, P.C.                   79 W. Monroe St., Suite 1210
1278 W. Northwest Highway, Suite 903        Chicago, Illinois 60603
Palatine, Illinois 60067                    Tel: 312/759-2838
Tel: 847/934-6500                           Fax: 312/759-0298
Fax: 847/934-6508                           Email: fingram@fingramlaw.com
keaton@pacatrust.com