# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EBRO FOODS, INC. ) | Judge Eugene Wedoff |
| ) | |
| Debtor and Debtor in Possession. ) | Case No. 09-10101 |
| ) | |
| ) | Hearing: April 22, 2009 at 9:30 AM |

## NOTICE AND ORDER SETTING BAR DATE

1.  This bankruptcy case was filed on March 24, 2009 as a voluntary case under Chapter 11 of Title 11 of the United States Bankruptcy Code ("Bankruptcy Code").

2.  **FOR CREDITORS WHO WISH TO FILE CLAIMS AGAINST THE BANKRUPTCY ESTATE:**

(a) Claims of any governmental unit that arose prior to the case filing date are to be filed no later than **September 21, 2009**.

(b) All other claims that arose prior to the case filing date are to be filed by **June 24, 2009**.

All claims must be filed electronically via the Court's ECF system or at the following address: Clerk of the United States Bankruptcy Court, 219 South Dearborn Street, Room 713, Chicago, Illinois 60604.

**If you fail to file a timely claim, your claim may not be allowed, and you may also be barred from voting on a proposed Plan of Reorganization and from receiving any distribution. However, some parties may not need to file claims. See 11 U.S.C. § 1111(a).** Parties must rely on their own inspection of the schedules or advice of counsel to determine whether to file a claim. Proof of claim forms can be obtained from the Clerk of the Bankruptcy Court or can be downloaded from the Bankruptcy Court website at http://www.ilnb.uscourts.gov.

3.  Debtor's counsel will separately serve copies of this Notice and Order on all creditors by April 24, 2009 and separately file proof of service with the Clerk of Court.

Dated: **2 2 APR 2009**

BY THE COURT

_____
Hon. Eugene Wedoff
United States Bankruptcy Judge

This order was prepared by Forrest L. Ingram, P.C.