**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |

**CERTIFICATE OF SERVICE**

I, Forrest L. Ingram, an attorney, certify that I caused a true and correct copy of the **NOTICE AND ORDER SETTING BAR DATE**, to be served upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, by placing copies in the U.S. Mail depository at 211 S. Clark Street, Chicago, Illinois, on the 24th day of April, 2009.


/s/ Forrest L. Ingram


Forrest L. Ingram #3129032
Peter L. Berk  #6274567
Patrick F. Lambe
Helena Milman
Gautham Kaveti
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 1210
Chicago, IL 60603-4907
(312) 759-2858

**SERVICE LIST**

Aaron Morales
3566 W. Lyndale
Chicago, IL 60647

Andres Delgado
2029 W. 19th Street
Chicago, IL 60608

Angel A. Rosell
3799 W. 75th Place
Chicago, IL 60652

Aucensia Y. Villaruel
10336 Avenue L
Chicago, IL 60617

Bank of America
135 S. LaSalle St., Ste.
2140
Chicago, IL 60605

Brandt Box & Papers
Co., Inc.
400 Lexington Dr.
Buffalo Grove, IL 60089

Burling Freemont, LLC
2850 S. Michigan Ave.
Chicago, IL 60605

c/o Arthur Raphael
Teller, Levitt, &
Silvertrust, P.C.
11 E. Adams St.
Chicago, IL 60603

CH Robinson
Worldwide, Inc.
25 Northwest Point
Blvd.
Elk Grove Village, IL
60007

Chicago Sweetners

C/O WEINSTOCK
LOUIS
300 W ADAMS # 840
Chicago, IL 60606

City of Chicago Water
Dept.
333 S. State Street
Chicago
DePaul Center, Suite
LL10
Chicago, IL 60602

Clifton Gunderson &
Co.
c/o Jim Beien
1301 W. 22nd Street,
Ste. 1100
Oak Brook, IL 60523

Colgate Commodities
c/o Dean Nelson
HC 2 Box 17, 308 Front
Avenue
Colgate, ND 58046

Consumers Vinegar
C/O KASH JAMES J &
ASSOCIATES
6545 W ARCHER AVE
Chicago, IL 60638

Crown Cork & Seal
c/o Gary Schearer
1440 Payshere Circle
Chicago, IL 60674

Cushman Wakefield
C/O TELLER LEVIT
SILVERTRUST
11 EAST ADAMS
8THFL
Chicago, IL 60603

Dan Duffy
c/o Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609

DMH Ingredients
C/O MAGES & PRICE
707 LAKE COOK
RD#314
Deerfield, IL 60015

Ecker Associates, Inc.
PO Box 7988
Delray Beach, FL 33482

Elena Acosta
3914 W. 69th Place
Chicago, IL 60629

Eloy G. Garcia
3547 W. 63rd Place
Chicago, IL 60629

Enmeregildo Valladares
1336 W. Farwell
Chicago, IL 60626

Environmental Services,
Inc.
c/o Nicholas J. Malone
PO Box 385
Western Springs, IL
60558

G&G Peppers
PO Box 368
Frankton, IN 46044

Gabina Torres
3348 S. Hoyne
Chicago, IL 60608

Gregg Kotch

Wiliams, Babbit, &
Weisman, Inc.
5255 N. Federal
Highway
Boca Raton, FL 33487

Greif Inc.
C/O TELLER LEVIT
SILVERTRUST
11 EAST ADAMS
8THFL
Chicago, IL 60603

Gusto Packaging, Inc.
2125 Rochester Drive
Montgomery, IL 60538

Harvest Foods
30 W. 260 Butterfield
Rd., Ste 201
Warrenville, IL 60555

Illinois Dept. of
Employment
PO Box 88294
Chicago, IL 60608-3412

Illinois Dept. of
Revenue
PO Box 88294
Chicago, IL 60608-1294

Impact Label Corp.
c/o Miles Cohen, Scott
& Kraus, LLC
150 S. Wacker Drive,
Ste. 2900
Chicago, IL 60606

