IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBL Real Estate Holdings**    CASE NO. **09-10104**

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending **May 30**, 20**09**

BEGINNING BALANCE IN ALL ACCOUNTS    $ **15854.88**

RECEIPTS:
1. Receipts from operations    $ **15921.42**
2. Other Receipts    $ _____

DISBURSEMENTS:
3. Net payroll:
   a. Officers    $ _____
   b. Others    $ _____
4. Taxes
   a. Federal Income Taxes
   b. FICA withholdings
   c. Employee's withholdings
   d. Employer's FICA
   e. Federal Unemployment Taxes
   f. State Income Tax
   g. State Employee withholdings
   h. All other state taxes    $ **0**
5. Necessary expenses:
   a. Rent or mortgage payments(s)    $ **19630.18**
   b. Utilities    $ _____
   c. Insurance    $ _____
   d. Merchandise bought for manufacture or sale $ _____
   e. Other necessary expenses (specify)    $ _____
   _____    $ _____

TOTAL DISBURSEMENTS    $ **19630.18**

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ **(3708.76)**

ENDING BALANCE IN **BOA** (Name of Bank)    $ **2107.63**

ENDING BALANCE IN **Shore Bank** (Name of Bank)    $ **29658.56**

ENDING BALANCE IN ALL ACCOUNTS    $ **31766.19**

OPERATING REPORT Page 1

EXHIBIT "B"
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

"EXHIBIT D"

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**

CASE NO.: 09-10104

RECEIPTS

FOR MONTH ENDING: 5/31/09

| DATE | CUSTOMER | $ AMOUNT |
|---|---|---|
| 5/4/2009 | AWIN MANAGEMENT | $ 1,200.00 |
| 5/11/2009 | BOX FORM | $ 13,721.42 |
| 5/26/2009 | EBRO FOODS | $ 1,000.00 |

TOTAL: $ 15,921.42