IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC** *          CASE NO. **09-10104**

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __APRIL__, 20 __09__

BEGINNING BALANCE IN ALL ACCOUNTS          $ __2121.52__

RECEIPTS:
   1. Receipts from operations RENT          $ __0__
   2. Other Receipts                                  $ __13747.25__

DISBURSEMENTS:
   3. Net payroll:
      a. Officers                                    $ __0__
      b. Others                                     $ __0__

   4. Taxes
      a. Federal Income Taxes           $ __0__
      b. FICA withholdings                 $ __0__
      c. Employee's withholdings        $ __0__
      d. Employer's FICA                    $ __0__
      e. Federal Unemployment Taxes  $ __0__
      f. State Income Tax                    $ __0__
      g. State Employee withholdings $ __0__
      h. All other state taxes              $ __0__

   5. Necessary expenses:
      a. Rent or mortgage payments(s)  $ _____
      b. Utilities                                      $ __0__
      c. Insurance                                   $ __0__
      d. Merchandise bought for
         manufacture or sale               $ __0__
      e. Other necessary expenses
         (specify)                                   $ __0__
                                                                $ _____

TOTAL DISBURSEMENTS                              $ __0__

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ __15868.77__

ENDING BALANCE IN __BANK OF AMERICA__          $ __2121.52__
                (Name of Bank)
ENDING BALANCE IN __SHORE BANK__                $ __13747.25__
                (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS           $ __15868.77__

Operating Report                                              Page 1

*Ebro Real Estate Holdings, LLC is solely a holding company.  The only transactions entail receipt of rent and payment of mortgage.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**         CASE NO. **09-10104**

### RECEIPTS LISTING

FOR MONTH ENDING __APRIL__, 20__09__

Bank: __Shore Bank__

Location: __3401 S. King Dr. Chicago 60616__

Account Name: __EBRO Real Estate Holdings LLC (DIP)__

Account No.: __3100004682__

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/16/09 | OPEN DIP BANK ACCT | $13747.25 |

TOTAL: $13747.25

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

Operating Report                                    Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**          CASE NO. **09-10104**

## DISBURSEMENT LISTING

FOR MONTH ENDING __April__, 20 __09__

Bank: _____

Location: _____

Account Name: _____

Account No.: _____

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| | | NO DISBURSEMENTS | |

TOTAL: __0__

You must create a separate list for each bank account from which disbursements were made during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**          CASE NO. **09-10104**

FOR MONTH ENDING __April__, 20 __09__

### STATEMENT OF INVENTORY

Beginning inventory          $ N/A

Add: purchases               $ 4

Less: goods sold (cost basis) $ 4

Ending Inventory             $ 4

### PAYROLL INFORMATION STATEMENT

Gross payroll for this period  $ 4

Payroll taxes due but unpaid   $ 4

### STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/ Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| BOA | 4/1 | 19630.18 | 1 | 19630.18 |
| SOMERCOR | 4/1 | 18226.24 | 1 | 18226.24 |

\* Include only post-petition payments.

Operating Report                    Page 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**    CASE NO. **09-10104**

FOR MONTH ENDING __APRIL__, 20 __09__

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

| | |
|---|---|
| Beginning of month balance | $ 50,338.42 |
| Add: sales on account | $ |
| Less: collections | $ — |
| End of month balance | $ 50,338.42 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 50,338.42 | $ | $ | $ | $ 50,338.42 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

| | |
|---|---|
| Beginning of month balance | $ 37,856.42 |
| Add: credit extended | $ |
| Less: payments of account | $ |
| End of month balance | $ 37,856.42 |

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $ 37,856.42 | $ — | $ — | $ — | $ 37,856.42 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

Operating Report                                     Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**         CASE NO. **09-10104**

FOR MONTH ENDING ___APRIL___, 20_09_

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) | N/A |
| 2. | FICA withholdings | Yes ( ) | No ( ) | N/A |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | N/A |
| 4. | Employer's FICA | Yes ( ) | No ( ) | N/A |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | N/A |
| 6. | State Income Tax | Yes ( ) | No ( ) | N/A |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | N/A |
| 8. | All other state taxes | Yes ( ) | No ( ) | N/A |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**          CASE NO. **09-10104**

## DECLARATION UNDER PENALTY OF PERJURY

I, __Silvio Vega__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

__Silvio Vega__
__Gen. Mgr__

DATED: __7/9/09__

Operating Report                               Page 7



**Bank of America**

Bank of America, N.A.
P.O. Box 798
Wichita, KS 67201

Page 1 of 3
Statement Period
04/01/09 through 04/30/09
BO  P PI  QI 55

Account Number  0058 0092 4689

EBRO REAL ESTATE HOLDINGS, LLC
1330 W 43RD ST
CHICAGO IL 60609-3308

## Full Analysis Business Checking

EBRO REAL ESTATE HOLDINGS, LLC

### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0058 0092 4689 | Statement Beginning Balance | $2,137.41 |
| Statement Period | 04/01/09 through 04/30/09 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $29.78 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $2,107.63 |
| Number of Days in Cycle | 30 | Average Ledger Balance | $2,121.52 |
| | | Service Charge | $29.78 |

### Withdrawals and Debits

#### Other Debits

| Date Posted | Customer Reference | Amount ($) | Description | Bank Reference |
|---|---|---|---|---|
| 04/15 | | 29.78 | 03/09 Acct Analysis Fee | 9403041600000001 |



**SHOREBANK**
Let's change the world

**Account Statement**

```
                              010 00006 01              PAGE:
                              ACCOUNT:   3100004682     04/30/20(
                              DOCUMENTS:          1
```

```
000140
         EBRO REAL ESTATE HOLDINGS, LLC
         EBRO FOODS  INC                                        30-0
         1330 W 43RD ST                                            1
         CHICAGO IL    60609                                       0
```

================================================================
Heartland Payment Systems, the sixth-largest payments processor in the
U.S., announced that its processing systems were breached in 2008,
exposing an undetermined number of consumers to potential fraud. The
company delivers credit/debit/prepaid card processing, payroll, check
management and payments solutions to more than 250,000 business locations
nationwide.
Heartland feels that card holder names and numbers were exposed, but no
cardholder Social Security numbers, unencrypted personal identification
numbers PIN, addresses or telephone numbers were involved in the
breach.
For more information on the breach, the company has set up a website:
www.2008breach.com.
ShoreBank advises cardholders to examine their monthly statements closely
and report any suspicious activity promptly by calling Customer Service
at 1-800-905-7725, after hours please call 1-800-554-8969.
================================================================

```
                    SMART BUSINESS CKG ACCOUNT 3100004682
================================================================

                                     LAST STATEMENT 04/16/09          .0(
MINIMUM BALANCE           13,747.25      1 CREDITS  Taxes  — 13,747.2!
                                           DEBITS                     .0(
                                     THIS STATEMENT 04/30/09     13,747.2!

            - - - - - - - - DEPOSITS - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOU1
         04/16   13,747.25

            - - - - - - - DAILY BALANCE - - - - - - -
DATE..........BALANCE      DATE..........BALANCE      DATE..........BALANCE
04/16      13,747.25

                    - END OF STATEMENT -
```

ShoreBank: 7054 S. Jeffery Boulevard   Chicago, Illinois 60649   (773) 288-1000
          14533 Mack Avenue              Detroit, Michigan 48215   (313) 886-2160

