IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
*EASTERN DIVISION*

| | |
|---|---|
| In re: | Chapter 11 |
| EBRO FOODS, INC., | Case No. 09 B 10101 |
| Debtor. | Hon. Eugene R. Wedoff |

## ORDER AUTHORIZING ADMINISTRATIVE EXPENSE OF METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO

This cause coming to be heard by the Court, upon consideration of the Request of the Metropolitan Water Reclamation District of Greater Chicago ("MWRD") for Payment of Administrative Expense and for other relief ("Motion"); this Court finding notice to be sufficient and being otherwise fully advised in the premises, and this Court considering the Partial Objection filed by Bank of America to the Motion to the Debtor's payment of an administrative claim,

IT IS HEREBY ORDERED that:

1. MWRD's administrative claim in the amount of $2,865.26 is allowed pursuant to Section 503(b) of the Bankruptcy Code.

2. All other relief requested by MWRD in its Motion is denied without prejudice.

Dated: 1 2 MAY 2009

ENTERED:

_____
Honorable Eugene R. Wedoff
U.S. Bankruptcy Judge