IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC.** *        CASE NO. **09-10104**

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __JUNE__, 20__09__

BEGINNING BALANCE IN ALL ACCOUNTS                              $ 12146.12

RECEIPTS:
  1. Receipts from operations  RENT                           $ 19721.42
  2. Other Receipts                                            $ _____

DISBURSEMENTS:
  3. Net payroll:
    a. Officers                                           $ N/A
    b. Others                                             $ N/A

  4. Taxes
    a. Federal Income Taxes                               $ N/A
    b. FICA withholdings
    c. Employee's withholdings
    d. Employer's FICA
    e. Federal Unemployment Taxes                         $ _____
    f. State Income Tax
    g. State Employee withholdings
    h. All other state taxes

  5. Necessary expenses:
    a. Rent or mortgage payments(s)                       $ 19630.18
    b. Utilities                                          $ N/A
    c. Insurance                                          $ _____
    d. Merchandise bought for
       manufacture or sale                        $ _____
    e. Other necessary expenses
      (specify) US TRUSTEE                         $ 325.00
      _____                  $ N/A

TOTAL DISBURSEMENTS                                            $ 19955.18

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD  $ (233.76)

ENDING BALANCE IN __BoA__                                       $ 2107.63
    (Name of Bank)
ENDING BALANCE IN __Shore Bank__                                $ 9778.04(?)
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS                                  $ 11912.36

Operating Report                       Page 1

*Ebro Real Estate Holdings, LLC is solely a holding company. The only transactions entail receipt of rent and payment of mortgage.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**              CASE NO. **09-10104**

### RECEIPTS LISTING

FOR MONTH ENDING __June__, 20 __09__

Bank: __Shore Bank__

Location: __3401 S. King Dr. Chicago 60616__

Account Name: __Ebro Real Estate Holdings LLC (DIP)__

Account No.: __3100004682__

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 6/8 | Awin Hgnt | 1200 |
| 6/8 | Box Form | 13721.42 |
| 6/15 | Ebro Foods | 4800.00 |

TOTAL: #19721.42

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**          CASE NO. **09-10104**

### DISBURSEMENT LISTING

FOR MONTH ENDING __June__, 20 __09__

Bank: __Shore Bank__

Location: __3401 S. King Dr Chicago 60616__

Account Name: __Eblo Real Estate Hold. LLC (DIP)__

Account No.: __31 00004682__

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 6/19 | 94 | To Eblo Foods – Repay Eblo for June Payment to BoA | 19630.18 |
| 6/23 | 95 | US Trustee | 325.00 |

TOTAL: $19955.18

You must create a separate list for each bank account from which disbursements were made during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**              CASE NO. **09-10104**

FOR MONTH ENDING __JUNE__, 20 __09__

## STATEMENT OF INVENTORY

Beginning inventory             $ __N/A__

Add: purchases                  $ _____

Less: goods sold                $ _____
(cost basis)

Ending inventory                $ _____

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period        $ _____

Payroll taxes due but unpaid         $ _____

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| BoA | 6/1 | 19630.18 | 1 | 19630.18 |
| SomerCor | 6/1 | 18226.24 | 3 | 54678.72 |

\* Include only post-petition payments.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**        CASE NO. **09-10104**

FOR MONTH ENDING __June__, 20_09_

## STATEMENT OF AGED RECEIVABLES

ACCOUNTS RECEIVABLE:

Beginning of month balance     $ 84755.42

Add: sales on account          $ 50338.42

Less: collections              $ 19721.42

End of month balance           $ 115372.42

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $30617 | $34417.00 | $50338.42 | $ | $115372.42 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance     $ 56082.66

Add: credit extended           $ 37856.42

Less: payments of account      $ 19630.18

End of month balance           $ 74308.90

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $18226.24 | $18226.24 | $37856.42 | $ | $74308.90 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**          CASE NO. **09-10104**

FOR MONTH ENDING ____JUNE____, 20 09

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No ( ) | N/A |
| 2. | FICA withholdings | Yes ( ) | No ( ) | |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | |
| 4. | Employer's FICA | Yes ( ) | No ( ) | |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | |
| 6. | State Income Tax | Yes ( ) | No ( ) | |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | |
| 8. | All other state taxes | Yes ( ) | No ( ) | |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**          CASE NO. 09-10104

## DECLARATION UNDER PENALTY OF PERJURY

I, __SILVIO VEGA__, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

SILVIO VEGA
GEN. MGR.

DATED: 7/10/09



**Account Statement**

```
010 00019 01                            PAGE:
ACCOUNT:        3100004682              06/30/2009
DOCUMENTS:      5
```

```
001505
          EBRO REAL ESTATE HOLDINGS, LLC
          EBRO FOODS   INC                              30-0
          1330 W 43RD ST                                  2
          CHICAGO IL    60609                             3
```

```
=============================================================
FEE CHANGES-- EFFECTIVE SEPTEMBER 1, 2009
ACCOUNT CLOSED WITHIN 90 DAYS $25.00...CHECK COPY $2.00...DORMANT ACCOUNT
FEE MONTHLY $10.00...DEBIT CARD RUSH ORDER $85.00...DOMESTIC INCOMING
WIRE TRANSFER $10.00...IRS LEVIES, GARNISHMENTS, CITATIONS $125.00 PLUS
LEGAL FEES.
FOR INFORMATION REGARDING PRODUCTS, RATES AND A COMPLETE SCHEDULE OF FEES
PLEASE CONTACT US AT 800 905-7725 OR VISIT WWW.SBK.COM.
=============================================================
                SMART BUSINESS CKG ACCOUNT 3100004682
=============================================================
                                  LAST STATEMENT 05/29/09     29,658.56
MINIMUM BALANCE          9,794.62   2 CREDITS                 19,721.42
                                    4 DEBITS                  39,601.94
                                  THIS STATEMENT 06/30/09      9,778.04

            - - - - - - - DEPOSITS - - - - - - - -
REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT REF #.....DATE......AMOUNT
          06/08   14,921.42         06/15    4,800.00

            - - - - - - - - CHECKS - - - - - - - -
CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT  CHECK #..DATE......AMOUNT
  92*06/01   19,630.18       94 06/19   19,630.18       95 06/23      325.00

* INDICATES A GAP IN CHECK NUMBER SEQUENCE

            - - - - - - - OTHER DEBITS - - - - - - - -
DESCRIPTION                                        DATE           AMOUNT
SERVICE CHARGE                                     06/30           16.58

            - - - - - - - DAILY BALANCE - - - - - - - -
DATE...........BALANCE    DATE...........BALANCE    DATE...........BALANCE
06/01       10,028.38     06/15       29,749.80     06/23        9,794.62
06/08       24,949.80     06/19       10,119.62     06/30        9,778.04

                    - END OF STATEMENT -
```


ShoreBank:  7054 S. Jeffery Boulevard   Chicago, Illinois 60649   (773) 288-1000
            14533 Mack Avenue           Detroit, Michigan 48215    (313) 886-2160
            540 E. 105th Street         Cleveland, Ohio 44108      (216) 268-6100
