**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: August 4, 2009 at 9:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Forrest L. Ingram, an attorney, caused a true and correct copy of the attached NOTICE OF HEARING ON FIRST INTERIM APPLICATION FOR COMPENSATION FOR PROFESSIONAL SERVICES OF FORREST L. INGRAM P.C., upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 79 W. Monroe St., Chicago, Illinois, on or before 5:00 p.m. on July 10, 2009

/s/ Forrest L. Ingram

Forrest L. Ingram, #3129032
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

## SERVICE LIST

**Aaron Morales**
**3566 W. Lyndale**
**Chicago, IL 60647**

**Andres Delgado**
**2029 W. 19th Street**
**Chicago, IL 60608**

**Angel A. Rosell**
**3799 W. 75th Place**
**Chicago, IL 60652**

**Aucensia Y. Villaruel**
**10336 Avenue L**
**Chicago, IL 60617**

**Brandt Box & Papers Co., Inc.**
**400 Lexington Dr.**
**Buffalo Grove, IL 60089**

**Burling Freemont, LLC**
**2850 S. Michigan Ave.**
**Chicago, IL 60605**

**c/o Arthur Raphael**
**Teller, Levitt, & Silvertrust, P.C.**
**11 E. Adams St.**
**Chicago, IL 60603**

**CH Robinson Worldwide, Inc.**
**25 Northwest Point Blvd.**
**Elk Grove Village, IL 60007**

**Chicago Sweetners**
**C/O WEINSTOCK LOUIS**
**300 W ADAMS # 840**
**Chicago, IL 60606**

**City of Chicago Water Dept.**
**333 S. State Street Chicago**
**DePaul Center, Suite LL10**
**Chicago, IL 60602**

**Clifton Gunderson & Co.**
**c/o Jim Beien**
**1301 W. 22nd Street, Ste. 1100**

**Oak Brook, IL 60523**

**Colgate Commodities**
**c/o Dean Nelson**
**HC 2 Box 17, 308 Front Avenue**
**Colgate, ND 58046**

**Consumers Vinegar**
**C/O KASH JAMES J & ASSOCIATES**
**6545 W ARCHER AVE**
**Chicago, IL 60638**

**Crown Cork & Seal**
**c/o Gary Schearer**
**1440 Payshere Circle**
**Chicago, IL 60674**

**Cushman Wakefield**
**C/O TELLER LEVIT SILVERTRUST**
**11 EAST ADAMS 8THFL**
**Chicago, IL 60603**

**Dan Duffy**
**c/o Ebro Foods**
**1330 W. 43rd St.**
**Chicago, IL 60609**

**DMH Ingredients**
**C/O MAGES & PRICE**
**707 LAKE COOK RD#314**
**Deerfield, IL 60015**

**Ecker Associates, Inc.**
**PO Box 7988**
**Delray Beach, FL 33482**

**Elena Acosta**
**3914 W. 69th Place**
**Chicago, IL 60629**

**Eloy G. Garcia**
**3547 W. 63rd Place**
**Chicago, IL 60629**

**Enmeregildo Valladares**
**1336 W. Farwell**
**Chicago, IL 60626**

**Environmental Services, Inc.**
c/o Nicholas J. Malone
PO Box 385
Western Springs, IL 60558

**G&G Peppers**
PO Box 368
Frankton, IN 46044

**Gabina Torres**
3348 S. Hoyne
Chicago, IL 60608

**Gregg Kotch**
Wiliams, Babbit, & Weisman, Inc.
5255 N. Federal Highway
Boca Raton, FL 33487

**Greif Inc.**
C/O TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603

**Gusto Packaging, Inc.**
2125 Rochester Drive
Montgomery, IL 60538

**Harvest Foods**
30 W. 260 Butterfield Rd., Ste 201
Warrenville, IL 60555

**Illinois Dept. of Employment**
PO Box 88294
Chicago, IL 60608-3412

**Illinois Dept. of Revenue**
PO Box 88294
Chicago, IL 60608-1294

**Impact Label Corp.**
c/o Miles Cohen, Scott & Kraus, LLC
150 S. Wacker Drive, Ste. 2900
Chicago, IL 60606

**Iris Hernandez**
2743 N. Monticello
Chicago, IL 60647

