**EBRO FOODS PROPOSED BUDGET:**   6/2009 - 9/2009

| EXPECTED SALES: | $475,000.00 | $480,000.00 | $485,000.00 | $490,000.00 |
|---|---|---|---|---|
| **EXPENSES:** | **-$462,684.00** | (Debtor expects its expenses to remain virtually constant) | | |
| | | | | |
| COST OF INGRED/PACKING | $265,000.00 | $265,000.00 | $265,000.00 | $265,000.00 |
| DIRECT LABOR | $48,333.00 | $48,333.00 | $48,333.00 | $48,333.00 |
| PAYROLL TAX | | | | |
|    FEDERAL | $18,500.00 | $18,500.00 | $18,500.00 | $18,500.00 |
|    STATE | $2,282.00 | $2,282.00 | $2,282.00 | $2,282.00 |
|    IDES | $500.00 | $500.00 | $500.00 | $500.00 |
|    RENT | $35,417.00 | $35,417.00 | $35,417.00 | $35,417.00 |
|    INSURANCE | $6,355.00 | $6,355.00 | $6,355.00 | $6,355.00 |
|    UTILITIES | $35,985.00 | $35,985.00 | $35,985.00 | $35,985.00 |
|    REPAIRS/MAIN | $3,250.00 | $3,250.00 | $3,250.00 | $3,250.00 |
|    DISPOSAL SERVICE | $2,475.00 | $2,475.00 | $2,475.00 | $2,475.00 |
|    UNIFORMS | $925.00 | $925.00 | $925.00 | $925.00 |
|    GLUES/STITCH | $1,350.00 | $1,350.00 | $1,350.00 | $1,350.00 |
|    RENTAL EQUIP | $3,500.00 | $3,500.00 | $3,500.00 | $3,500.00 |
|    COMMISSIONS | $2,000.00 | $2,000.00 | $2,000.00 | $2,000.00 |
|    TELEPHONE | $725.00 | $725.00 | $725.00 | $725.00 |
|    OFFICE SUPPLES | $700.00 | $700.00 | $700.00 | $700.00 |
|    CLEANING SUPPLIES | $300.00 | $300.00 | $300.00 | $300.00 |
|    ADMINISTRATIVE/ 0FFICE | | | | |
|    PAYROLL | $26,900.00 | $26,900.00 | $26,900.00 | $26,900.00 |
|    INTEREST | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
|    TRUSTEE PAYMENT | $2,187.00 | $2,187.00 | $2,187.00 | $2,187.00 |
|    PROFESSIONAL FEES | $3,000.00 | $3,000.00 | $3,000.00 | $3,000.00 |
| | | | | |
| **EXPECTED PROFIT:** | **$12,316.00** | **$17,316.00** | **$22,316.00** | **$27,316.00** |

**Exhibit A**