IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO FOODS, INC.**          CASE NO. **09-10101**

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending **JUNE**, 20**09**

BEGINNING BALANCE IN ALL ACCOUNTS                     $ **90717.91**

RECEIPTS:
    1. Receipts from operations                       $ **263874.42**
    2. Other Receipts                                 $ **19630.18**

DISBURSEMENTS:
    3. Net payroll:
       a. Officers                                  $ **11634.88**
       b. Others                                    $ **52164.56**

    4. Taxes
       a. Federal Income Taxes                      $ **0**
       b. FICA withholdings                         $ **5866.42**
       c. Employee's withholdings                   $ **4333.29**
       d. Employer's FICA                           $ **5866.42**
       e. Federal Unemployment Taxes                $ **0**
       f. State Income Tax                          $ **0**
       g. State Employee withholdings               $ **2106.89**
       h. All other state taxes                     $ **0**

    5. Necessary expenses:
       a. Rent or mortgage payments(s)              $ _____
       b. Utilities                                 $ _____
       c. Insurance                                 $ _____
       d. Merchandise bought for
          manufacture or sale                  $ _____   } **174736.87**
       e. Other necessary expenses
          (specify)
          _____            $ _____
          _____            $ _____

TOTAL DISBURSEMENTS                                   $ **256708.33**

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD   $ **26796.27**

ENDING BALANCE IN **BOA**                             $ **9407.94**
       (Name of Bank)
ENDING BALANCE IN **SHORE BANK**                      $ **101818.68**
       (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS                        $ **111226.62**

"EXHIBIT B"

**CASE NAME: EBRO FOODS INC**                                       **CASE NO.: 09-10101**

## RECEIPTS LISTING

### FOR MONTH ENDING: 6/30/09

| | |
|---|---|
| Bank: | SHORE BANK |
| Location: | 3401 S. KING DRIVE, CHICAGO, IL |
| Account Name: | EBRO FOODS, INC. |
| Account No.: | 3100004674 |

| DATE RECEIVED | DESCRIPTION | $ AMOUNT |
|---|---|---|
| 6/4/2009 | HERDEZ | $ 22,869.50 |
| 6/8/2009 | BIRDSEYE | $ 22,778.02 |
| " | COSTCO | $ 2,606.80 |
| " | LA UNICA | $ 287.30 |
| " | LOCK-UP | $ 25.00 |
| " | IBERIA FOODS | $ 17,285.00 |
| " | IBERIA FOODS | $ 20,280.00 |
| " | AUTHENTIC SPECIALTY | $ 19,425.28 |
| 6/15/2009 | LA PREFERIDA | $ 21,724.29 |
| 6/16/2009 | IBERIA FOODS | $ 21,806.46 |
| 6/18/2009 | EBRO REAL ESTATE | $ 19,630.18 |
| 6/22/2009 | BIRDSEYE | $ 22,712.22 |
| " | IBERIA FOODS | $ 20,280.00 |
| " | BRUCE FOODS | $ 12,010.50 |
| " | LA PREFERIDA | $ 10,879.04 |
| 6/25/2009 | AUTHENTIC SPECIALTY | $ 14,933.76 |
| 6/26/2009 | IBERIA FOODS | $ 19,327.48 |
| " | MIKE DITKA'S | $ 2,137.62 |
| " | LA PREFERIDA | $ 12,906.13 |

