## U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: Ebro Foods, Inc.    CASE NO.: 09-10101

FOR CALENDAR QUARTER ENDING June 30, 2009

### DISBURSEMENTS*

1. 

| MONTH | DISBURSEMENTS |
|---|---|
| April, 2009 | $ 88,319.31 |
| May, 2009 | $ 203,639.47 |
| June, 2009 | $ 256,708.33 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 548,667.11 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)    $ 4,875.00

3. QUARTERLY FEE PAID (Attach proof of payment)    $ 4,875.00

4. AMOUNT OF UNPAID FEES (IF ANY)    $ -0-

I, Silvio G. Vega, acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 7/14/09

_____
For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration).    Silvio G. Vega
Vice President and General Manager of Ebro Foods, Inc.

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

**EBRO FOODS INC.**

Check #: 776

| Vendor ID: 01041 | | Vendor Name: U.S. TRUSTEE | | | | |
|---|---|---|---|---|---|---|
| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
| #09-10101/6-30-09 | 07/15/09 | 4875.00 | 4875.00 | 0.00 | 0.00 | 4875.00 |
| | | | | | Net Check Amt | 4875.00 |

---

776

**EBRO FOODS INC.**
(DEBTOR IN POSSESSION)
1330 W 43RD ST
CHICAGO, IL 60609

SHOREBANK
CHICAGO, ILLINOIS 60649
2-422-710

************ Four Thousand Eight Hundred Seventy Five & 00/100 Dollars

DATE 07/15/09       AMOUNT *****4,875.00

PAY TO THE ORDER OF

U.S. TRUSTEE
PAYMENT CENTER
P.O. BOX 70937
CHARLOTTE, NC 28272-0937

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE

⑈077606⑈ ⑆071004226⑆ ⑈3100004674⑈