IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**     CASE NO. **09-10104**

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __July__, 20__09__

BEGINNING BALANCE IN ALL ACCOUNTS    $ _11912.36_

RECEIPTS:
- 1. Receipts from operations RENT    $ _24921.42_
- 2. Other Receipts    $ _____

DISBURSEMENTS:
- 3. Net payroll:
  - a. Officers    $ N/A
  - b. Others    $ N/A
- 4. Taxes
  - a. Federal Income Taxes    $ N/A
  - b. FICA withholdings    $ "
  - c. Employee's withholdings    $ "
  - d. Employer's FICA    $ "
  - e. Federal Unemployment Taxes    $ "
  - f. State Income Tax    $ "
  - g. State Employee withholdings    $ "
  - h. All other state taxes    $ "
- 5. Necessary expenses:
  - a. Rent or mortgage payments(s)    $ _19630.18_
  - b. Utilities    $ _____
  - c. Insurance    $ _____
  - d. Merchandise bought for manufacture or sale    $ _____
  - e. Other necessary expenses (specify) __US TRUSTEE__    $ _650.00_

TOTAL DISBURSEMENTS    $ _20280.18_

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD    $ _4641.24_

ENDING BALANCE IN __BofA__ (Name of Bank)    $ _2018.26_

ENDING BALANCE IN __SHORE BANK__ (Name of Bank)    $ _14403.85_

ENDING BALANCE IN ALL ACCOUNTS    $ _16422.11_

Operating Report        Page 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**          CASE NO. **09-10104**

## RECEIPTS LISTING

FOR MONTH ENDING **July**, 20**09**

Bank: **Shore Bank**
Location: **3401 So. King Drive Chicago 60616**
Account Name: **Ebro Real Estate Holdings LLC (DIP)**
Account No.: **3100004682**

| DATE RECEIVED | DESCRIPTION | AMOUNT |
|---|---|---|
| 7/13/09 | Awin Mgmt | 1,200 |
| 7/13/09 | Box Form | 13,721.42 |
| 7/13/09 | Ebro Foods | 10,000 |

TOTAL: **#24,921.42**

Receipts may be identified by major categories. It is not necessary to list each transaction separately by name of customer or invoice number. You must, however, create a separate list for each bank account to which receipts were deposited during the month.

Operating Report                              Page 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**                CASE NO. **09-10104**

### DISBURSEMENT LISTING

FOR MONTH ENDING __July__, 20 09

Bank: __Shore Bank__

Location: __3401 S. King Drive Chicago 60616__

Account Name: __EBRO Real Estate LLC (DIP)__

Account No.: __3100004682__

| DATE DISBURSED | CHECK NO. | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 7/17/09 | 96 | B of A | 19630.18 |
| 7/28/09 | 97 | US Trustee | 650.00 |

TOTAL: #20280.18

You must create a separate list for each bank account from which disbursements were made during the month.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**       CASE NO. **09-10104**

FOR MONTH ENDING **July**, 20**09**

## STATEMENT OF INVENTORY

Beginning inventory         $ N/A

Add: purchases              $

Less: goods sold            $
(cost basis)

Ending inventory            $

## PAYROLL INFORMATION STATEMENT

Gross payroll for this period      $

Payroll taxes due but unpaid       $

## STATUS OF PAYMENTS TO SECURED CREDITORS AND LESSORS

| Name of Creditor/Lessor | Date regular payment is due | Amount of Regular Payment | Number of Payments Delinquent* | Amount of Payments Delinquent* |
|---|---|---|---|---|
| BofA | 7/1 | 19630.18 | 1 | 19630.18 |
| SomerCor | 7/1 | 18226.24 | 4 | 72904.96 |

* Include only post-petition payments.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**  CASE NO. **09-10104**

FOR MONTH ENDING __July__, 20 __09__

## STATEMENT OF AGED RECEIVABLES

**ACCOUNTS RECEIVABLE:**

Beginning of month balance $ 115372.42

Add: sales on account $ 50338.42

Less: collections $ 24921.42

End of month balance $ 140789.42

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $26417 | $30617 | $34417 | $50338.42 | $140789.42 |

## STATEMENT OF ACCOUNTS PAYABLE (POST-PETITION)

Beginning of month balance $ 74308.90

Add: credit extended $ 37856.42

Less: payments of account $ 20280.18

End of month balance $ 91888.14

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | End of Month TOTAL |
|---|---|---|---|---|
| $18226.24 | $18226.24 | $18226.24 | $37856.42 | $92535.14 |

ITEMIZE ALL POST-PETITION PAYABLES OVER 30 DAYS OLD ON A SEPARATE
SCHEDULE AND FILE WITH THIS REPORT

Operating Report                                    Page 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**     CASE NO. **09-10104**

FOR MONTH ENDING __July__, 20 __09__

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | | |
|---|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No (X) | N/A |
| 2. | FICA withholdings | Yes ( ) | No (X) | |
| 3. | Employee's withholdings | Yes ( ) | No ( ) | |
| 4. | Employer's FICA | Yes ( ) | No ( ) | |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) | |
| 6. | State Income Tax | Yes ( ) | No ( ) | |
| 7. | State Employee withholdings | Yes ( ) | No ( ) | |
| 8. | All other state taxes | Yes ( ) | No ( ) | |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO REAL ESTATE HOLDINGS, LLC**        CASE NO. **09-10104**

## DECLARATION UNDER PENALTY OF PERJURY

I, _SILVIO VEGA_, acting as the duly authorized agent for the Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I have read and I certify that the figures, statements, disbursement itemizations, and account balances as listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of my knowledge, information and belief.

_S. Vega_
For the Debtor In Possession (Trustee)

Print or type name and capacity of person signing this Declaration:

_SILVIO VEGA_
_GEN MGR_

DATED: _8/12/09_