IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: August 4, 2009 at 9:30 A.M. |

**ORDER GRANTING FIRST INTERIM APPLICATION OF FORREST L. INGRAM, P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS**

THIS MATTER came to be heard on the First Interim Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:
**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. FORREST L. INGRAM, P.C. is awarded **$20,846.50** of the professional compensation requested for the time period beginning March 24, 2009 and ending June 30, 2009.

2. FORREST L. INGRAM, P.C. is awarded **$1,077.88** for reimbursement of expenses for the time period beginning March 24, 2009 and ending June 30, 2009.

3. ~~FORREST L. INGRAM, P.C. is authorized to apply the pre-petition fee retainer of $20,000.00 and the pre-petition filing fee of $1,039.00 toward the amounts awarded~~

4. ~~DEBTOR, Ebro Foods, Inc. is granted leave to pay FORREST L. INGRAM, P.C. the sum of $885.38 in remaining professional fees.~~

Dated: 4 AUG 2009

BY THE COURT:

The Honorable Eugene R. Wedoff
United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.

9