IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO FOODS, INC.**          CASE NO. **09-10101**

## SUMMARY OF CASH RECEIPTS AND CASH DISBURSEMENTS

For Month Ending __SEPTEMBER__, 20 __09__

BEGINNING BALANCE IN ALL ACCOUNTS          $ 73490.71

RECEIPTS:
    1. Receipts from operations          $ 228206.52
    2. Other Receipts          $ 0

DISBURSEMENTS:
    3. Net payroll:
        a. Officers          $ 14543.45
        b. Others          $ 63162.73

    4. Taxes
        a. Federal Income Taxes          $
        b. FICA withholdings          $ 7176.10
        c. Employee's withholdings          $ 5355.94
        d. Employer's FICA          $ 7176.10
        e. Federal Unemployment Taxes          $ 0
        f. State Income Tax          $
        g. State Employee withholdings          $ 2562.61
        h. All other state taxes

    5. Necessary expenses:
        a. Rent or mortgage payments(s)          $
        b. Utilities          $
        c. Insurance          $
        d. Merchandise bought for
            manufacture or sale          $      } $134045.94
        e. Other necessary expenses
          (specify)
        _____          $
        _____          $

TOTAL DISBURSEMENTS          $ 234022.87

NET RECEIPTS (DISBURSEMENTS) FOR THE CURRENT PERIOD          $ (5816.35)

ENDING BALANCE IN __B of A__          $9183.47
    (Name of Bank)

ENDING BALANCE IN __SHORE BANK__          $55628.18
    (Name of Bank)

ENDING BALANCE IN ALL ACCOUNTS          $ 64811.65

"EXHIBIT B"

**CASE NAME:** EBRO FOODS INC

**CASE NO.:** 09-10101

### RECEIPTS LISTING

### FOR MONTH ENDING: 9/30/09

| | |
|---|---|
| **Bank:** | SHORE BANK |
| **Location:** | 3401 S. KING DRIVE, CHICAGO, IL |
| **Account Name:** | EBRO FOODS, INC. |
| **Account No.:** | 3100004674 |

| DATE RECEIVED | DESCRIPTION | $ AMOUNT |
|---|---|---|
| 9/8/2009 | LA PREFERIDA | $ 22,837.04 |
| " | IBERIA | $ 23,920.36 |
| 9/11/2009 | AUTHENTIC SPECIALTY FOODS | $ 14,933.78 |
| 9/14/2009 | NALLEY FOODS | $ 22,662.58 |
| " | SOLIS MEXICAN FOODS | $ 4,802.00 |
| " | LA PREFERIDA | $ 15,484.85 |
| 9/21/2009 | LP | $ 20,835.53 |
| " | IBERIA | $ 24,075.04 |
| " | BALLESTER HERMANOS | $ 41,630.91 |
| 9/28/2009 | LA PREFERIDA | $ 21,776.05 |
| 9/29/2009 | AUTHENTIC SPECIALTY FOODS | $ 15,248.40 |

**TOTAL: $ 228,206.52**

**DISBURSEMENTS**

CASE NAME: EBRO FOODS, INC.

