IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: October 20, 2009 at 9:30 a.m. |

## Agreed ORDER

This matter came to be heard on **Debtor's Motion to Extend Time to File Plan and Disclosure Statement**. Due notice having been given and the Court being fully advised in these premises,

**IT IS HEREBY ORDERED:**

(i) The Debtor is granted until November 10, 2009 to file its Plan and Disclosure Statement.

Dated: 2 0 OCT 2009

BY THE COURT

_____
The Honorable ~~Eugene R. Wedoff~~
U.S. Bankruptcy Judge

This document was prepared by Forrest L. Ingram, P.C.