APPEARANCE

## United States Bankruptcy Court

For the __Northern__ District of __Illinois__

In re __EBRO FOODS, INC.__                )
                                           ) Case No. __09-10101__
                                           )
                                           )
                                           )

I, THE UNDERSIGNED, HEREBY FILE MY APPEARANCE AS ATTORNEY FOR

__Harvest Food Group, Inc.__

| Michael J. Keaton | Keaton & Associates P.C. |
|---|---|
| Print Name on this Line | Firm Name |
| /s/ Michael J. Keaton | FIRM ID NUMBER: |
| Signature | 1278 W. Northwest Hwy., Suite 903 |
| ATTORNEY ID NUMBER  6207203 | Street Address |
|  | Palatine   IL   60067 |
|  | City   State   Zip |
|  | Telephone   847-934-6500 |

Trial Attorneys*

_____
Print Name

*Request is made for trial attorney to avoid possible conflicts in scheduling.

DATED:    __October 25, 2009__

TYPE OF DEFENSE COUNSEL:

CJA_____ ,RETAINED_____ ,SELF_____ ,NONE OTHER_____ ,PUB DEF_____

FOR OFFICE USE ONLY:

Party Code: P_____   D_____   TP_____

Revised 06/08rj