UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Case No. 09-10101 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Hon. Eugene R. Wedoff |

**PACA TRUST BENEFICIARY HARVEST FOOD GROUP, INC.'S OBJECTION TO THE SECOND APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF <u>EXPENSES OF FORREST L. INGRAM, P.C.</u>**

Harvest Food Group, Inc. (the "PACA Claimant"), hereby objects to the Second Application for Compensation for Professional Services and for Reimbursement of Expenses of Forrest L. Ingram P.C., as all or part of the assets which Debtor's Counsel has requested to be compensated from are not estate assets of Ebro Foods, Inc., (the "Debtor"), but are the trust assets of the PACA Claimant.

PACA Claimant's objection is supported by the attached Memorandum of Law. The basis for PACA Claimant's objection is that the PACA Claimant holds a qualified trust claim against the Debtor, under the Perishable Agricultural Commodities Act, 1930, 7 U.S.C. §§ 499a-499t, as amended (2007 & Supp. 2009) (the "PACA"). Debtor's application to pay it's attorney's fees seeks to use assets that are not part of Debtor's estate for the payment of said attorney fees. The use of PACA trust assets, to which PACA Claimant is the beneficiary of, for the payment of Debtor's attorney is an unlawful dissipation of the PACA trust.

WHEREFORE, Debtor's Second Application for Interim Compensation for Professional Services and for Reimbursement of Expenses of Forrest L. Ingram, P.C. should be denied until

PACA Claimant's PACA trust claim is paid in full.

Date:  October 25, 2009            Respectfully submitted,

                                   HARVEST FOOD GROUP, INC.

                                   By: /s/ Michael J. Keaton, Esq.
                                        One of Its Attorneys

                                   Michael J. Keaton, Esq.
                                   KEATON & ASSOCIATES, P.C.
                                   1278 W. Northwest Hwy., Suite 903
                                   Palatine, Illinois 60067
                                   Tel: 847/934-6500
                                   keaton@pacatrust.com

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that a copy of the foregoing was served electronically to all parties on the above-captioned matter through the ECF system at the electronic address on file with the Clerk's Office or by depositing same in the U.S. Mail, postage pre-paid and properly addressed on this day, October 25, 2009.

By: /s/ Michael J. Keaton, Esq.

**SERVICE LIST**

Peter L. Berk
Law Office of Peter L. Berk
79 West Monroe
Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 (fax)

Forrest L. Ingram

Patrick Lambe

Helena Milman
Forrest L. Ingram, P.C.
79 W Monroe Street
Suite 900
Chicago, IL 60603
(312) 759-2838
(312) 759-0298 (fax)
*Attorneys for Ebro Foods, Inc.*

Erich S. Buck
Adelman & Gettleman, Ltd.
53 W. Jackson Blvd.
Suite 1050
Chicago, IL 60604
(312) 435-1050
(312) 435-1059 (fax)
*Attorney for Environmental Services, Inc.*

Barry A. Chatz
Arnstein & Lehr LLP
120 South Riverside Plaza Ste 1200
Chicago, IL 60606
(312) 876-7100
*Attorney for Metropolitan Water Reclamation District of Greater Chicago*

Mary E. Gardner
Mary E. Gardner P.C.
P.O. Box 330
106 Thorobred Lane
Sleepy Hollow, IL 60118
(847) 804-7222

Craig A. Stokes
Stokes Law Office LLP
3330 Oakwell Court, Suite 225
San Antonio, TX 78218
*Attorney for G and G Peppers, LLC*

Robert D Nachman
Dykema Gossett PLLC
10 S. Wacker Dr.
Suite 2300
Chicago, IL 60606
(312) 627-2480
(312) 627-2302 (fax)

Morgan M. Smith
Dykema Gossett PLLC
10 S. Wacker Dr., Suite 2300
Chicago, IL 60606
(312) 876-1700
(312) 876-1155 (fax)

*Attorneys for Bank of America*

Patrick F Ross
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602
(312) 977-4126
*Attorney for Kelley Bean Co., Inc.*