# EXHIBIT A

# HARVEST FOOD GROUP, INC.
30W260 BUTTERFIELD RD.
Suite #201
WARRENVILLE, IL 60555
Phone: 630-821-4003  Fax: 630-821-4004

Website: www.harvestfoodgroup.com

**PAST INVOICE**

**Accounting Copy**

| Number | 004648 |
|---|---|
| Date | 03/28/07 |
| Page | 1 |

| Bill To: 206 | Ebro Foods<br>1330 West 43rd<br>Chicago, IL 60609 | Ship To: SAME | Ebro Foods<br>1330 West 43rd<br>Chicago, IL 60609 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| PO#86014 | 03/28/07 | John Vanek | Net 10 days | 001 | 005126 | 01 | PREPAID | Bravos |

| Item | Description | Pack Size | Cases | Shipped | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| CCU-CUTO-0020 | Corn-Cut 1/20 | 1/20 | 200 | 4000.00 | LB | .6500 | LB | 2600.00 |
| | Lot#  52090 | | | 1560.00 | | | | |
| | 52525 | | | 2440.00 | | | | |
| ONI-DI38-0045 | Onions-Diced 3/8" 1/45 | 1/45 | 71 | 3195.00 | LB | .5500 | LB | 1757.25 |
| | Lot#  50857 | | | 585.00 | | | | |
| | 51563 | | | 2610.00 | | | | |
| PGD-DICE-0020 | Peppers-Green Diced 3/8" 1/20 | 1/20 | 50 | 1000.00 | LB | .6500 | LB | 650.00 |
| | Lot#  52290 | | | 1000.00 | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable agricultural commodities ACT. 19307 U.S.C 499E(C). The seller of these commodities retains a trust claim over these commodities. All inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Any claims of shortage, damage or condition will not be honored unless the problem is reported in writing to the seller within 3 days of the receipt of the product.

Past due invoices shall accrue interest at the rate of 1.5% per month (18% per annum).

If overdue accounts are referred to an attorney, you agree to pay our attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 5007.25 | .00 | | .00 | .00 | 5007.25 |

# HARVEST FOOD GROUP, INC.
30W260 BUTTERFIELD RD.
Suite #201
WARRENVILLE, IL 60555
Phone: 630-821-4003  Fax: 630-821-4004

Website: www.harvestfoodgroup.com

**PAST INVOICE**

**Accounting Copy**

| Number | 004933 |
|---|---|
| Date | 05/01/07 |
| Page | 1 |

| Bill To: 206 | Ebro Foods<br>1330 West 43rd<br>Chicago, IL 60609 | Ship To: SAME | Ebro Foods<br>1330 West 43rd<br>Chicago, IL 60609 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| PO#86141 | 05/01/07 | John Vanek | Net 10 days | 001 | 005424 | 01 | PREPAID | Bravos |

| Item | Description | Pack Size | Cases | Shipped | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| PRD-DI38-0020 | Peppers-Red Diced 3/8" 1/20 | 1/20 | 60 | 1200.00 | LB | .8200 | LB | 984.00 |
| | Lot# 53771 | | | 1200.00 | | | | |
| ONI-DI38-0045 | Onions-Diced 3/8" 1/45 | 1/45 | 72 | 3240.00 | LB | .5500 | LB | 1782.00 |
| | Lot# 52761 | | | 3240.00 | | | | |
| PGR-DI14-0045 | Peppers-Green Diced 1/4" 1/45 | 1/45 | 27 | 1215 | LB | .6500 | LB | 789.75 |
| | Lot# 53359<br>Bravos trucking to bill directly. | | | 1215 | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable agricultural commodities ACT. 19307 U.S.C 499E(C). The seller of these commodities retains a trust claim over these commodities. All inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Any claims of shortage, damage or condition will not be honored unless the problem is reported in writing to the seller within 3 days of the receipt of the product.

