IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC., | ) | Case No. 09 B 10101 |
| | ) | |
| Debtor and Debtor in Possession. | ) | Honorable Eugene R. Wedoff |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE coming to be heard upon the motion of Environmental Services, Inc. ("**ESI**") for relief from the automatic stay (the "**Motion**") against Ebro Foods, Inc., debtor and debtor in possession (the "**Debtor**"), pursuant to Section 362(d)(1) of Title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 4001 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"); the Court having jurisdiction to consider the Motion and grant the requested relief in accordance with 28 U.S.C. §§ 157 and 1334; consideration of the Motion being a core proceeding pursuant to 28 U.S.C. § 157(b); venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; ESI having provided due and proper notice of the Motion to (i) counsel for the Debtor, (ii) the 20 largest unsecured creditors of the Debtor, (iii) the Office of the United States Trustee, and (iv) any other parties having filed an appearance in this case; the Court having held a hearing to consider the requested relief; the Court having considered the Motion and having heard statements of counsel present, and otherwise being fully advised in the premises; the legal and factual bases set forth in the Motion having established just cause to grant the requested relief herein;

83713.1

**NOW, THEREFORE, IT IS HEREBY ORDERED as follows:**

1. The Motion is granted;

2. The automatic stay under Section 362 of the Bankruptcy Code is hereby modified for all purposes to permit ESI to remove and repossess its basic wastewater treatment system (the "**Equipment**") at the Debtor's manufacturing facility at 1330 W. 43rd Street, Chicago, Illinois;

3. The Debtor, its representatives and agents shall cooperate with ESI, preparing and making available the Equipment for ESI's repossession thereof;

4. There is no just cause to delay the enforcement of this Order;

5. This Order is effective immediately and the provisions set forth in Bankruptcy Rule 4001(a)(3) do not apply; and

6. The Court shall retain jurisdiction over all matters arising from or related to the implementation of this Order.

Dated: October 28, 2009

UNITED STATES BANKRUPTCY JUDGE

*This order prepared by:*

Howard L. Adelman (ARDC No. 0015458)
Erich S. Buck (ARDC No. 6274635)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Telephone No. (312) 435-1050
Facsimile No. (312) 435-1059
hadelman@ag-ltd.com
ebuck@ag-ltd.com

83713.1