# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |

## NOTICE OF FILING

To:    See Attached Service List

PLEASE TAKE NOTICE that on November 10, 2009, I filed with the United States Bankruptcy Court for the Northern District of Illinois, the Debtor's Plan of Reorganization, a copy of which is hereby served upon you.

                              s/ Forrest L. Ingram
                              One of Debtors' attorneys

Forrest L. Ingram #3129032
Patrick F. Lambe
Helena Milman
Gautham Kaveti
Forrest L. Ingram, P.C.
79 West Monroe Street, Suite 900
Chicago, IL 60603-4907
(312) 759-2858

## CERTIFICATE OF SERVICE

I, Philip Groben, an attorney, certify that I caused a true and correct copy of the above and foregoing notice and the document to which it refers to be served upon the parties listed on the attached service list, either by electronic delivery or by regular mail, as indicated on the list, by 5:00 P.M. on November 10, 2009.

                              /s/ Philip Groben

**Service List:**

**VIA CM/ECF:**

William T. Neary
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604
USTPRegion11.ES.ECF@usdoj.gov

Bank of America
Dykema Gossett PLLC
c/o Morgan M Smith
10 S Wacker Dr., Ste 2100
Chicago, IL 60606

U.S. Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 21126
Philadelphia, PA 19114-0326

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL 60664-0338

Colgate Commodities
c/o Dean Nelson
HC 2 Box 17, 308 Front Avenue
Colgate, ND 58046

Silgan Equipment Company
1140 31st Street
Downers Grove, IL 60515

Harvest Foods Group Inc
Mark A Bulgarelli Keaton & Assoc PC
1278 W Northwest Hwy, Ste 903
Palatine, IL 60067

Kelley Bean Co., Inc.
c/o Patrick F. Ross - Ungaretti & Harris
3500 Three First National Plaza
Chicago, IL 60602

City of Chicago Water Dept.
333 S. State Street Chicago
DePaul Center, Suite LL10
Chicago, IL 60602

Metropolitan Water Reclamation District
c/o Barry Chatz - Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, IL 60606

**VIA U.S. MAIL:**

**The Debtor**
Ebro Fooods
1330 W. 43rd St.
Chicago, IL 60609