| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | PROOF OF CLAIM |
|---|---|
| Name of Debtor: EBRO Foods INC | Case Number: 09-10101 - ERW |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Colgate Commodities

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Colgate Commodities
c/o Dean Nelson
HC 2 Box 17, 308 Front Avenue
Colgate, ND 58046-9013

**Court Claim Number:** _____
(*If known*)

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR - 8 2009
KENNETH S. GARDNER, CLERK
MAILROOM - KC

Telephone number: 701-945-2580

Filed on: _____

Name and address where payment should be sent (if different from above):

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

Telephone number:

**1. Amount of Claim as of Date Case Filed:** $18,762.10

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☑ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Goods Sold
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** Ebro

   **3a. Debtor may have scheduled account as:** _____
   (See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:** ☐ Real Estate    ☐ Motor Vehicle    ☐ Other
**Describe:**

**Value of Property:** $_____    **Annual Interest Rate** ___%

**Amount of arrearage and other charges as of time case filed included in secured claim,
if any:** $_____    **Basis for perfection:** _____

**Amount of Secured Claim:** $_____    **Amount Unsecured:** $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☑ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units - 11 U.S.C. §507 (a)(8).

☐ Other - Specify applicable paragraph of 11 U.S.C. §507 (a)(___).

**Amount entitled to priority:**
$18,762.10

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**Date:** 3/31/09    **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. [signature]

**FOR COURT USE ONLY**

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

024833

# COLGATE COMMODITIES, INC
**308 FRONT AVE.**
**COLGATE ND 58046**
**701-945-2580  Fax: 701-945-2634**

**Invoice**  **5692**

| | |
|---|---|
| Invoice Date | 01/11/2008 |
| Due Date | 02/10/2008 |
| Customer ID | Ebro |
| Shipping Loc. | Main |

**Ebro Foods**
1330 W. 43rd St.
Chicago, IL 60609

**Comments:** BL/Car   Car Initals   Shipment # 3706

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 440.120  Cwt | Pinto Bean Shipment | 31.50 /Cwt | 13,863.78 |

Terms: NET 30 DAYS

| | |
|---|---|
| Sub Total | 13,863.78 |
| **Amount Due** | **13,863.78** |

---

Ebro Foods

**Invoice**  **5692**
Customer Copy

**COLGATE COMMODITIES, INC**
308 FRONT AVE.
COLGATE ND 58046
701-945-2580  Fax: 701-945-2634

**Invoice**  **5724**

| | |
|---|---|
| Invoice Date | 01/30/2008 |
| Due Date | 02/29/2008 |
| Customer ID | Ebro |
| Shipping Loc. | Main |

**Ebro Foods**
1330 W. 43rd St.
Chicago, IL 60609

**Comments:** BL/Car  Car Initals  Shipment # 3719

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 80.000 Cwt | Great Northern Bean Shipment | 40.00 /Cwt | 3,200.00 |

Terms: NET 30 DAYS

Sub Total  3,200.00

**Amount Due**  3,200.00

---

**Ebro Foods**  **Invoice**  **5724**
Customer Copy

# COLGATE COMMODITIES, INC
### 308 FRONT AVE.
### COLGATE ND 58046
### 701-945-2580  Fax: 701-945-2634

# Invoice

# 5725

| | |
|---|---|
| Invoice Date | 01/30/2008 |
| Due Date | 02/29/2008 |
| Customer ID | Ebro |
| Shipping Loc. | Main |

**Ebro Foods**
1330 W. 43rd St.
Chicago, IL 60609

**Comments:** Pallets

| Quantity | | Description | Unit Price | Total $ |
|---|---|---|---|---|
| 4.000 | Each | PALLETS | 8.00 /Each | 32.00 |

Terms: NET 30 DAYS

| | |
|---|---|
| Sub Total | 32.00 |
| **Amount Due** | **32.00** |

Ebro Foods

Invoice

5725
Customer Copy

# COLGATE COMMODITIES, INC
**308 FRONT AVE.**
**COLGATE ND 58046**
**701-945-2580  Fax: 701-945-2634**

**Invoice**  **6315**

Invoice Date  08/29/2008
Due Date  08/29/2008

Customer ID  Ebro

**Ebro Foods**
1330 W. 43rd St.
Chicago, IL 60609

Shipping Loc.  Main

**Comments:** Finance Charge - invoices dates on or before 08/29/2008

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 1.000 | Finance Charge | 307.72 / | 307.72 |

