

Bank of America, N.A.
P.O. Box 798
Wichita, KS 67201



Page 1 of 3
Statement Period
10/01/09 through 10/31/09
BD   P  PA   0A 55
Enclosures 0
Account Number  0058 0027 1347



BD 11/06 0   0885 339 23    121 012116 #001 AV 0.335

EBRO FOODS INC
1330 W 43RD ST
CHICAGO IL 60609-3308

## Customer Service Information
## www.bankofamerica.com

You must not use your account for illegal transactions, for example those prohibited by the Unlawful Internet Gambling Enforcement Act 31 U.S.C. Section 5361 et. seq

## Deposit Accounts

## Full Analysis Business Checking

### EBRO FOODS INC

#### Your Account at a Glance

| | | | |
|---|---|---|---|
| Account Number | 0058 0027 1347 | Statement Beginning Balance | $9,183.47 |
| Statement Period | 10/01/09 through 10/31/09 | Amount of Deposits/Credits | $0.00 |
| Number of Deposits/Credits | 0 | Amount of Withdrawals/Debits | $73.49 |
| Number of Withdrawals/Debits | 1 | Statement Ending Balance | $9,109.98 |
| Number of Days in Cycle | 31 | Average Ledger Balance | $9,143.16 |
| | | Service Charge | $73.49 |

DEBTOR IN POSSESSION ACCOUNT   3100004674; Previous Statement Transactions as of 11/04/2009 7:51 AM

