**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **EBRO FOODS, INC.** | ) | **Judge Wedoff** |
| | ) | |
| **Debtor.** | ) | **Case No. 09-10101** |
| | ) | |
| | ) | **Hearing: 12/15/2009 at 9:30 a.m.** |

**ORDER GRANTING DEBTOR EXTENSION OF TIME TO FILE AMENDED PLAN AND**
**DISCLOSURE STATEMENT**

THIS MATTER CAME TO BE HEARD on the motion of Debtor to obtain an extension

of time to file its Amended Plan and Disclosure Statement, due notice having been given and the

Court being fully advised in the premises,

IT IS ORDERED that:

Debtor is granted an additional 30 days to file its Amended Plan and Disclosure

    Statement.

Dated:                                                    BY THE COURT


                                                    _____
                                                    Hon. Chief Judge Carol A. Doyle
                                                    United States Bankruptcy Judge

This order was prepared by Forrest L. Ingram, P.C.