**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: December 23, 2009 at 9:30am |
| | ) | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

**PLEASE TAKE NOTICE** that Debtor Ebro Foods, Inc. hereby withdraws its objection to Proof of Claim No. 25, filed by Silgan Equipment Company, currently scheduled to be heard by Judge Eugene Wedoff on December 23, 2009 at 9:30am, or any other judge sitting in his stead, and requests this matter be taken off the Court's calendar. Plaintiff withdraws its objection without prejudice.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram
Philip Groben
Vik Chaudhry
Michael Ohlman
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

**CERTIFICATE OF SERVICE**

I, Philip Groben, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by US Mail, as indicated on the list, on December 11, 2009.

/s/Philip Groben

## SERVICE LIST

**Via CM/ECF:**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604


**Via U.S. Mail:**
**Debtor**
Ebro Foods, Inc.
1330 W. 43rd St.
Chicago, IL 60609

**Silgan Equipment Company**
1140 31st. Street
Downers Grove, IL 60515