IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Wedoff |
| | ) | |
| Debtor. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: 12/15/2009 at 9:30 a.m. |

**ORDER GRANTING DEBTOR EXTENSION OF TIME TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT**

THIS MATTER CAME TO BE HEARD on the motion of Debtor to obtain an extension of time to file its Amended Plan and Disclosure Statement, due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that:

Debtor is granted ~~an additional 30 days~~ *until January 14, 2010* to file its Amended Plan and Disclosure Statement.

Dated: 15 DEC 2009

BY THE COURT

Hon. Chief Judge Carol A. Doyle
United States Bankruptcy Judge

This order was prepared by Forrest L. Ingram, P.C.