UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Eugene R. Wedoff

Hearing Date: 12/23/09

Bankruptcy Case No.: 09-10101

Adversary No.:

Title of Case: In re Ebro Foods, Inc.

Brief Statement of Motion: Objection to claim No. 25 filed by Silson Equipment Co. // Notice of Withdrawal

Names and Addresses of moving counsel: Philip Groben
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900, Chicago, IL 60603

Representing: Ebro Foods, Inc.

## ORDER

This matter coming to be heard on Debtor's objection to Claim No. 25, proper notice having been provided and the Court being fully advised in the premises
IT IS ORDERED:
Debtor's objection to Claim No. 25 is withdrawn, without prejudice.

/s/ Eugene R. Wedoff