IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: January 27, 2010 at 9:30 a.m. |

**CERTIFICATE OF SERVICE**

I, Philip Groben, an attorney, caused a true and correct copy of the attached NOTICE OF HEARING ON APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF CLIFTON GUNDERSON, LLP., upon all parties entitled to service at the address listed on the service list attached hereto, by regular mail, postage prepaid, by placing a copy in the U.S. Mail depository at 79 W. Monroe St., Chicago, Illinois, on or before 5:00 p.m. on October 14, 2009


           /s/ Forrest L. Ingram


Forrest L. Ingram, #3129032
Philip Groben
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

1

## SERVICE LIST

**Aaron Morales**
3566 W. Lyndale
Chicago, IL 60647

**Andres Delgado**
2029 W. 19th Street
Chicago, IL 60608

**Angel A. Rosell**
3799 W. 75th Place
Chicago, IL 60652

**Aucensia Y. Villaruel**
10336 Avenue L
Chicago, IL 60617

**Brandt Box & Papers Co., Inc.**
400 Lexington Dr.
Buffalo Grove, IL 60089

**Burling Freemont, LLC**
2850 S. Michigan Ave.
Chicago, IL 60605

**c/o Arthur Raphael**
Teller, Levitt, & Silvertrust, P.C.
11 E. Adams St.
Chicago, IL 60603

**CH Robinson Worldwide, Inc.**
25 Northwest Point Blvd.
Elk Grove Village, IL 60007

**Chicago Sweetners**
C/O WEINSTOCK LOUIS
300 W ADAMS # 840
Chicago, IL 60606

**City of Chicago Water Dept.**
333 S. State Street Chicago
DePaul Center, Suite LL10
Chicago, IL 60602

**Clifton Gunderson & Co.**
c/o Jim Beien
1301 W. 22nd Street, Ste. 1100
Oak Brook, IL 60523

**Colgate Commodities**
c/o Dean Nelson
HC 2 Box 17, 308 Front Avenue
Colgate, ND 58046

**Consumers Vinegar**
C/O KASH JAMES J & ASSOCIATES
6545 W ARCHER AVE
Chicago, IL 60638

**Crown Cork & Seal**
c/o Gary Schearer
1440 Payshere Circle
Chicago, IL 60674

**Cushman Wakefield**
C/O TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603

**Dan Duffy**
c/o Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609

**DMH Ingredients**
C/O MAGES & PRICE
707 LAKE COOK RD#314
Deerfield, IL 60015

**Ecker Associates, Inc.**
PO Box 7988
Delray Beach, FL 33482

**Elena Acosta**
3914 W. 69th Place
Chicago, IL 60629

**Eloy G. Garcia**
3547 W. 63rd Place
Chicago, IL 60629

2

**Enmeregildo Valladares**
1336 W. Farwell
Chicago, IL 60626

**Environmental Services, Inc.**
c/o Nicholas J. Malone
PO Box 385
Western Springs, IL 60558

**G&G Peppers**
PO Box 368
Frankton, IN 46044

**Gabina Torres**
3348 S. Hoyne
Chicago, IL 60608

**Gregg Kotch**
**Wiliams, Babbit, & Weisman, Inc.**
5255 N. Federal Highway
Boca Raton, FL 33487

**Greif Inc.**
C/O TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603

**Gusto Packaging, Inc.**
2125 Rochester Drive
Montgomery, IL 60538

**Harvest Foods**
30 W. 260 Butterfield Rd., Ste 201
Warrenville, IL 60555

**Illinois Dept. of Employment**
PO Box 88294
Chicago, IL 60608-3412

**Illinois Dept. of Revenue**
PO Box 88294
Chicago, IL 60608-1294

**Impact Label Corp.**
c/o Miles Cohen, Scott & Kraus, LLC
150 S. Wacker Drive, Ste. 2900
Chicago, IL 60606

**Iris Hernandez**
2743 N. Monticello
Chicago, IL 60647

**IRS**
Centralized Insolvency Operations
Post Office Box 21126
Philadelphia, PA 19114-0326

**Isreal Ocampo**
4305 W. 83rd Street
Chicago, IL 60652

**Jamil**
PO Box 684
1420 Industrial Drive
Mishawaka, IN 46546

**Jan Peter Weiss, Esquire**
917 North Dixie Highway
Lake Worth, FL 33460

**Juan Alonso**
1827 S. Allport
Chicago, IL 60608

**Juana V. Chavez**
2709 S. Central Park
Chicago, IL 60623

**Kelley Beans Co., Inc.**
2407 Circle Drive
PO Box 2488
Scottsbluff, NE 69363

**Knox & Schneider Inc**
SHAW GUSSIS FISHMAN GLANT
321 N CLARK ST S-800
Chicago, IL 60610

**L&L Packing Co.**
c/o Pamela McLean Meyerson
151 N. Harvey Ave.
Oak Park, IL 60302

3

**Lorenzo Martinez**
2023 W. 17th Street
Chicago, IL 60608

**Lucia P. Carrera**
6421 S. Lockwood
Chicago, IL 60638

**Makowshis Real Sausage**
C/O TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603

**Maria Fernandez**
C/O Ebro Foods
1330 Weset 43rd Street
Chicago, IL 60609

