IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO Foods, Inc. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: 9/30/2009 at 10:00am |

## ORDER ALLOWING EMPLOYMENT OF ACCOUNTANT

This matter came to be heard on the application of Debtor, EBRO FOODS, INC., for authority to employ Clifton Gunderson LLP as its accountant. Due notice having been given and that the Court being fully advised in these premises,

**IT IS HEREBY ORDERED**

Debtor is authorized, pursuant to 11 U.S.C. §327(a), to employ Clifton Gunderson LLP as its accountant:

> Debtor will submit time sheets with periodic applications to pay Clifton Gunderson LLP for its services, and, upon approval of the fees by the court, will compensate Clifton Gunderson LLP on an hourly basis, ranging from $85 to $300, depending upon who is performing services for the debtor.

This order is effective retroactive to March 24, 2009

Dated: 1 OCT 2009

BY THE COURT:

Honorable Eugene R. Wedoff
U.S. Bankruptcy Judge

This document was prepared by
Forrest L. Ingram, P.C.

1