| Transaction Date | Engagement | Rate | Hours | Transaction Amount | Staff Name | Charge Acc | Detail |
|---|---|---|---|---|---|---|---|
| 9/16/2009 | REVIEW 2008 | 300 | 0.3 | 90 | Beien, James | Out of Scope | planning work |
| 9/17/2009 | 1120 PREP 2007 | 100 | 0.5 | 50 | Clay, Rachel | Administration (Tax) | FInalize 4.30.08 & 4.30.09 Tax EL's |
| 9/18/2009 | 1120 PREP 2007 COSTS | 0 | 0 | 2.24 | | Postage - USPS | postage |
| 9/25/2009 | REVIEW 2008 | 300 | 0.3 | 90 | Beien, James | Out of Scope | re: engagement to come |
| 9/25/2009 | REVIEW 2008 | 300 | 0.3 | 90 | Beien, James | Out of Scope | with silvio eetc |
| 10/19/2009 | 1120 PREP 2007 | 300 | 0.2 | 60 | Beien, James | Project Management | re: payroll tax notices |
| 10/23/2009 | 1120 PREP 2007 | 300 | 0.3 | 90 | Beien, James | Project Management | re: taxes etc |
| 12/7/2009 | ACCOUNTING SERVICES | 300 | 0.3 | 90 | Beien, James | Meeting with client at site | planning re acctg work |
| 12/8/2009 | ACCOUNTING SERVICES | 170 | 0.8 | 136 | Arnold, Laurenne | Monthly/quarterly accounting | Meeting with Jim Beien and phone call with client |
| 12/8/2009 | ACCOUNTING SERVICES | 300 | 0.8 | 240 | Beien, James | Out of Scope Work | planning work for visit |
| 12/9/2009 | ACCOUNTING SERVICES | 170 | 0.5 | 85 | Arnold, Laurenne | Monthly/quarterly accounting | Prepare items needed list for meeting with client |
| 12/11/2009 | ACCOUNTING SERVICES | 170 | 6.5 | 1105 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/08 TB - Meeting with client |
| 12/11/2009 | ACCOUNTING SERVICES | 170 | 0.75 | 127.5 | Arnold, Laurenne | Monthly/quarterly accounting | Export TB to CSA |
| 12/11/2009 | ACCOUNTING SERVICES COSTS | 0 | 0 | 17.05 | Arnold, Laurenne | Mileage | 94 Miles less 63 = 31 x .55 |
| 12/11/2009 | ACCOUNTING SERVICES COSTS | 0 | 0 | 0.4 | Arnold, Laurenne | Tolls | Tolls |
| 12/11/2009 | ACCOUNTING SERVICES | 300 | 4.3 | 1290 | Beien, James | Meeting with client at site | analyze 4/08 issues, etc |
| 12/13/2009 | ACCOUNTING SERVICES | 170 | 3 | 510 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/08 TB |
| 12/15/2009 | ACCOUNTING SERVICES | 170 | 2.25 | 382.5 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/08 TB |
| 12/16/2009 | ACCOUNTING SERVICES | 170 | 1.75 | 297.5 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/08 TB & discussions with Jim Beien |
| 12/16/2009 | ACCOUNTING SERVICES | 300 | 0.2 | 60 | Beien, James | Monthly/quarterly accounting | question re acctg; 12/14 |
| 12/16/2009 | ACCOUNTING SERVICES | 300 | 0.2 | 60 | Beien, James | Out of Scope Work | re; acctg issues 12/15 |
| 12/16/2009 | ACCOUNTING SERVICES | 300 | 0.2 | 60 | Beien, James | Out of Scope Work | re RE tax issues |
| 12/17/2009 | ACCOUNTING SERVICES | 300 | 0.3 | 90 | Beien, James | Monthly/quarterly accounting | with silvio re: re tax accruals and lease terms |
| 12/18/2009 | ACCOUNTING SERVICES | 300 | 0.5 | 150 | Beien, James | Out of Scope Work | re: acctg issues |
| 12/21/2009 | ACCOUNTING SERVICES | 170 | 0.75 | 127.5 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/08 trial balance |
| 12/22/2009 | ACCOUNTING SERVICES | 300 | 1.5 | 450 | Beien, James | Monthly/quarterly accounting | review 4/08 acctg |
| 12/23/2009 | ACCOUNTING SERVICES | 170 | 0.5 | 85 | Arnold, Laurenne | Monthly/quarterly accounting | Discussions with Jim re:  4/30/08 data & questions to client |
| 12/23/2009 | ACCOUNTING SERVICES | 300 | 0.4 | 120 | Beien, James | Monthly/quarterly accounting | review open points with LA,l TCW Silvito re: issues |
| 12/28/2009 | ACCOUNTING SERVICES | 170 | 0.75 | 127.5 | Arnold, Laurenne | Monthly/quarterly accounting | Adjustments to 4/30/08 TB |
| | | | 28.15 | 6083.19 | | | |