IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: January 27, 2010 at 9:30 a.m. |

## ORDER GRANTING AMENDED INTERIM APPLICATION OF CLIFTON GUNDERSON, LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the Amended Interim Application of CLIFTON GUNDERSON, LLP for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. CLIFTON GUNDERSON, LLP is awarded **$6,063.50** of the professional compensation requested for the time period beginning September 01, 2009 and ending December 31, 2009.

2. CLIFTON GUNDERSON, LLP is awarded **$19.69** for reimbursement of expenses for the time period beginning September 01, 2009 and ending December 31, 2009.

3. Debtor is authorized and directed to pay to CLIFTON GUNDERSON, LLP for professional compensation and reimbursement of expenses a total of **$6,083.19**.

Dated:                                                BY THE COURT:

                                                      _____
                                                      The Honorable Eugene R. Wedoff
                                                      United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.