# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| **EBRO FOODS, INC.** ) | Judge Wedoff |
| ) | |
| Debtor. ) | Case No. 09-10101 |
| ) | |
| ) | Hearing: 1/13/2010 at 9:30 a.m. |

## ORDER GRANTING DEBTOR EXTENSION OF TIME TO FILE AMENDED PLAN AND DISCLOSURE STATEMENT

THIS MATTER CAME TO BE HEARD on the motion of Debtor to obtain an extension of time to file its Amended Plan and Disclosure Statement, due notice having been given and the Court being fully advised in the premises,

IT IS ORDERED that:

Debtor is granted until February 12, 2010 to file its Amended Plan and Disclosure Statement.

Dated:                                                              BY THE COURT

_____
Hon. Chief Judge Eugene Wedoff
United States Bankruptcy Judge

This order was prepared by Forrest L. Ingram, P.C.