IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Wedoff |
| | ) | |
| Debtor. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: January 12, 2010 at 10:00am |
| | ) | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 28 FILED BY THE CITY OF CHICAGO DEPARTMENT OF WATER**

This matter coming to be heard on the Debtor's Objection to Claim No. 28 filed by The City of Chicago Department of Water, proper notice having been provided and the Court being fully advised in the premises,

**IT IS ORDERED:**

Debtor's objection is sustained; Claim No. 28 of The City of Chicago Department of Water is reclassified as an unsecured claim in its entirety.

Dated: **1 2 JAN 2010**

BY THE COURT

Hon. Eugene Wedoff
United States Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.