# U. S. TRUSTEE QUARTERLY FEE STATEMENT
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: **Ebro Foods Inc**     CASE NO.: **09-10101**

FOR CALENDAR QUARTER ENDING **December 31**, 20**09**

DISBURSEMENTS*

1. 
| MONTH | DISBURSEMENTS |
|---|---|
| October 09 | $ 276797.22 |
| November 09 | $ 213471.64 |
| December 09 | $ 270158.56 |
| **TOTAL DISBURSEMENTS FOR QUARTER** | $ 760427.42 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)     $ 4875.00

3. QUARTERLY FEE PAID (Attach proof of payment)     $ 4875.00

4. AMOUNT OF UNPAID FEES (IF ANY)     $ 0

I, **Silvio Vega** acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: **1/13/10**

For the Debtor In Possession (Trustee) (Plan administrator)

(Print or type name and capacity of person signing this Declaration).     **Silvio Vega**

/s/ Vega

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

**EBRO FOODS INC.**
(DEBTOR IN POSSESSION)
1300 W. 73rd ST.
CHICAGO, IL 60609

SHOREBANK
CHICAGO, ILLINOIS
2-132-710

********* Four Thousand Eight Hundred Seventy Five & 00/100 Dollars

DATE 01/14/10   AMOUNT *****4,875.00

PAY TO THE ORDER OF

U.S. TRUSTEE
PAYMENT CENTER
P.O. BOX 70937
CHARLOTTE, NC 28272-0937

TWO SIGNATURES REQUIRED

⑆080418⑆ ⑈071004226⑈ ⑆3100004674⑆

804

**EBRO FOODS INC.**   804

Check #:

Vendor ID: 01041   Vendor Name: U.S. TRUSTEE

| Invoice No. | Date | Invoice Amount | Amount Paid | Discounts Taken | Credits Taken | Net Amount |
|---|---|---|---|---|---|---|
| 09-10101-123109 | 01/01/10 | 4875.00 | | | | |

Net Check Amt   4875.00

PRODUCT DT 02   USE WITH 91500 ENVELOPE   PRINTED IN U.S.A.

United States Department of Justice

Office of the United States Trustee

*Northern District of Illinois*

Forrest L. Ingram, Esq.
Forrest L. Ingram, P.C.
79 West Monroe Street
Suite #900
Chicago, Illinois 60603

219 S. Dearborn Street    Main    (312) 886-5785
Room 873                  Fax     (312) 886-5794
Chicago, IL 60604

RECEIVED DEC

**FIRST AMENDED REQUEST FOR PAYMENT**
December 15, 2009

Subject:    **STATUTORY UNITED STATES TRUSTEE FEES IN PENDING CHAPTER 11
Cause Number 09B10101 - EBRO FOODS, INC., EIN: 36-2553852.**

Dear Mr. Ingram:

The above referenced proceeding is scheduled for a hearing at 10:00 a.m. on January 19, 2010, regarding **THE STATUS OF THE DISCLOSURE STATEMENT & PLAN.** The statutory fees due to the United States Trustee pursuant to 28 U.S.C. 1930(a)(6) are required to be paid in full on or before the effective date of the hearing.

In an effort to be of assistance to you and your client, we have estimated that the estate will owe **$5,850.00** in unpaid statutory fees based upon the financial information provided, under oath, during the pendency of this proceeding.

******Financial information for the period of 11/01/09 through the date of the hearing is not available and has been estimated based upon previously provided information. Should the actual, reported, disbursements for said period indicate that an adjustment in the amount of statutory fees requested is appropriate, the fees shall be adjusted accordingly.******

| PERIOD | DISBURSEMENT | FEE DUE | FEES PAID | TOTAL FEES DUE U.S.A. |
|---|---|---|---|---|
| 03/24/09 - 03/31/09 | $ 35,515 (Reported) | $ 650.00 | $ 650.00 | |
| 04/01/09 - 06/30/09 | $634,190 (Reported) | $4,875.00 | $4,875.00 | |
| 07/01/09 - 09/30/09 | $750,117 (Reported) | $4,875.00 | $4,875.00 | |
| 10/01/09 - 12/31/09 | $695,936 (Estimated) | $4,875.00 | $ -0- | $4,875.00 |
| 01/01/10 - 01/19/10 | $143,726 (Estimated) | $ 975.00 | $ -0- | $5,850.00 Due |
| **Totals:** | | **$16,250.00** | **$10,400.00** | **$5,850.00 Due** |

Please advise your client be prepared to **REMIT $5,850.00 IN CERTIFIED FUNDS ONLY, MADE PAYABLE TO THE OFFICE OF THE UNITED STATES TRUSTEE** to staff attorney from this office attending the hearing. Please return a copy of this letter with the remittance. Should the hearing be continued beyond 01/19/10, additional statutory fees may be due.

    Thank you for your prompt attention to this matter. Should you have any questions regarding this letter, please feel free to contact the undersigned at (312) 353-5014 or your assigned Staff Attorney, Kathryn M. Gleason, at (312) 886-3327.

                                           Very truly yours,

                                           WILLIAM T. NEARY,
                                         United States Trustee

                          by: _____
                              Howard E. Wilkes, Senior Bankruptcy Analyst

WP/FEE6085A - KMG (Judge Eugene R. Wedoff)
Dbtr Atty:    (3112) 759-2838. **FAX (312) 759-0298.**
Debtor:      Ebro Foods, Inc., c/o Zenaida E. Abreu, President, 1330 West 43rd Street, Chicago, Illinois 60609. (773) 696-0150. **FAX (773) 696-0151.**