IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| EBRO FOODS, INC. ) | Judge Wedoff |
| ) | |
| Debtor. ) | Case No. 09-10101 |
| ) | |
| ) | Hearing: December 23, 2009 at 9:30am |
| ) | |

**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM NO. 29 FILED BY THE METROPOLITAN WATER RECLAMATION DISTRICT OF GREATER CHICAGO**

This matter coming to be heard on the Debtor's Objection to Claim No. 29 filed by The Metropolitan Water Reclamation District of Greater Chicago, proper notice having been provided and the Court being fully advised in the premises,

**IT IS ORDERED**:

Debtor's objection is sustained; Claim No. 29 of The Metropolitan Water Reclamation District of Greater Chicago is reclassified as an unsecured claim in its entirety.

Dated: 15 JAN 2010

BY THE COURT

*[signature]*
Hon. Eugene Wedoff
United States Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.