Iris Hernandez
2743 N. Monticello
Chicago, IL 60647

IRS
Centralized Insolvency
Operations

Post Office Box 21126
Philadelphia, PA 19114-
0326

Isreal Ocampo
4305 W. 83rd Street
Chicago, IL 60652

Jamil
PO Box 684
1420 Industrial Drive
Mishawaka, IN 46546

Jan Peter Weiss, Esquire
917 North Dixie
Highway
Lake Worth, FL 33460

Juan Alonso
1827 S. Allport
Chicago, IL 60608

Juana V. Chavez
2709 S. Central Park
Chicago, IL 60623

Kelley Beans Co., Inc.
2407 Circle Drive
PO Box 2488
Scottsbluff, NE 69363

Knox & Schneider Inc
SHAW GUSSIS
FISHMAN GLANT
321 N CLARK ST S-
800
Chicago, IL 60610

L&L Packing Co.
c/o Pamela McLean
Meyerson
151 N. Harvey Ave.
Oak Park, IL 60302

Lorenzo Martinez
2023 W. 17th Street

Chicago, IL 60608

Lucia P. Carrera
6421 S. Lockwood
Chicago, IL 60638

Makowshis Real
Sausage
C/O TELLER LEVIT
SILVERTRUST
11 EAST ADAMS
8THFL
Chicago, IL 60603

Maria Fernandez
C/O Ebro Foods
1330 Weset 43rd Street
Chicago, IL 60609

Maria R. Sanchez
1810 S. 49th Court
Cicero, IL 60804

Martin Adame
4543 Center Avenue
Lyons, IL 60534

Mary E. Gardner,
Esquire
PO Box 330
West Dundee
Dundee, IL 60118

Midwest Corrugated
C/O ARONBERG
GOLDGEHN DAVIS
330 N WABASH #1700
Chicago, IL 60611

Miguel Morales
3820 S. Sacramento
Chicago, IL 60632

Mr. Robert Greenburg
Asher, Gittler,
Greenfield & D'Alba

200 W. Jackson, Ste.
1900
Chicago, IL 60608

Mr. Stein, JD
Stein & Roman
105 W. Madison Street
Chicago, IL 60606

NEC Financial Services,
Inc.
c/o Jennifer S. Burt,
Askounis &
Darcy, PC, 401 N.
Michigan, Ste 550
Chicago, IL 60611

Norberto Escobedo
1417 S. 57th Avenue
Cicero, IL 60804

Oliva Camargo
3453 W. 53rd Street
Chicago, IL 60632

Pablo Rodriguez
4020 W. 83rd Street
Chicago, IL 60652

Patricia Alvarez
3744 W. 55th Street
Chicago, IL 60632

Pedro Ramirez
2029 W. 19th Street
Chicago, IL 60608

People's Energy
130 E. Randolph Dr.
Chicago, IL 60687-6207

Primary Staffing, Inc.
4247 S. Kedzie
Chicago, IL 60632

PW Montgomery, LLC

c/o Patrick King
5586 W. 19th Street,
Ste. 130
Greeley, CO 80634

Rudd Container Corp.
C/O SIMON EARL L
4709 GOLF RD#475
Skokie, IL 60076

Saf T Gard Intl. Inc.
C/O Abrams & Abrams,
PC
180 W WASHNGTON
#910
Chicago, IL 60602

Silvia & Mimi Vega
6624 N. Ramona
Lincolnwood, IL 60712

Timothy E. Horton
Ungaretti & Harris LLP
3500 Thre First National
Plaza
Chicago, IL 60602

Timothy W. Fafinski
Corporat Counsel, PA
3411 Brei Kessel Road
Independence, MN
55359

Tobin, Munoz, & Petkus
3 First National Plaza
Ste. 1950
Chicago, IL 60602

Total Staffing Solutions
PO Box 5665
Naperville, IL 60567

Ubaldo Sandoval
3303 S. Bell
Chicago, IL 60608

UFCW Local 1546
Health and Welfare
Fund
1649 W. Adams Street
Chicago, IL 60612

Umbertina Gomez
1417 S. 57th Avenue
Cicero, IL 60804

Venturre Marketing
LLC
C/O Mark Assumusen
750 Forest Edge Dr.
Vernon Hills, IL 60061

Victor Reyes
C/O Ebro Foods
1330 W. 43rd Street
Chicago, IL 60609

Vienna Beef
2549 Payshere Circle
Chicago, IL 60674

Walkitoff
C/O Adam Walsh
3631 N. Hamilton
Chicago, IL 60618

Washington Mutual
c/o Morrist Oxford
Mngt Services
Southgate, MI 48195

Weyerhaeuser Co.
C/O TELLER LEVIT
SILVERTRUST
11 EAST ADAMS
8THFL
Chicago, IL 60603

Zenaida Abreau
4545 W. Toughy
Lincolnwood, IL 60712