**IRS**
**Centralized Insolvency Operations**
**Post Office Box 21126**
**Philadelphia, PA 19114-0326**

**Isreal Ocampo**
**4305 W. 83rd Street**
**Chicago, IL 60652**

**Jamil**
**PO Box 684**
**1420 Industrial Drive**
**Mishawaka, IN 46546**

**Jan Peter Weiss, Esquire**
**917 North Dixie Highway**
**Lake Worth, FL 33460**

**Juan Alonso**
**1827 S. Allport**
**Chicago, IL 60608**

**Juana V. Chavez**
**2709 S. Central Park**
**Chicago, IL 60623**

**Kelley Beans Co., Inc.**
**2407 Circle Drive**
**PO Box 2488**
**Scottsbluff, NE 69363**

**Knox & Schneider Inc**
**SHAW GUSSIS FISHMAN GLANT**
**321 N CLARK ST S-800**
**Chicago, IL 60610**

**L&L Packing Co.**
**c/o Pamela McLean Meyerson**
**151 N. Harvey Ave.**
**Oak Park, IL 60302**

**Lorenzo Martinez**
**2023 W. 17th Street**
**Chicago, IL 60608**

**Lucia P. Carrera**
**6421 S. Lockwood**
**Chicago, IL 60638**

**Makowshis Real Sausage**
**C/O TELLER LEVIT SILVERTRUST**
**11 EAST ADAMS 8THFL**
**Chicago, IL 60603**

**Maria Fernandez**
**C/O Ebro Foods**
**1330 Weset 43rd Street**
**Chicago, IL 60609**

**Maria R. Sanchez**
**1810 S. 49th Court**
**Cicero, IL 60804**

**Martin Adame**
**4543 Center Avenue**
**Lyons, IL 60534**

**Midwest Corrugated**
**C/O ARONBERG GOLDGEHN DAVIS**
**330 N WABASH #1700**
**Chicago, IL 60611**

**Miguel Morales**
**3820 S. Sacramento**
**Chicago, IL 60632**

**Mr. Robert Greenburg**
**Asher, Gittler, Greenfield & D'Alba**
**200 W. Jackson, Ste. 1900**
**Chicago, IL 60608**

**Mr. Stein, JD**
**Stein & Roman**
**105 W. Madison Street**
**Chicago, IL 60606**

**NEC Financial Services, Inc.**
**c/o Jennifer S. Burt, Askounis &**
**Darcy, PC, 401 N. Michigan, Ste 550**
**Chicago, IL 60611**

**Norberto Escobedo**
**1417 S. 57th Avenue**
**Cicero, IL 60804**

**Oliva Camargo**

3453 W. 53rd Street
Chicago, IL 60632

Pablo Rodriguez
4020 W. 83rd Street
Chicago, IL 60652

Patricia Alvarez
3744 W. 55th Street
Chicago, IL 60632

Pedro Ramirez
2029 W. 19th Street
Chicago, IL 60608

People's Energy
130 E. Randolph Dr.
Chicago, IL 60687-6207

Primary Staffing, Inc.
4247 S. Kedzie
Chicago, IL 60632

PW Montgomery, LLC
c/o Patrick King
5586 W. 19th Street, Ste. 130
Greeley, CO 80634

Rudd Container Corp.
C/O SIMON EARL L
4709 GOLF RD#475
Skokie, IL 60076

Saf T Gard Intl. Inc.
C/O Abrams & Abrams, PC
180 W WASHNGTON #910
Chicago, IL 60602

Silvia & Mimi Vega
6624 N. Ramona
Lincolnwood, IL 60712

Timothy E. Horton
Ungaretti & Harris LLP
3500 Thre First National Plaza
Chicago, IL 60602

Timothy W. Fafinski

Corporat Counsel, PA
3411 Brei Kessel Road
Independence, MN 55359

Tobin, Munoz, & Petkus
3 First National Plaza
Ste. 1950
Chicago, IL 60602

Total Staffing Solutions
PO Box 5665
Naperville, IL 60567

Ubaldo Sandoval
3303 S. Bell
Chicago, IL 60608

UFCW Local 1546 Health and Welfare Fund
1649 W. Adams Street
Chicago, IL 60612

Umbertina Gomez
1417 S. 57th Avenue
Cicero, IL 60804

Venturre Marketing LLC
C/O Mark Assumusen
750 Forest Edge Dr.
Vernon Hills, IL 60061

Victor Reyes
C/O Ebro Foods
1330 W. 43rd Street
Chicago, IL 60609

Vienna Beef
2549 Payshere Circle
Chicago, IL 60674

Walkitoff
C/O Adam Walsh
3631 N. Hamilton
Chicago, IL 60618

Washington Mutual
c/o Morrist Oxford Mngt Services
Southgate, MI 48195

**Weyerhaeuser Co.**
**C/O TELLER LEVIT SILVERTRUST**
**11 EAST ADAMS 8THFL**
**Chicago, IL 60603**

**Zenaida Abreau**
**4545 W. Toughy**
**Lincolnwood, IL 60712**