**TOTAL: $ 283,604.60**

## DISBURSEMENTS

**CASE NAME: EBRO FOODS INC**  **CASE NO.: 09-10101**

**FOR MONTH ENDING: 6/30/09**

| DATE | CHECK # | PAID TO: | $ AMOUNT | PAID CASH TO: |
|---|---|---|---|---|
| 6/1/09 | 77415 | BEST BARGAINS | $ 1,497.50 | |
| " | 77416 | CROWN CORK SEAL | $ 4,848.51 | |
| " | 77417 | US TREASURY | $ 3,877.65 | |
| " | 77418 | MWRD | $ 2,600.00 | |
| " | 77419 | IL DEPT OF REVENUE | $ 510.45 | |
| " | 77420 | MARTHA RAMIREZ | $ 130.00 | |
| " | 77421 | RICARDO FERNANDEZ | $ 216.64 | R&M/OFFICE SUPPLIES |
| " | 77422 | PAETEC | $ 704.32 | |
| " | 77423 | ARTHUR B ALDER | $ 75.38 | |
| " | 77424 | ORTIZ PRODUCE | $ 220.00 | |
| " | 77425 | CASH | $ 1,760.15 | US SPICE/CHICAGO SWEET. |
| " | 77426 | US TREASURY | $ 3,315.00 | |
| " | 77427 | PRIMARY STAFFING | $ 994.00 | |
| 6/2/09 | 77428 | | VOID | |
| " | 77429 | CASH | $ 118.50 | BATTAGLIA DIST. |
| 6/3/09 | 77430 | CINTAS | $ 323.00 | |
| " | 77431 | CINTAS | $ 200.00 | |
| " | 77432 | UFCW LOCAL 1546 | $ 696.00 | |
| " | 77433 | CASH | $ 138.00 | ROSE PACKING |
| " | 77434 | ALLISON'S | VOID | |
| " | 77435 | BOBAK'S SAUSAGE | $ 40.31 | |
| " | 77436 | DELUXE BUSINESS | $ 237.57 | |
| " | 77437 | HARDWARE PROD. | $ 81.18 | |
| " | 77438 | SILVIO VEGA | $ 350.00 | R&M/OFFICE SUPPLIES |
| 6/4/09 | 77439 | ALLISON'S | $ 652.00 | |
| " | 77440 | ALLISON'S | $ 652.00 | |
| " | 77441 | CHI-GLUE MACH. | $ 351.18 | |
| " | 77442 | ORTHON GROUP | $ 6,354.18 | |
| 6/5/09 | 77443 | CASH | $ 423.40 | R&M/OFFICE SUPPLIES |
| " | 77444 | WALKITOFF COMM | $ 837.53 | |
| " | | PAYROLL | $ 14,843.32 | |
| 6/8/09 | | UPS | $ 62.45 | |
| " | 77445 | COMED | $ 5,452.44 | |
| " | 77446 | CASH | $ 3,646.00 | BOBAK'S/GUSTO PACKING |
| " | 77447 | US TREASURY | $ 3,766.40 | |
| " | 77448 | IL DEPT OF REVENUE | $ 487.36 | |
| " | 77449 | MARTHA RAMIREZ | $ 37.74 | |
| " | 77450 | SALVADOR GARCIA | $ 610.00 | |
| " | 77451 | PRIMARY STAFFING | $ 48.92 | |