CASE NO.: 09-10101

FOR MONTH ENDING: 9/30/09

| DATE | CHECK # | PAID TO: | $ AMOUNT | PAID CASH TO: |
|------|---------|----------|----------|---------------|
| 9/1/2009 | 77828 | CASH | $ 1,176.00 | Columbus Foods |
| 9/1/2009 | 77829 | BRANDT BOX & PAPER CO., INC. | $ 1,278.32 | |
| 9/2/2009 | 77830 | CASH | $ 927.38 | Nealey Foods |
| 9/2/2009 | 77831 | CINTAS CORPORATION #21 | $ 656.00 | |
| 9/3/2009 | 77832 | CASH | $ 872.20 | U.S. Spice/Chi-Sweetners |
| 9/3/2009 | 77833 | MAJECO, INC. | $ 451.12 | |
| 9/3/2009 | 77834 | ALLISON HYDRAULIC SERV. | $ 652.00 | |
| 9/3/2009 | 77835 | W.R. PABICH MFG CO. INC. | $ 142.62 | |
| 9/3/2009 | 77836 | RICARDO FERNANDEZ | $ 246.31 | Reimbursement: R&M/Office Supplies |
| 9/3/2009 | 77837 | Joe & Sons Landscaping | $ 380.00 | |
| 9/4/2009 | 77838 | THE ORTHON GROUP | $ 5,716.67 | |
| 9/4/2009 | 77839 | MOTION INDUSTRIES, INC. | $ 160.87 | |
| 9/4/2009 | 77840 | U.S. DEPARTMENT OF AGRICULTURE | $ 44.20 | |
| 9/4/2009 | 77841 | SALVADOR GARCIA | $ 200.00 | |
| 9/4/2009 | 77842 | UNITED STATES TREASURY | $ 3,812.09 | |
| 9/4/2009 | 77843 | ILLINOIS DEPT.OF REVENUE | $ 490.52 | |
| 9/4/2009 | 77844 | HACH COMPANY | $ 164.64 | |
| 9/4/2009 | 77845 | MARTHA RAMIREZ | $ 130.00 | |
| 9/4/2009 | 77846 | VOID | | |
| 9/4/2009 | 77847 | NEALEY FOODS INC. | $ 166.40 | |
| 9/4/2009 | 77848 | ECOLAB PEST ELIMINATION | $ 600.00 | |
| 9/4/2009 | 77849 | ECOLAB PEST ELIMINATION | $ 600.00 | |
| 9/4/2009 | 77850 | BRANDT BOX & PAPER CO., INC. | $ 1,115.60 | |
| 9/4/2009 | 77851 | ARTHUR B. ADLER & ASSOCIATES, LTD | | |
| 9/4/2009 | 77852 | ARTHUR B. ADLER & ASSOCIATES, LTD | $ 72.02 | |
| " | | PAYROLL | $ 15,389.69 | |
| 9/9/2009 | 77855 | PEOPLES ENERGY | $ 9,017.71 | |
| 9/9/2009 | 77856 | ROSE PACKING COMPANY | $ 136.00 | |
| 9/9/2009 | 77857 | E-Z SPUDS INC. | $ 630.00 | |
| 9/9/2009 | 77858 | SILVIO A. VEGA | $ 281.01 | |
| 9/9/2009 | 77859 | BRANDT BOX & PAPER CO., INC. | $ 1,471.59 | |
| 9/9/2009 | 77860 | VOID | | |
| 9/9/2009 | 77861 | VOID | | |
| 9/9/2009 | 77861 | BEST BARGAINS, INC. | $ 325.00 | |
| 9/9/2009 | 77862 | WALMARK CORPORATION | $ 281.00 | |
| 9/10/2009 | 77863 | UFCW  LOCAL  1546 | $ 667.00 | |
| 9/10/2009 | 77864 | WALKITOFF.US INC | $ 1,000.00 | |
| 9/10/2009 | 77865 | PRIMARY STAFFING, INC. | $ 267.53 | |
| 9/10/2009 | 77866 | PRIMARY STAFFING, INC. | $ 1,577.60 | |
| 9/10/2009 | 77867 | HENNIG GASKET & SEALS | $ 130.00 | |
| 9/10/2009 | 77868 | RICARDO FERNANDEZ | $ 787.00 | |
| 9/10/2009 | 77869 | LEWISBURG PRINTING CO. | $ 600.00 | |
| 9/10/2009 | 77870 | ORTIZ PRODUCE, INC. | $ 320.00 | |
| 9/11/2009 | 77871 | CHICAGO GLUE MACHINE | $ 350.16 | |
| 9/11/2009 | 77872 | BOBAK'S SAUSAGE COMPANY | $ 1,004.01 | |

**DISBURSEMENTS**

CASE NAME: EBRO FOODS, INC.