Past due invoices shall accrue interest at the rate of 1.5% per month (18% per annum).

If overdue accounts are referred to an attorney, you agree to pay our attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 3555.75 | .00 | | .00 | .00 | 3555.75 |

# HARVEST FOOD GROUP, INC.
30W260 BUTTERFIELD RD.
Suite #201
WARRENVILLE, IL 60555
Phone: 630-821-4003  Fax: 630-821-4004

Website: www.harvestfoodgroup.com

**PAST INVOICE**

**Accounting Copy**

| Number | 005035 |
|---|---|
| Date | 05/17/07 |
| Page | 1 |

| Bill To: 206 | Ebro Foods<br>1330 West 43rd<br>Chicago, IL 60609 | Ship To: SAME | Ebro Foods<br>1330 West 43rd<br>Chicago, IL 60609 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| 86206 | 05/17/07 | John Vanek | Net 10 days | 001 | 005553 | 01 | PREPAID | Agri-Logistics |

| Item | Description | Pack Size | Cases | Shipped | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| ONI-DI38-0045 | Onions-Diced 3/8" 1/45 | 1/45 | 72 | 3240.00 | LB | .5500 | LB | 1782.00 |
| | Lot# 53477 | | | 3240.00 | | | | |
| CCU-CUTO-0020 | Corn-Cut 1/20 | 1/20 | 200 | 4000.00 | LB | .6500 | LB | 2600.00 |

*The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable agricultural commodities ACT. 19307 U.S.C 499E(C). The seller of these commodities retains a trust claim over these commodities. All inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Any claims of shortage, damage or condition will not be honored unless the problem is reported in writing to the seller within 3 days of the receipt of the product.*

*Past due invoices shall accrue interest at the rate of 1.5% per month (18% per annum).*

*If overdue accounts are referred to an attorney, you agree to pay our attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.*

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 4382.00 | .00 | | .00 | .00 | 4382.00 |

# HARVEST FOOD GROUP, INC.
30W260 BUTTERFIELD RD.
Suite #201
WARRENVILLE, IL 60555
Phone: 630-821-4003 Fax: 630-821-4004

Website: www.harvestfoodgroup.com

**PAST INVOICE**

**Accounting Copy**

| | |
|---|---|
| Number | 005114 |
| Date | 05/31/07 |
| Page | 1 |

| Bill To: 206 | Ebro Foods<br>1330 West 43rd<br>Chicago, IL 60609 | Ship To: SAME | Ebro Foods<br>1330 West 43rd<br>Chicago, IL 60609 |
|---|---|---|---|

| Reference # | Shipped | Salesperson | Terms | Tax Code | Doc # | Wh | Freight | Ship Via |
|---|---|---|---|---|---|---|---|---|
| PO#86280 | 05/31/07 | John Vanek | Net 10 days | 001 | 005668 | 01 | PREPAID | Harvest Foods |

| Item | Description | Pack Size | Cases | Shipped | UM | Price | UM | Extension |
|---|---|---|---|---|---|---|---|---|
| ONI-DI38-0045 | Onions-Diced 3/8" 1/45 | 1/45 | 72 | 3240.00 | LB | .5500 | LB | 1782.00 |
| | Lot# ADIJG0040 | | 3240.00 | | | | | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5C of the perishable agricultural commodities ACT. 19307 U.S.C 499E(C). The seller of these commodities retains a trust claim over these commodities. All inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received. Any claims of shortage, damage or condition will not be honored unless the problem is reported in writing to the seller within 3 days of the receipt of the product.

Past due invoices shall accrue interest at the rate of 1.5% per month (18% per annum).

If overdue accounts are referred to an attorney, you agree to pay our attorney's fees plus the cost of all legal action as an additional charge under the contract of sale covered by this invoice.

| Merchandise | Misc | Discount | Tax | Freight | Total Due |
|---|---|---|---|---|---|
| 1782.00 | .00 | | .00 | .00 | 1782.00 |