Terms: NET 30 DAYS

Sub Total  307.72

**Amount Due**  307.72

Ebro Foods

**Invoice**  **6315**
Customer Copy

# COLGATE COMMODITIES, INC
### 308 FRONT AVE.
### COLGATE ND 58046
### 701-945-2580  Fax: 701-945-2634

## Invoice

**6407**

| | |
|---|---|
| Invoice Date | 09/30/2008 |
| Due Date | 09/30/2008 |
| Customer ID | Ebro |
| Shipping Loc. | Main |

**Ebro Foods**
1330 W. 43rd St.
Chicago, IL 60609

**Comments:** Finance Charge - invoices dates on or before 09/30/2008

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 1.000 | Finance Charge | 307.72 / | 307.72 |

Terms: NET 30 DAYS

| | |
|---|---|
| Sub Total | 307.72 |
| **Amount Due** | **307.72** |

Ebro Foods

**Invoice**

**6407**
Customer Copy

## COLGATE COMMODITIES, INC
### 308 FRONT AVE.
### COLGATE ND 58046
### 701-945-2580  Fax: 701-945-2634

**Invoice**

**6615**

| | |
|---|---|
| Invoice Date | 12/01/2008 |
| Due Date | 12/01/2008 |
| Customer ID | Ebro |
| Shipping Loc. | Main |

**Ebro Foods**
1330 W. 43rd St.
Chicago, IL 60609

**Comments:** Finance Charge - invoices dates on or before 12/01/2008

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 1.000 | Finance Charge | 307.72 / | 307.72 |

Terms: NET 30 DAYS

Sub Total  307.72

**Amount Due**  307.72

**COLGATE COMMODITIES, INC**
308 FRONT AVE.
COLGATE ND 58046
701-945-2580  Fax: 701-945-2634

**Invoice**  **6758**

| | |
|---|---|
| Invoice Date | 01/30/2009 |
| Due Date | 01/30/2009 |
| Customer ID | Ebro |
| Shipping Loc. | Main |

Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609

**Comments:** Finance Charge - invoices dates on or before 01/30/2009

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 1.000 | Finance Charge | 307.72 / | 307.72 |

Terms: NET 30 DAYS

| | |
|---|---|
| Sub Total | 307.72 |
| **Amount Due** | **307.72** |

Ebro Foods        Invoice   6758
                          Customer Copy

# COLGATE COMMODITIES, INC
### 308 FRONT AVE.
### COLGATE ND 58046
### 701-945-2580  Fax: 701-945-2634

## Invoice

**6847**

| | |
|---|---|
| Invoice Date | 03/03/2009 |
| Due Date | 03/03/2009 |
| Customer ID | Ebro |
| Shipping Loc. | Main |

Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609

**Comments:** Finance Charge - invoices dates on or before 03/03/2009

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 1.000 | Finance Charge | 307.72 / | 307.72 |

Terms: NET 30 DAYS

| | |
|---|---|
| Sub Total | 307.72 |
| **Amount Due** | **307.72** |

Ebro Foods

Invoice  **6847**
Customer Copy

# COLGATE COMMODITIES, INC
**308 FRONT AVE.**
**COLGATE ND 58046**
**701-945-2580  Fax: 701-945-2634**

# Invoice

**6903**

| | |
|---|---|
| Invoice Date | 03/31/2009 |
| Due Date | 03/31/2009 |
| Customer ID | Ebro |
| Shipping Loc. | Main |

**Ebro Foods**
1330 W. 43rd St.
Chicago, IL 60609

**Comments:** Finance Charge - invoices dates on or before 03/31/2009

| Quantity | Description | Unit Price | Total $ |
|---|---|---|---|
| 1.000 | Finance Charge | 307.72 / | 307.72 |

Terms: NET 30 DAYS

| | |
|---|---|
| Sub Total | 307.72 |
| **Amount Due** | **307.72** |

Ebro Foods

Invoice  **6903**
Customer Copy