| Date | Transaction Number | Description | Debit | Credit | Balance |
|---|---|---|---|---|---|
| 10/01/2009 | 77916 | CHECK | 3,731.66 | | 94,135.13 |
| 10/01/2009 | 77955 | CHECK | 3,119.35 | | 91,015.78 |
| 10/01/2009 | 77896 | CHECK | 1,648.35 | | 89,367.43 |
| 10/01/2009 | 77902 | CHECK | 1,514.35 | | 87,853.08 |
| 10/01/2009 | 77967 | CHECK | 1,287.89 | | 86,565.19 |
| 10/01/2009 | 77956 | CHECK | 1,207.30 | | 85,357.89 |
| 10/01/2009 | 77943 | CHECK | 769.49 | | 84,588.40 |
| 10/01/2009 | 77883 | CHECK | 524.00 | | 84,064.40 |
| 10/01/2009 | 77904 | CHECK | 432.00 | | 83,632.40 |
| 10/01/2009 | 77957 | CHECK | 281.00 | | 83,351.40 |
| 10/02/2009 | 77963 | CHECK | 2,130.05 | | 81,221.35 |
| 10/02/2009 | 77948 | CHECK | 595.99 | | 80,625.36 |
| 10/02/2009 | 77924 | CHECK | 77.38 | | 80,547.98 |
| 10/02/2009 | | U. P. S. UPS BILL 0926900006S2605 | 141.77 | | 80,406.21 |
| 10/05/2009 | | DEPOSIT | | 47,434.29 | 127,840.50 |
| 10/05/2009 | 77976 | CHECK | 1,990.00 | | 125,850.50 |
| 10/05/2009 | 77972 | CHECK | 1,116.00 | | 124,734.50 |
| 10/05/2009 | 77970 | CHECK | 991.14 | | 123,743.36 |
| 10/05/2009 | 3245 | CHECK | 923.47 | | 122,819.89 |
| 10/05/2009 | 3248 | CHECK | 739.27 | | 122,080.62 |
| 10/05/2009 | 3257 | CHECK | 639.06 | | 121,441.56 |
| 10/05/2009 | 3239 | CHECK | 625.71 | | 120,815.85 |
| 10/05/2009 | 3249 | CHECK | 504.96 | | 120,310.89 |
| 10/05/2009 | 3251 | CHECK | 421.83 | | 119,889.06 |
| 10/05/2009 | 3256 | CHECK | 367.18 | | 119,521.88 |
| 10/05/2009 | 3271 | CHECK | 353.42 | | 119,168.46 |
| 10/05/2009 | 3265 | CHECK | 330.23 | | 118,838.23 |
| 10/05/2009 | 3269 | CHECK | 325.18 | | 118,513.05 |
| 10/05/2009 | 3238 | CHECK | 323.34 | | 118,189.71 |
| 10/05/2009 | 3266 | CHECK | 322.19 | | 117,867.52 |
| 10/05/2009 | 3254 | CHECK | 229.15 | | 117,638.37 |
| 10/05/2009 | 77932 | CHECK | 228.63 | | 117,409.74 |
| 10/05/2009 | 3267 | CHECK | 225.14 | | 117,184.60 |
| 10/05/2009 | 77958 | CHECK | 138.00 | | 117,046.60 |
| 10/06/2009 | 77981 | CHECK | 10,000.00 | | 107,046.60 |
| 10/06/2009 | 77947 | CHECK | 4,501.66 | | 102,544.94 |
| 10/06/2009 | 77984 | CHECK | 2,265.52 | | 100,279.42 |
| 10/06/2009 | 3246 | CHECK | 1,359.51 | | 98,919.91 |
| 10/06/2009 | 77973 | CHECK | 1,000.00 | | 97,919.91 |
| 10/06/2009 | 3241 | CHECK | 637.40 | | 97,282.51 |
| 10/06/2009 | 3247 | CHECK | 625.69 | | 96,656.82 |
| 10/06/2009 | 3274 | CHECK | 605.82 | | 96,051.00 |
| 10/06/2009 | 3240 | CHECK | 589.12 | | 95,461.88 |
| 10/06/2009 | 3253 | CHECK | 501.54 | | 94,960.34 |
| 10/06/2009 | 3258 | CHECK | 495.24 | | 94,465.10 |
| 10/06/2009 | 3259 | CHECK | 480.45 | | 93,984.65 |
| 10/06/2009 | 77982 | CHECK | 476.04 | | 93,508.61 |
| 10/06/2009 | 3272 | CHECK | 327.48 | | 93,181.13 |
| 10/06/2009 | 3263 | CHECK | 292.47 | | 92,888.66 |
| 10/06/2009 | 77964 | CHECK | 187.20 | | 92,701.46 |
| 10/07/2009 | 77987 | CHECK | 2,904.73 | | 89,796.73 |
| 10/07/2009 | 77986 | CHECK | 811.98 | | 88,984.75 |
| 10/07/2009 | 77978 | CHECK | 495.39 | | 88,489.36 |
| 10/07/2009 | 3252 | CHECK | 474.00 | | 88,015.36 |
| 10/07/2009 | 3250 | CHECK | 421.09 | | 87,594.27 |
| 10/07/2009 | 3255 | CHECK | 351.49 | | 87,242.78 |
| 10/07/2009 | 3268 | CHECK | 341.17 | | 86,901.61 |
| 10/07/2009 | 3262 | CHECK | 317.02 | | 86,584.59 |
| 10/07/2009 | 3068 | CHECK | 314.37 | | 86,270.22 |
| 10/07/2009 | 77990 | CHECK | 272.00 | | 85,998.22 |
| 10/07/2009 | 77980 | CHECK | 68.66 | | 85,929.56 |
| 10/08/2009 | 77960 | CHECK | 2,615.53 | | 83,314.03 |
| 10/08/2009 | 77994 | CHECK | 2,284.11 | | 81,029.92 |
| 10/08/2009 | 77985 | CHECK | 1,543.15 | | 79,486.77 |
| 10/08/2009 | 77939 | CHECK | 885.38 | | 78,601.39 |
| 10/08/2009 | 77962 | CHECK | 764.24 | | 77,837.15 |
| 10/08/2009 | 77974 | CHECK | 514.88 | | 77,322.27 |
| 10/08/2009 | 77952 | CHECK | 400.00 | | 76,922.27 |
| 10/08/2009 | 3261 | CHECK | 310.43 | | 76,611.84 |