**Maria R. Sanchez**
1810 S. 49th Court
Cicero, IL 60804

**Martin Adame**
4543 Center Avenue
Lyons, IL 60534

**Midwest Corrugated**
C/O ARONBERG GOLDGEHN DAVIS
330 N WABASH #1700
Chicago, IL 60611

**Miguel Morales**
3820 S. Sacramento
Chicago, IL 60632

**Mr. Robert Greenburg**
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson, Ste. 1900
Chicago, IL 60608

**Mr. Stein, JD**
Stein & Roman
105 W. Madison Street
Chicago, IL 60606

**NEC Financial Services, Inc.**
c/o Jennifer S. Burt, Askounis &
Darcy, PC, 401 N. Michigan, Ste 550
Chicago, IL 60611

**Norberto Escobedo**
1417 S. 57th Avenue
Cicero, IL 60804

**Oliva Camargo**
3453 W. 53rd Street
Chicago, IL 60632

**Pablo Rodriguez**
4020 W. 83rd Street
Chicago, IL 60652

**Patricia Alvarez**
3744 W. 55th Street
Chicago, IL 60632

**Pedro Ramirez**
2029 W. 19th Street
Chicago, IL 60608

**People's Energy**
130 E. Randolph Dr.
Chicago, IL 60687-6207

**Primary Staffing, Inc.**
4247 S. Kedzie
Chicago, IL 60632

**PW Montgomery, LLC**
c/o Patrick King
5586 W. 19th Street, Ste. 130
Greeley, CO 80634

**Rudd Container Corp.**
C/O SIMON EARL L
4709 GOLF RD#475
Skokie, IL 60076

**Saf T Gard Intl. Inc.**
C/O Abrams & Abrams, PC
180 W WASHNGTON #910
Chicago, IL 60602

**Silvia & Mimi Vega**
6624 N. Ramona
Lincolnwood, IL 60712

**Timothy E. Horton**
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

**Timothy W. Fafinski**
Corporate Counsel, PA
3411 Brei Kessel Road
Independence, MN 55359

**Tobin, Munoz, & Petkus**
3 First National Plaza
Ste. 1950
Chicago, IL 60602

**Total Staffing Solutions**
PO Box 5665
Naperville, IL 60567

**Ubaldo Sandoval**
3303 S. Bell
Chicago, IL 60608

**UFCW Local 1546 Health and Welfare Fund**
1649 W. Adams Street
Chicago, IL 60612

**Umbertina Gomez**
1417 S. 57th Avenue
Cicero, IL 60804

**Venturre Marketing LLC**
C/O Mark Assumusen
750 Forest Edge Dr.
Vernon Hills, IL 60061

**Victor Reyes**
C/O Ebro Foods
1330 W. 43rd Street
Chicago, IL 60609

**Vienna Beef**
2549 Payshere Circle
Chicago, IL 60674

**Walkitoff**
C/O Adam Walsh
3631 N. Hamilton
Chicago, IL 60618

**Washington Mutual**
c/o Morrist Oxford Mngt Services
Southgate, MI 48195

**Weyerhaeuser Co.**
C/O TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603

**Zenaida Abreau**
4545 W. Toughy
Lincolnwood, IL 60712

5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: January 27, 2010 at 9:30 a.m. |

**NOTICE OF HEARING ON APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND FOR REIMBURSEMENT OF EXPENSES OF CLIFTON GUNDERSON, LLP**

To the Debtor, its creditors, and other parties in interest:

Forrest L. Ingram P.C. ("Applicant"), duly appointed attorney for Debtor and Debtor in Possession has filed an Application for Interim Compensation for Professional Services and for Reimbursement of Expenses of Clifton Gunderson, LLP. ("Application") with the Clerk of the United States Bankruptcy Court, Northern District, Eastern Division. The hearing is set before the Honorable Eugene R. Wedoff in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois 60604, on January, 27, 2010 at 9:30 a.m., at which time you may appear and be heard. Notice is hereby given that:

   1.  For the period of September 1, 2009 through December 31, 2009, the Applicant seeks fees for professional services in the amount of **$6,063.50** and reimbursement of expenses in the amount of $**19.69**

   2.  Requests for copies of the Application shall be made to: Forrest L. Ingram, Forrest L. Ingram, P.C., 79 W. Monroe, Suite 900, Chicago, Illinois 60603.

   3.  Written objections to the First Application should be filed with the Bankruptcy Court and served on Debtor's counsel no later than January 20, 2010.

A copy of this Notice is being served by regular mail on January 6, 2010 upon those parties appearing on the service list attached to the original copy hereof filed with the Court.

/s/ Forrest L. Ingram
Forrest L. Ingram

Forrest L. Ingram # 3129032
Helena Milman, Esq.
Patrick Lambe, Esq.
FORREST L. INGRAM, P.C.
79 W. Monroe, Suite 900
Chicago, IL 60603
(312) 759-2838

1