1

## DISBURSEMENTS

**CASE NAME: EBRO FOODS INC**  **CASE NO.: 09-10101**

**FOR MONTH ENDING: 6/30/09**

| DATE | CHECK # | PAID TO: | $ AMOUNT | PAID CASH TO: |
|---|---|---|---|---|
| " | 77452 | ARTHUR B ADLER | $ 50.38 | |
| " | 77453 | CASH | $ 138.00 | ROSE PACKING |
| " | 77454 | PRIMARY STAFFING | $ 994.00 | |
| " | 77455 | WASTE MGNT | $ 2,548.74 | |
| 6/9/09 | 77456 | RUDD CONT. | $ 471.70 | |
| " | 77457 | SIEVERT ELECTRIC | $ 221.31 | |
| " | 77458 | ZENAIDA ABREU | $ 50.00 | |
| " | 77459 | CONSUMER'S VINEGAR | VOID | |
| " | 77460 | CASH | $ 828.00 | COLUMBUS FOODS |
| " | 77461 | PASTORELLI | $ 1,972.92 | |
| " | 77462 | BEST BARGAINS | $ 325.00 | |
| " | 77463 | CASH | $ 2,633.35 | CHI-SWEETNERS |
| 6/10/09 | 77464 | E-Z SPUDS | $ 641.25 | |
| " | 77465 | CINTAS | $ 323.00 | |
| " | 77466 | SILVIO VEGA | $ 281.01 | REIMBURSEMENT |
| " | 77467 | BRANDT BOX | $ 867.01 | |
| " | 77468 | CONSUMER'S VINEGAR | $ 775.00 | |
| " | 77469 | PRIMARY STAFFING | $ 999.84 | |
| " | 77470 | CASH | $ 571.00 | US SPICE |
| " | 77471 | PRIMARY STAFFING | $ 67.44 | |
| " | 77472 | WALMARK | $ 281.00 | |
| 6/11/09 | 77473 | MOTION IND. | $ 171.63 | |
| 6/12/09 | | PAYROLL | $ 14,001.41 | |
| " | 77474 | EBRO REAL ESTATE | $ 4,800.00 | |
| " | 77475 | US TREASURY | $ 3,525.12 | |
| " | 77476 | IL DEPT OF REVENUE | $ 455.94 | |
| " | 77477 | MARTHA RAMIREZ | $ 34.55 | |
| " | 77478 | RICARDO FERNANDEZ | $ 1,967.81 | R&M/OFFICE SUPPLIES/ PALLETS/INVENTORY |
| " | 77479 | ARTHUR B ADLER | $ 40.86 | |
| " | | UPS | $ 127.07 | |
| 6/15/09 | 77480 | PRIMARY STAFFING | $ 931.70 | |
| " | 77481 | PRIMARY STAFFING | $ 994.00 | |
| 6/16/09 | 77482 | CONSUMER'S VINEGAR | $ 375.00 | |
| " | 77483 | PEOPLE'S ENERGY | $ 9,406.81 | |
| " | 77484 | CASH | $ 3,225.85 | ROSE PACK/NEALE FDS/US SPICE |
| " | 77485 | MOTION IND. | $ 175.29 | |
| " | 77486 | RICK KLEIN | $ 1,491.27 | |
| " | 77487 | RICARDO FERNANDEZ | $ 80.00 | REIMBURSEMENT |

2

## DISBURSEMENTS

**CASE NAME: EBRO FOODS INC**  **CASE NO.: 09-10101**

**FOR MONTH ENDING: 6/30/09**

| DATE | CHECK # | PAID TO: | $ AMOUNT | PAID CASH TO: |
|---|---|---|---|---|
| " | 77488 | PASTORELLI | $ 1,447.52 | |
| " | 77489 | BADGER TAG | $ 83.41 | |
| " | 77490 | BOBAK'S SAUSAGE | $ 97.94 | |
| " | 77491 | BEST BARGAINS | $ 1,575.00 | |
| " | 77492 | MASTER BREW | $ 26.07 | |
| " | 77493 | ORTIZ PRODUCE | $ 50.00 | |
| 6/17/09 | 77494 | CHI-GLUE MACH. | $ 350.43 | |
| " | 93 | BOFA | $ 19,630.18 | |
| 6/18/09 | 77495 | CASH | $ 138.00 | ROSE PACKING |
| " | 77496 | PASTORELLI | $ 184.65 | |
| " | 77497 | MARCAS DIST. | $ 179.99 | |
| " | 77498 | BEST BARGAINS | $ 325.00 | |
| " | 77499 | | VOID | |
| " | 77500 | CROWN CORK SEAL | $ 13,942.61 | |
| 6/19/09 | | PAYROLL | $ 18,629.04 | |
| " | 77501 | BOA | $ 3,000.00 | |
| " | 77502 | CASH | $ 4,399.76 | GUARINO/BOBAK'S/CHART POOL |
| " | 77503 | US TREASURY | $ 4,690.95 | |
| " | 77504 | IL DEPT OF REVENUE | $ 625.87 | |
| " | 77505 | VIDEOJET | $ 395.33 | |
| " | 77506 | MARTHA RAMIREZ | $ 130.00 | |
| " | 77507 | SILVIO VEGA | $ 964.00 | INSURANCE REIMB. |
| " | 77508 | PASTORELLI | $ 1,411.35 | |
| " | 77509 | SALVADOR GARCIA | $ 135.00 | |
| " | 77510 | BRANDT BOX | $ 881.45 | |
| " | 77511 | ARTHUR B ADLER | $ 79.86 | |
| " | 77512 | IL DEPT OF REVENUE | $ 400.00 | |
| " | 77513 | CASH | $ 2,816.00 | US SPICE/ CHI-SWEETNERS |
| | 77514 | | VOID | |
| " | 77515 | CITY OF CHICAGO DEPT WATER | $ 9,500.00 | |
| " | | UPS | $ 52.64 | |
| 6/22/09 | 77516 | COMED | $ 5,283.13 | |
| " | 77417 | CASH | $ 100.00 | OFFICE SUPPLIES |
| " | 77518 | WISCO | $ 79.45 | |
| " | 77519 | BRUCE FOODS | $ 1,100.00 | |
| 6/23/09 | 77520 | PRIMARY STAFFING | $ 851.62 | |
| " | 77521 | PRIMARY STAFFING | $ 1,893.00 | |
| " | 77522 | CASH | $ 3,826.00 | CHI MEAT/NEALE FOODS/CLEAN |
| " | 77523 | CINTAS | $ 523.00 | |