CASE NO.: 09-10101

**FOR MONTH ENDING: 9/30/09**

| DATE | CHECK # | PAID TO: | $ AMOUNT | PAID CASH TO: |
|------|---------|----------|----------|---------------|
| 9/11/2009 | 77873 | BOBAK'S SAUSAGE COMPANY | $ 1,990.00 | |
| " | | PAYROLL | $ 14,924.69 | |
| 9/14/2009 | 77874 | CONSUMERS VINEGAR & SPIC | $ 1,105.00 | |
| 9/14/2009 | 77875 | CASH | $ 993.50 | U.S. Spice |
| 9/14/2009 | 77876 | CROWN CORK & SEAL CO. | $ 19,188.24 | |
| 9/14/2009 | 77877 | UNITED STATES TREASURY | $ 3,826.62 | |
| 9/14/2009 | 77878 | WASTE MANAGEMENT - METRO | $ 2,774.77 | |
| 9/14/2009 | 77879 | ILLINOIS DEPT.OF REVENUE | $ 496.01 | |
| 9/14/2009 | 77880 | KARL SCHNELL INC. | $ 75.00 | |
| 9/14/2009 | 77881 | RICK KLEIN TECHNICAL SER | $ 378.66 | |
| 9/14/2009 | 77882 | MARTHA RAMIREZ | $ 130.00 | |
| 9/14/2009 | 77883 | BRANDT BOX & PAPER CO., INC. | $ 524.00 | |
| 9/14/2009 | 77884 | ARTHUR B. ADLER & ASSOCIATES, LTD | $ 76.50 | |
| 9/14/2009 | 77885 | CASH | $ 2,493.20 | Chi-Sweetners |
| 9/15/2009 | 77886 | ROSE PACKING COMPANY | $ 138.00 | |
| 9/16/2009 | 77887 | CASH | $ 3,224.29 | Ahlstrom |
| 9/15/2009 | 77888 | WASHINGTON LIAISON SERVI | $ 115.00 | |
| 9/15/2009 | 77889 | E-Z SPUDS INC. | $ 769.50 | |
| 9/15/2009 | 77890 | ST.CHARLES TRADING INC. | $ 963.00 | |
| 9/15/2009 | 77891 | CINTAS CORPORATION #21 | $ 523.00 | |
| 9/15/2009 | 77892 | BEST BARGAINS, INC. | $ 1,116.00 | |
| 9/15/2009 | 77893 | TAMPICO PRESS | $ 87.00 | |
| 9/15/2009 | 77894 | NEALEY FOODS INC. | $ 778.74 | |
| 9/15/2009 | 77895 | PASTORELLI | $ 1,223.60 | |
| 9/15/2009 | 77896 | BRANDT BOX & PAPER CO., INC. | $ 1,648.35 | |
| 9/15/2009 | 77897 | PRIMARY STAFFING, INC. | $ 1,937.20 | |
| 9/15/2009 | 77898 | VOID | | |
| 9/15/2009 | 77899 | SOLIS MEXICAN FOODS, INC. | $ 2,188.00 | |
| 9/16/2009 | 77900 | RICARDO FERNANDEZ | $ 778.20 | Reimbursement: R&M/Office Supplies/Ingredients |
| 9/16/2009 | 77901 | ZENAIDA E. ABREU | $ 800.00 | |
| 9/18/2009 | 77902 | BRANDT BOX & PAPER CO., INC. | $ 1,514.35 | |
| 9/18/2009 | 77903 | BEST BARGAINS, INC. | $ 370.65 | |
| 9/18/2009 | 77904 | TAPE PRODUCTS COMPANY | $ 432.00 | |
| 9/18/2009 | 77905 | LEWISBURG PRINTING CO. | $ 1,554.08 | |
| 9/18/2009 | 77906 | WALKITOFF.US INC | $ 1,000.00 | |
| " | | PAYROLL | $ 14,422.57 | |
| 9/21/2009 | 77907 | VOID | | |
| 9/21/2009 | 77908 | VOID | | |
| 9/21/2009 | 77909 | VOID | | |
| 9/21/2009 | 77910 | VOID | | |
| 9/21/2009 | 77911 | VOID | | |
| 9/21/2009 | 77912 | VOID | | |
| 9/21/2009 | 77913 | VOID | | |
| 9/21/2009 | 77914 | VOID | | |
| 9/21/2009 | 77915 | VOID | | |

2

## DISBURSEMENTS

CASE NO.: 09-10101

CASE NAME: EBRO FOODS, INC.