| Date | Check # | Type | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|---|
| 10/08/2009 | 3270 | CHECK | | 285.95 | | 76,325.89 |
| 10/08/2009 | 77959 | CHECK | | 160.87 | | 76,165.02 |
| 10/08/2009 | 77951 | CHECK | | 76.50 | | 76,088.52 |
| 10/09/2009 | | | AUTHENTIC SPECIA ASFPAYMENT | | 14,837.76 | 90,926.28 |
| 10/09/2009 | 77977 | CHECK | | 3,837.11 | | 87,089.17 |
| 10/09/2009 | 77965 | CHECK | | 600.00 | | 86,489.17 |
| 10/09/2009 | 77919 | CHECK | | 495.00 | | 85,994.17 |
| 10/09/2009 | 77971 | CHECK | | 450.00 | | 85,544.17 |
| 10/09/2009 | 3260 | CHECK | | 299.17 | | 85,245.00 |
| 10/09/2009 | 77999 | CHECK | | 199.84 | | 85,045.16 |
| 10/09/2009 | 77983 | CHECK | | 135.00 | | 84,910.16 |
| 10/09/2009 | 77979 | CHECK | | 130.00 | | 84,780.16 |
| 10/09/2009 | 77949 | CHECK | | 130.00 | | 84,650.16 |
| 10/09/2009 | | | U. P. S. UPS BILL 0927600000652605 | 106.20 | | 84,543.96 |
| 10/13/2009 | | | DEPOSIT | | 48,336.13 | 132,880.09 |
| 10/13/2009 | 80021 | CHECK | | 10,575.17 | | 122,304.92 |
| 10/13/2009 | 77944 | CHECK | | 2,116.94 | | 120,187.98 |
| 10/13/2009 | 77988 | CHECK | | 1,950.32 | | 118,237.66 |
| 10/13/2009 | 77925 | CHECK | | 1,585.75 | | 116,651.91 |
| 10/13/2009 | 77859 | CHECK | | 1,471.59 | | 115,180.32 |
| 10/13/2009 | 80001 | CHECK | | 1,422.20 | | 113,758.12 |
| 10/13/2009 | 77969 | CHECK | | 1,369.00 | | 112,389.12 |
| 10/13/2009 | 77829 | CHECK | | 1,278.32 | | 111,110.80 |
| 10/13/2009 | 80007 | CHECK | | 1,161.65 | | 109,949.15 |
| 10/13/2009 | 77850 | CHECK | | 1,115.60 | | 108,833.55 |
| 10/13/2009 | 77996 | CHECK | | 993.50 | | 107,840.05 |
| 10/13/2009 | 77853 | CHECK | | 968.15 | | 106,871.90 |
| 10/13/2009 | 3278 | CHECK | | 923.48 | | 105,948.42 |
| 10/13/2009 | 77937 | CHECK | | 794.75 | | 105,153.67 |
| 10/13/2009 | 3290 | CHECK | | 710.06 | | 104,443.61 |
| 10/13/2009 | 3281 | CHECK | | 656.99 | | 103,786.62 |
| 10/13/2009 | 3277 | CHECK | | 637.41 | | 103,149.21 |
| 10/13/2009 | 3275 | CHECK | | 625.72 | | 102,523.49 |
| 10/13/2009 | 3292 | CHECK | | 606.06 | | 101,917.43 |
| 10/13/2009 | 3291 | CHECK | | 475.88 | | 101,441.55 |