3

## DISBURSEMENTS

**CASE NAME: EBRO FOODS INC**　　　　　　　　　　　　　　　**CASE NO.: 09-10101**

**FOR MONTH ENDING: 6/30/09**

| DATE | CHECK # | PAID TO: | $ AMOUNT | PAID CASH TO: |
|---|---|---|---|---|
| 6/24/09 | 77524 | CERTIFIED CHECK | $ 2,001.00 | CHI MEAT AUTH. |
| " | 77525 | E-Z SPUDS | $ 769.50 | |
| " | 77526 | TAPE PRODUCTS | $ 432.00 | |
| " | 77527 | B&D MACHINE | $ 260.00 | |
| " | 77528 | ORTIZ PRODUCE | $ 30.00 | |
| 6/25/09 | 77529 | LEWISBURG PRINT. | $ 1,200.00 | |
| 6/26/09 | 77530 | MOTION IND. | $ 203.76 | |
| " | 77531 | CHI-SWEETNERS | $ 835.30 | |
| " | 77532 | WALMARK | $ 281.00 | |
| " | | UPS | $ 85.03 | |
| " | 77533 | WALKITOFF COMM | $ 1,000.00 | |
| " | | PAYROLL | $ 16,325.67 | |
| " | 77534 | CASH | $ 409.34 | R&M/OFF SUP/CLEAN. SUPP |
| " | 77535 | | VOID | |
| " | 77536 | US TREASURY | $ 4,083.66 | |
| " | 77537 | IL DEPT OF REVENUE | $ 537.72 | |
| 6/29/09 | 77538 | CASH | $ 138.00 | ROSE PACKING |
| " | 77539 | JOHN SAKASH CO. | $ 184.17 | |
| " | 77540 | PASTORELLI | $ 991.26 | |
| " | 77541 | SALVADOR GARCIA | $ 85.00 | |
| " | 77542 | BEST BARGAINS | $ 1,575.00 | |
| " | 77543 | CHI-GLUE MACH. | $ 325.26 | |
| " | 77544 | PRIMARY STAFFING | $ 2,298.15 | |
| | 77545 | CROWN CORK SEAL | $ 3,641.72 | |
| 6/30/09 | 77546 | CONSUMER'S VINEGAR | $ 240.00 | |
| " | 77547 | US SPICE | VOID | |
| " | 77548 | CASH | VOID | |
| " | 77549 | CASH | $ 936.00 | US SPICE/ BATTAGLIA DIST. |
| **TOTAL:** | | | **$ 256,708.33** | |

4

"EXHIBIT D"