### FOR MONTH ENDING: 9/30/09

| DATE | CHECK # | PAID TO: | $ AMOUNT | PAID CASH TO: |
|------|---------|----------|----------|---------------|
| 9/21/2009 | 77916 | UNITED STATES TREASURY | $ 3,731.66 | |
| 9/21/2009 | 77917 | ALLISON HYDRAULIC SERV. | $ 652.00 | |
| 9/21/2009 | 77918 | ILLINOIS DEPT.OF REVENUE | $ 484.70 | |
| 9/21/2009 | 77919 | DEPARTMENT OF CONSUMER SERVICES | $ 495.00 | |
| 9/21/2009 | 77920 | MARTHA RAMIREZ | $ 130.00 | |
| 9/21/2009 | 77921 | RICARDO FERNANDEZ | $ 287.22 | Reimbursement: R&M |
| 9/21/2009 | 77922 | SALVADOR GARCIA | $ 475.00 | |
| 9/21/2009 | 77923 | ARTHUR B. ADLER & ASSOCIATES, LTD | $ 76.26 | |
| 9/21/2009 | 77924 | WISCO | $ 77.38 | |
| 9/21/2009 | 77925 | BRANDT BOX & PAPER CO., INC. | $ 1,585.75 | |
| 9/21/2009 | 77926 | BANK OF AMERICA | $ 3,000.00 | |
| 9/22/2009 | 77927 | COMED | $ 5,993.33 | |
| 9/22/2009 | 77928 | CASH | $ 402.30 | R&M/Misc./Office Supplies/Journal |
| 9/22/2009 | 77929 | METROPOLITAN WATER RECLA | $ 2,975.88 | |
| 9/22/2009 | 77930 | CINTAS CORPORATION #21 | $ 323.00 | |
| 9/22/2009 | 77931 | PASTORELLI | $ 1,280.49 | |
| 9/22/2009 | 77932 | BOBAK'S SAUSAGE COMPANY | $ 228.63 | |
| 9/22/2009 | 77933 | PRIMARY STAFFING, INC. | $ 2,420.05 | |
| 9/22/2009 | 77934 | BEST BARGAINS, INC. | $ 1,497.50 | |
| 9/22/2009 | 77935 | EBRO REAL ESTATE HOLDINGS, LLC | $ 15,000.00 | |
| 9/23/2009 | 77936 | CONSUMERS VINEGAR & SPIC | $ 130.00 | |
| 9/23/2009 | 77937 | BRANDT BOX & PAPER CO., INC. | $ 794.75 | |
| 9/23/2009 | 77938 | NEALEY FOODS INC. | $ 816.82 | |
| 9/23/2009 | 77939 | FORREST L. INGRAM. P.C. | $ 685.38 | |
| 9/24/2009 | 77940 | B&D MACHINE CORP. | $ 281.00 | |
| 9/24/2009 | 77941 | VOID | | |
| 9/24/2009 | 77942 | CHICAGO GLUE MACHINE | $ 288.07 | |
| 9/24/2009 | 77943 | NEALEY FOODS INC. | $ 769.49 | |
| 9/25/2009 | 77944 | BRANDT BOX & PAPER CO., INC. | $ 2,116.94 | |
| 9/25/2009 | 77945 | GORDON BROS | $ 150.93 | |
| 9/25/2009 | 77946 | RICARDO FERNANDEZ | $ 168.84 | Reimbursement: Office Supplies |
| " | | PAYROLL | $ 18,026.29 | |
| 9/26/2009 | 77947 | UNITED STATES TREASURY | $ 4,501.66 | |
| 9/28/2009 | 77948 | ILLINOIS DEPT.OF REVENUE | $ 595.99 | |
| 9/28/2009 | 77949 | MARTHA RAMIREZ | $ 130.00 | |
| 9/28/2009 | 77950 | CINTAS CORPORATION #21 | $ 323.00 | |
| 9/28/2009 | 77951 | ARTHUR B. ADLER & ASSOCIATES, LTD | $ 76.50 | |
| 9/28/2009 | 77952 | ILLINOIS DEPT.OF REVENUE | $ 400.00 | |
| 9/28/2009 | 77953 | CASH | $ 1,450.80 | U.S. Spice/Chi-Sweetners |
| 9/28/2009 | 77954 | ZENAIDA E. ABREU | $ 150.00 | Reimbursement: Office Supplies |
| 9/29/2009 | 77955 | CROWN CORK & SEAL CO. | $ 3,119.35 | |
| 9/29/2009 | 77956 | BEST BARGAINS, INC. | $ 1,207.30 | |
| 9/29/2009 | 77957 | WALMARK CORPORATION | $ 281.00 | |