| 10/13/2009 | 3284 | CHECK | | 474.52 | | 100,967.03 |
| 10/13/2009 | 3304 | CHECK | | 435.49 | | 100,531.54 |
| 10/13/2009 | 3287 | CHECK | | 401.41 | | 100,130.13 |
| 10/13/2009 | 3297 | CHECK | | 358.37 | | 99,771.76 |
| 10/13/2009 | 3289 | CHECK | | 353.51 | | 99,418.25 |
| 10/13/2009 | 3296 | CHECK | | 342.41 | | 99,075.84 |
| 10/13/2009 | 3301 | CHECK | | 340.19 | | 98,735.65 |
| 10/13/2009 | 3298 | CHECK | | 334.17 | | 98,401.48 |
| 10/13/2009 | 3237 | CHECK | | 323.33 | | 98,078.15 |
| 10/13/2009 | 77950 | CHECK | | 323.00 | | 97,755.15 |
| 10/13/2009 | 77992 | CHECK | | 312.80 | | 97,442.35 |
| 10/13/2009 | 3299 | CHECK | | 283.70 | | 97,158.65 |
| 10/13/2009 | 80014 | CHECK | | 234.60 | | 96,924.05 |
| 10/13/2009 | 77991 | CHECK | | 200.00 | | 96,724.05 |
| 10/13/2009 | 80005 | CHECK | | 154.11 | | 96,569.94 |
| 10/13/2009 | 77961 | CHECK | | 75.69 | | 96,494.25 |
| 10/14/2009 | 3279 | CHECK | | 1,359.51 | | 95,134.74 |
| 10/14/2009 | 80000 | CHECK | | 630.00 | | 94,504.74 |
| 10/14/2009 | 3280 | CHECK | | 625.69 | | 93,879.05 |
| 10/14/2009 | 3276 | CHECK | | 589.12 | | 93,289.93 |
| 10/14/2009 | 3286 | CHECK | | 543.04 | | 92,746.89 |
| 10/14/2009 | 3305 | CHECK | | 542.50 | | 92,204.39 |
| 10/14/2009 | 3285 | CHECK | | 540.18 | | 91,664.21 |
| 10/14/2009 | 3288 | CHECK | | 405.49 | | 91,258.72 |
| 10/14/2009 | 77998 | CHECK | | 389.02 | | 90,869.70 |
| 10/14/2009 | 3300 | CHECK | | 369.99 | | 90,499.71 |
| 10/14/2009 | 3294 | CHECK | | 367.01 | | 90,132.70 |
| 10/14/2009 | 80002 | CHECK | | 360.00 | | 89,772.70 |
| 10/14/2009 | 3303 | CHECK | | 337.61 | | 89,435.09 |
| 10/14/2009 | 77993 | CHECK | | 271.95 | | 89,163.14 |
| 10/14/2009 | 77997 | CHECK | | 138.00 | | 89,025.14 |
| 10/15/2009 | 80015 | CHECK | | 10,532.40 | | 78,492.74 |
| 10/15/2009 | 80030 | CHECK | | 2,144.91 | | 76,347.83 |
| 10/15/2009 | 80027 | CHECK | | 809.26 | | 75,538.57 |
| 10/15/2009 | 80013 | CHECK | | 630.00 | | 74,908.57 |
| 10/15/2009 | 3282 | CHECK | | 504.96 | | 74,403.61 |
| 10/15/2009 | 3283 | CHECK | | 440.42 | | 73,963.19 |
| 10/15/2009 | 3295 | CHECK | | 357.00 | | 73,606.19 |
| 10/15/2009 | 80026 | CHECK | | 200.00 | | 73,406.19 |