**CASE NAME: EBRO FOODS INC**          **CASE NO.: 09-10101**

## ACCOUNTS RECEIVABLE

### FOR MONTH ENDING:

| DATE | CUSTOMER | $ AMOUNT |
|---|---|---|
| 6/30/2009 | LA PREFERIDA INC. | $ 37,970.82 |
| | IBERIA FOODS | $ 86,897.61 |
| | BRUCE FOODS | $ 14,872.50 |
| | HERDEZ S.A. DE C.V. | $ 23,826.00 |
| | **TOTAL** | **$ 163,566.93** |

"EXHIBIT D"

**CASE NAME: EBRO FOODS INC**　　　　　　　　　　　　　　　　　　**CASE NO.: 09-10101**

## PAYABLES

### FOR MONTH ENDING: 6/30/09

| DATE | NAME | VENDOR | CUST. DISCT. | $ AMOUNT | DUE DATE |
|---|---|---|---|---|---|
| 6/1/2009 | LA PREFERIDA |  | X | $ 42,717.88 | 6/1/2009 |
| " | WASTE MANAGEMENT | X |  | $ 652.00 | 6/11/2009 |
| 6/4/2009 | LA PREFERIDA |  | X | $ 1,092.00 | 6/4/2009 |
| 6/8/2009 | LA PREFERIDA |  | X | $ 24,596.72 | 6/8/2009 |
| 6/10/2009 | THE ORTHON GROUP | X |  | $ 5,716.67 | 6/17/2009 |
| " | LA PREFERIDA |  | X | $ 3,724.00 | 6/10/2009 |
| 6/11/2009 | LA PREFERIDA |  | X | $ 16,882.00 | 6/11/2009 |
| 6/12/2009 | COMED | X |  | $ 5,350.94 | 7/10/2009 |
| " | MINSTER MECHANICAL | X |  | $ 257.44 | 7/12/2009 |
| " | LA PREFERIDA |  | X | $ 1,719.99 | 6/12/2009 |
| 6/15/2009 | ALLSON HYDRAULIC | X |  | $ 652.00 | 6/15/2009 |
| " | LA PREFERIDA |  | X | $ 25,150.00 | 6/15/2009 |
| 6/17/2009 | LA PREFERIDA |  | X | $ 1,476.00 | 6/17/2009 |
| 6/22/2009 | LA PREFERIDA |  | X | $ 39,402.64 | 6/22/2009 |
| 6/23/2009 | CITY OF CHICAGO | X |  | $ 45.00 | 7/23/2009 |
| 6/24/2009 | PAETEC | X |  | $ 710.94 | 7/14/2009 |
| 6/25/2009 | LA PREFERIDA |  | X | $ 23,804.00 | 6/25/2009 |
| " | PEOPLES ENERGY | X |  | $ 9,524.86 | 7/10/2009 |
| 6/26/2009 | LA PREFERIDA |  | X | $ 840.00 | 6/26/2009 |
| 6/29/2009 | LA PREFERIDA |  | X | $ 15,900.00 | 6/29/2009 |
| 6/30/2009 | JOE & SONS LANDSCAPING | X |  | $ 700.00 | 6/30/2009 |

　　　　　　　　　　　　　　　　　　　　　　　　　　　　**TOTAL:　$　220,915.08**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO FOODS, INC.**  CASE NO. **09-10101**

FOR MONTH ENDING  JUNE 2009

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No (✓) |
| 2. | FICA withholdings | Yes (✓) | No ( ) |
| 3. | Employee's withholdings | Yes (✓) | No ( ) |
| 4. | Employer's FICA | Yes (✓) | No ( ) |
| (5.) | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No (✓) |
| 7. | State Employee withholdings | Yes (✓) | No ( ) |
| 8. | All other state taxes | Yes (✓) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

(5) PAID AT YEAR END

Operating Report  Page 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO FOODS, INC.**          CASE NO. **09-10101**

## DECLARATION UNDER PENALTY OF PERJURY

I, _Silvio Vega_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_Silvio Vega_
_Gen. Mgr._

DATED: _7/14/09_