3

**DISBURSEMENTS**

CASE NAME: EBRO FOODS, INC.                                    CASE NO.: 09-10101

FOR MONTH ENDING: 9/30/09

| DATE | CHECK # | PAID TO: | $ AMOUNT | PAID CASH TO: |
|------|---------|----------|----------|---------------|
| 9/29/2009 | 77958 | ROSE PACKING COMPANY | $ 138.00 | |
| 9/29/2009 | 77959 | MOTION INDUSTRIES, INC. | $ 160.67 | |
| 9/29/2009 | 77960 | WASTE MANAGEMENT - METRO | $ 2,615.53 | |
| 9/29/2009 | 77961 | ZEP MANUFACTURING CO. | $ 75.69 | |
| 9/29/2009 | 77962 | PAETEC | $ 764.24 | |
| 9/29/2009 | 77963 | PRIMARY STAFFING, INC. | $ 2,130.05 | |
| 9/29/2009 | 77964 | ORTIZ PRODUCE, INC. | $ 187.20 | |
| 9/29/2009 | 77965 | ECOLAB PEST ELIMINATION | $ 600.00 | |
| 9/30/2009 | 77966 | RICARDO FERNANDEZ | $ 180.27 | Reimbursement: R&M |
| 9/30/2009 | 77967 | PASTORELLI | $ 1,287.69 | |
| 9/30/2009 | 77968 | CASH | $ 4,966.53 | Ball Corporation |
| 9/30/2009 | 77969 | BRANDT BOX & PAPER CO., INC. | $ 1,369.00 | |
| 9/30/2009 | 77970 | EARTHWISE ENVIRONMENTAL INC | $ 991.14 | |
| 9/30/2009 | 77971 | SCHNIDT LOGISTICS | $ 450.00 | |
| 9/30/2009 | 77972 | BEST BARGAINS, INC. | $ 1,116.00 | |
| **TOTAL:** | | | **$ 234,022.87** | |

"EXHIBIT D"

**CASE NAME: EBRO FOODS INC**                    **CASE NO.: 09-10101**

## ACCOUNTS RECEIVABLE

### FOR MONTH ENDING: 9/30/09

| DATE | CUSTOMER | $ AMOUNT |
|------|----------|----------|
| 8/31/2009 | IBERIA | $ 27,940.50 |
| 9/11/2009 | IBERIA | $ 26,431.68 |
| 9/17/2009 | IBERIA | $ 29,095.50 |
| 9/18/2009 | AUTHENTIC SPECIALTY FOODS | $ 15,248.40 |
| 9/22/2009 | BIRDS EYE FOODS | $ 22,712.22 |
| " | LA PREFERIDA | $ 8,010.19 |
| 9/28/2009 | SOUTH WATER MARKET | $ 2,725.69 |
| " | IBERIA | $ 25,023.00 |
| 9/29/2009 | LA PREFERIDA | $ 10,331.79 |
| 9/30/2009 | LA PREFERIDA | $ 12,270.69 |

**TOTAL: $   177,789.66**

"EXHIBIT D"

**CASE NAME: EBRO FOODS INC**                                    **CASE NO.: 09-10101**

### PAYABLES

### FOR MONTH ENDING: 9/30/09

| DATE | NAME | VENDOR | A/P VENDOR AMOUNT $ | CUST. DISCT. | CUST. DISCT. AMOUNT $ | DUE DATE |
|------|------|--------|---------------------|--------------|------------------------|----------|
| 9/1/09 | THE ORTHON GROUP | X | $ 5,716.67 | | | 9/15/09 |
| " | UFCW LOCAL 1546 | X | $ 696.00 | | | 9/11/09 |
| " | CITY OF CHGO DEPT OF REV | X | $ 330.00 | | | 10/1/09 |
| 9/3/09 | LA PREFERIDA | | | X | $ 24,267.03 | 9/3/09 |
| 9/8/09 | VWR INTERNATIONAL, INC. | X | $ 210.59 | | | 10/8/09 |
| " | LA PREFERIDA | | | X | $ 10,569.24 | 9/8/09 |
| 9/9/09 | LA PREFERIDA | | | X | $ 39,819.23 | 9/9/09 |
| 9/10/09 | SOUTH WATER MARKET | X | $ 149.50 | | | 10/10/09 |
| " | LA PREFERIDA | X | $ 2,021.00 | | | 10/10/09 |
| 9/14/09 | LA PREFERIDA | | | X | $ 11,000.00 | 9/14/09 |
| 9/15/09 | LA PREFERIDA | | | X | $ 23,561.68 | 9/15/09 |
| 9/16/09 | KARL SCHNELL INC. | X | $ 171.00 | | | 10/16/09 |
| 9/17/09 | LA PREFERIDA | | | X | $ 585.00 | 9/17/09 |
| 9/21/09 | LA PREFERIDA | | | X | $ 38,840.08 | 9/21/09 |
| 9/22/09 | CITY OF CHGO WATER DEPT | X | $ 14,322.26 | | | 10/13/09 |
| 9/23/09 | PASTORELLI | X | $ 1,422.20 | | | 10/23/09 |
| " | DELUXE BUSINESS CHECKS | X | $ 286.46 | | | 10/8/09 |
| 9/24/09 | PAETEC | X | $ 712.92 | | | 10/14/09 |
| 9/25/09 | PEOPLES GAS | X | $ 10,532.40 | | | 10/12/09 |
| " | NEALEY FOODS INC. | X | $ 809.26 | | | 10/25/09 |
| " | LA PREFERIDA | | | X | $ 23,049.82 | 9/25/09 |
| 9/28/09 | LA PREFERIDA | | | X | $ 3,969.00 | 9/28/09 |
| 9/30/09 | PASTORELLI | X | $ 1,265.81 | | | 10/30/09 |
| " | LA PREFERIDA | | | X | $ 36,000.97 | 9/30/09 |
| " | JOE & SONS LANDSCAPING | X | $ 320.00 | | | 10/8/09 |
| " | COMED | X | $ 7,368.39 | | | 10/21/09 |
| " | WISCO | X | $ 55.78 | | | 10/30/09 |
| " | EBRO REAL ESTATE | X | $ 35,417.00 | | | 9/30/09 |