| Date | Check # | Type | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|---|
| 10/15/2009 | 80006 | CHECK | | 159.60 | | 73,246.59 |
| 10/15/2009 | 80039 | CHECK | | 2,153.05 | | 71,093.54 |
| 10/15/2009 | 80034 | CHECK | | 1,100.00 | | 69,993.54 |
| 10/16/2009 | 77995 | CHECK | | 5,716.67 | | 64,276.87 |
| 10/16/2009 | 80033 | CHECK | | 5,187.49 | | 59,089.38 |
| 10/16/2009 | 80019 | CHECK | | 1,591.67 | | 57,497.71 |
| 10/16/2009 | 80025 | CHECK | | 1,265.81 | | 56,231.90 |
| 10/16/2009 | 80024 | CHECK | | 769.50 | | 55,462.40 |
| 10/16/2009 | 80020 | CHECK | | 75.38 | | 55,387.02 |
| 10/16/2009 | | | U. P. S. UPS BILL 092830000652605 | 130.73 | | 55,256.29 |
| 10/19/2009 | | | DEPOSIT | | 57,800.34 | 113,056.63 |
| 10/19/2009 | 80038 | CHECK | | 800.00 | | 112,256.63 |
| 10/19/2009 | 3321 | CHECK | | 696.74 | | 111,559.89 |
| 10/19/2009 | 3312 | CHECK | | 640.55 | | 110,919.34 |
| 10/19/2009 | 3323 | CHECK | | 550.35 | | 110,368.99 |
| 10/19/2009 | 3317 | CHECK | | 511.92 | | 109,857.07 |
| 10/19/2009 | 3322 | CHECK | | 506.84 | | 109,350.23 |
| 10/19/2009 | 3315 | CHECK | | 453.45 | | 108,896.78 |
| 10/19/2009 | 3318 | CHECK | | 378.06 | | 108,518.72 |
| 10/19/2009 | 3320 | CHECK | | 356.26 | | 108,162.46 |
| 10/19/2009 | 3335 | CHECK | | 351.49 | | 107,810.97 |
| 10/19/2009 | 3328 | CHECK | | 330.23 | | 107,480.74 |
| 10/19/2009 | 3329 | CHECK | | 322.18 | | 107,158.56 |
| 10/19/2009 | 80012 | CHECK | | 315.00 | | 106,843.56 |
| 10/19/2009 | 3326 | CHECK | | 314.36 | | 106,529.20 |
| 10/19/2009 | 3332 | CHECK | | 312.18 | | 106,217.02 |
| 10/19/2009 | 3302 | CHECK | | 301.93 | | 105,915.09 |
| 10/19/2009 | 3330 | CHECK | | 233.59 | | 105,681.50 |
| 10/19/2009 | 80009 | CHECK | | 210.59 | | 105,470.91 |
| 10/19/2009 | 77975 | CHECK | | 100.00 | | 105,370.91 |
| 10/19/2009 | 80052 | CHECK | | 412.92 | | 104,957.99 |
| 10/20/2009 | 80036 | CHECK | | 4,875.00 | | 100,082.99 |
| 10/20/2009 | 80016 | CHECK | | 4,055.41 | | 96,027.58 |
| 10/20/2009 | 3310 | CHECK | | 1,359.51 | | 94,668.07 |
| 10/20/2009 | 80037 | CHECK | | 1,235.00 | | 93,433.07 |
| 10/20/2009 | 80035 | CHECK | | 1,130.61 | | 92,302.46 |