**TOTAL:**                                        **$ 81,807.24**              **$ 211,662.05**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO FOODS, INC.**          CASE NO. **09-10101**

FOR MONTH ENDING  SEPTEMBER , 20 09

## TAX QUESTIONNAIRE

Debtors in possession and trustees are required to pay all taxes incurred after the filing of their Chapter 11 petition on an as due basis. Please indicate whether the following post petition taxes or withholdings have been paid currently.

| | | | |
|---|---|---|---|
| 1. | Federal Income Taxes | Yes ( ) | No (✓) |
| 2. | FICA withholdings | Yes (✗) | No ( ) |
| 3. | Employee's withholdings | Yes (✗) | No ( ) |
| 4. | Employer's FICA | Yes (✗) | No ( ) |
| 5. | Federal Unemployment Taxes | Yes ( ) | No ( ) |
| 6. | State Income Tax | Yes ( ) | No (✓) |
| 7. | State Employee withholdings | Yes (✗) | No ( ) |
| 8. | All other state taxes | Yes (✗) | No ( ) |

If any of the above have not been paid, state below the tax not paid, the amounts past due and the date of last payment.

PAYROLL TAXES (Federal /State) RECONCILIATION Month SEPTEMBER 2009

| MONTH | TAX LIABILITY | | TAX PAYMENTS | | DIFFERENCE OVER/(UNDER) | | PAYMENTS TO DIFFERENCE | | BALANCE OUTSTANDING OVER/(UNDER) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | FEDERAL | STATE | FEDERAL | STATE | FEDERAL | STATE | FEDERAL | STATE | FEDERAL | STATE |
| SEPT 2009 | $ 3,812.09 | $ 490.52 | $ 3,812.09 | $ 490.52 | | | | | | |
| | $ 3,826.62 | $ 496.01 | $ 3,826.62 | $ 496.01 | | | | | | |
| | $ 3,731.66 | $ 484.70 | $ 3,731.66 | $ 484.70 | | | | | | |
| | $ 4,501.66 | $ 595.99 | $ 4,501.66 | $ 595.99 | | | | | | |
| | $ 3,837.11 | $ 495.39 | $ 3,837.11 | $ 495.39 | | | | | | |
| | $ 19,709.14 | $ 2,562.61 | $ 19,709.14 | $ 2,562.61 | $ - | $ - | $ - | $ - | $ - | $ 326.24 |

10/13/09

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NAME: **EBRO FOODS, INC.**          CASE NO. **09-10101**

## DECLARATION UNDER PENALTY OF PERJURY

I, _____Silvio Vega_____, acting as the duly authorized agent for the

Debtor in Possession (Trustee) declare under penalty of perjury under the laws of the United States that I

have read and I certify that the figures, statements, disbursement itemizations, and account balances as

listed in this Monthly Report of the Debtor are true and correct as of the date of this report to the best of

my knowledge, information and belief.

_____
For the Debtor In Possession (Trustee)

Print or type name and capacity of
person signing this Declaration:

_____Silvio Vega_____
_____Gen. Mgr_____

DATED: __10/13/09_____

Operating Report                    Page 8