| 10/20/2009 | 80032 | CHECK | | 1,101.99 | | 91,200.47 |
| 10/20/2009 | 80046 | CHECK | | 978.00 | | 90,222.47 |
| 10/20/2009 | 3308 | CHECK | | 637.40 | | 89,585.07 |
| 10/20/2009 | 3311 | CHECK | | 625.70 | | 88,959.37 |
| 10/20/2009 | 80031 | CHECK | | 599.92 | | 88,359.45 |
| 10/20/2009 | 3307 | CHECK | | 589.12 | | 87,770.33 |
| 10/20/2009 | 3337 | CHECK | | 562.50 | | 87,207.83 |
| 10/20/2009 | 3316 | CHECK | | 489.75 | | 86,718.08 |
| 10/20/2009 | 3331 | CHECK | | 365.21 | | 86,352.87 |
| 10/20/2009 | 3319 | CHECK | | 357.48 | | 85,995.39 |
| 10/20/2009 | 3293 | CHECK | | 344.09 | | 85,651.30 |
| 10/20/2009 | 3327 | CHECK | | 294.97 | | 85,356.33 |
| 10/20/2009 | 3324 | CHECK | | 294.18 | | 85,062.15 |
| 10/20/2009 | 3336 | CHECK | | 234.40 | | 84,827.75 |
| 10/20/2009 | 3273 | CHECK | | 152.40 | | 84,675.35 |
| 10/20/2009 | 80023 | CHECK | | 138.00 | | 84,537.35 |
| 10/20/2009 | 80018 | CHECK | | 130.00 | | 84,407.35 |
| 10/20/2009 | 80004 | CHECK | | 37.06 | | 84,370.29 |
| 10/21/2009 | 80054 | CHECK | | 1,647.30 | | 82,722.99 |
| 10/21/2009 | 80056 | CHECK | | 767.50 | | 81,955.49 |
| 10/21/2009 | 80058 | CHECK | | 525.65 | | 81,429.84 |
| 10/21/2009 | 3313 | CHECK | | 504.96 | | 80,924.88 |
| 10/21/2009 | 3325 | CHECK | | 327.77 | | 80,597.11 |
| 10/21/2009 | 80011 | CHECK | | 286.46 | | 80,310.65 |
| 10/21/2009 | 80048 | CHECK | | 74.26 | | 80,236.39 |
| 10/22/2009 | 80067 | CHECK | | 2,118.45 | | 78,117.94 |
| 10/22/2009 | 80059 | CHECK | | 1,623.96 | | 76,493.98 |
| 10/22/2009 | 80055 | CHECK | | 915.81 | | 75,578.17 |
| 10/22/2009 | 80047 | CHECK | | 712.92 | | 74,865.25 |
| 10/22/2009 | 3314 | CHECK | | 440.42 | | 74,424.83 |
| 10/22/2009 | 77940 | CHECK | | 281.00 | | 74,143.83 |
| 10/22/2009 | 3264 | CHECK | | 68.71 | | 74,075.12 |
| 10/22/2009 | 80042 | CHECK | | 55.78 | | 74,019.34 |
| 10/23/2009 | 80062 | CHECK | | 1,000.00 | | 73,019.34 |
| 10/23/2009 | 80061 | CHECK | | 980.00 | | 72,039.34 |
| 10/23/2009 | 80008 | CHECK | | 696.00 | | 71,343.34 |
| 10/23/2009 | 80017 | CHECK | | 525.10 | | 70,818.24 |
| 10/23/2009 | 80044 | CHECK | | 501.37 | | 70,316.87 |

| Date | Check # | Description | Amount | Deposit | Balance |
|---|---|---|---|---|---|
| 10/23/2009 | 80041 | CHECK | 227.42 | | 70,089.45 |
| 10/23/2009 | | U. P. S. UPS BILL 0929000000652605 | 67.42 | | 70,022.03 |
| 10/26/2009 | | DEPOSIT | | 51,566.37 | 121,588.40 |
| 10/26/2009 | | Incoming Wire 2114486 | | 22,534.95 | 144,123.35 |
| 10/26/2009 | | Wire Fee 2114486 | 10.00 | | 144,113.35 |
| 10/26/2009 | 80049 | CHECK | 7,368.39 | | 136,744.96 |
| 10/26/2009 | 80043 | CHECK | 3,876.17 | | 132,868.79 |
| 10/26/2009 | 80069 | CHECK | 993.42 | | 131,875.37 |
| 10/26/2009 | 80076 | CHECK | 935.00 | | 130,940.37 |
| 10/26/2009 | 3309 | CHECK | 923.48 | | 130,016.89 |
| 10/26/2009 | 3354 | CHECK | 778.08 | | 129,238.81 |
| 10/26/2009 | 3345 | CHECK | 656.98 | | 128,581.83 |
| 10/26/2009 | 3341 | CHECK | 637.41 | | 127,944.42 |
| 10/26/2009 | 3339 | CHECK | 625.72 | | 127,318.70 |
| 10/26/2009 | 3306 | CHECK | 625.71 | | 126,692.99 |
| 10/26/2009 | 80057 | CHECK | 510.00 | | 126,182.99 |
| 10/26/2009 | 3348 | CHECK | 424.46 | | 125,758.53 |
| 10/26/2009 | 3367 | CHECK | 396.49 | | 125,362.04 |
| 10/26/2009 | 3351 | CHECK | 375.83 | | 124,986.21 |
| 10/26/2009 | 3364 | CHECK | 374.80 | | 124,611.41 |
| 10/26/2009 | 3334 | CHECK | 346.41 | | 124,265.00 |
| 10/26/2009 | 3361 | CHECK | 344.31 | | 123,920.69 |
| 10/26/2009 | 3366 | CHECK | 337.62 | | 123,583.07 |
| 10/26/2009 | 80060 | CHECK | 335.95 | | 123,247.12 |
| 10/26/2009 | 3365 | CHECK | 326.17 | | 122,920.95 |
| 10/26/2009 | 3362 | CHECK | 322.19 | | 122,598.76 |
| 10/26/2009 | 3357 | CHECK | 319.14 | | 122,279.62 |
| 10/26/2009 | 3353 | CHECK | 309.79 | | 121,969.83 |
| 10/26/2009 | 3363 | CHECK | 217.65 | | 121,752.18 |
| 10/26/2009 | 3338 | CHECK | 206.97 | | 121,545.21 |
| 10/26/2009 | 80029 | CHECK | 200.00 | | 121,345.21 |
| 10/26/2009 | 77966 | CHECK | 180.27 | | 121,164.94 |
| 10/26/2009 | 80010 | CHECK | 171.00 | | 120,993.94 |
| 10/26/2009 | 80045 | CHECK | 130.00 | | 120,863.94 |
| 10/26/2009 | 80072 | CHECK | 107.03 | | 120,756.91 |
| 10/26/2009 | 80071 | CHECK | 106.50 | | 120,650.41 |
| 10/27/2009 | 80050 | CHECK | 8,358.37 | | 112,292.04 |
| 10/27/2009 | 3343 | CHECK | 1,359.51 | | 110,932.53 |
| 10/27/2009 | 3342 | CHECK | 923.47 | | 110,009.06 |
| 10/27/2009 | 80066 | CHECK | 821.26 | | 109,187.80 |
| 10/27/2009 | 3344 | CHECK | 625.69 | | 108,562.11 |
| 10/27/2009 | 3340 | CHECK | 589.12 | | 107,972.99 |
| 10/27/2009 | 3355 | CHECK | 518.44 | | 107,454.55 |
| 10/27/2009 | 3346 | CHECK | 504.96 | | 106,949.59 |
| 10/27/2009 | 3349 | CHECK | 499.20 | | 106,450.39 |
| 10/27/2009 | 3350 | CHECK | 498.09 | | 105,952.30 |
| 10/27/2009 | 3356 | CHECK | 493.58 | | 105,458.72 |
| 10/27/2009 | 3369 | CHECK | 479.18 | | 104,979.54 |
| 10/27/2009 | 3368 | CHECK | 416.33 | | 104,563.21 |
| 10/27/2009 | 3347 | CHECK | 401.64 | | 104,161.57 |
| 10/27/2009 | 80064 | CHECK | 360.61 | | 103,800.96 |
| 10/27/2009 | 3352 | CHECK | 360.50 | | 103,440.46 |
| 10/27/2009 | 80065 | CHECK | 315.00 | | 103,125.46 |
| 10/27/2009 | 3360 | CHECK | 304.98 | | 102,820.48 |
| 10/27/2009 | 80073 | CHECK | 281.00 | | 102,539.48 |
| 10/27/2009 | 80070 | CHECK | 138.00 | | 102,401.48 |
| 10/28/2009 | 80090 | CHECK | 8,067.23 | | 94,334.25 |
| 10/28/2009 | 80051 | CHECK | 2,975.88 | | 91,358.37 |
| 10/28/2009 | 80068 | CHECK | 1,497.50 | | 89,860.87 |
| 10/28/2009 | 80088 | CHECK | 1,448.30 | | 88,412.57 |
| 10/28/2009 | 3358 | CHECK | 338.72 | | 88,073.85 |
| 10/29/2009 | 80093 | CHECK | 2,143.46 | | 85,930.39 |
| 10/29/2009 | 80087 | CHECK | 507.14 | | 85,423.25 |
| 10/29/2009 | 80084 | CHECK | 76.50 | | 85,346.75 |
| 10/30/2009 | 80104 | CHECK | 200.00 | | 85,146.75 |
| 10/30/2009 | 80075 | CHECK | 200.00 | | 84,946.75 |
| 10/30/2009 | 80085 | CHECK | 174.00 | | 84,772.75 |
| 10/30/2009 | | U. P. S. UPS BILL 0929700000652605 | 122.21 | | 84,650.54 |
| 10/30/2009 | | SERVICE CHARGE | 45.30 | | 84,605.24 |
| Total | | | (280) 255,771.39 | (6) 242,509.84 | |