# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: January 27, 2010: 10:00am |
| | ) | |

## NOTICE OF WITHDRAWAL OF OBJECTION

**PLEASE TAKE NOTICE** that Debtor Ebro Foods, Inc. hereby withdraws its objection to Proof of Claim No. 24, filed by The U.S. Internal Revenue Service, currently scheduled to be heard by Judge Eugene Wedoff on January 27, 2010 at 10:00am, or any other judge sitting in his stead, and requests this matter be taken off the Court's calendar. Plaintiff withdraws its objection without prejudice.

/s/ Forrest L. Ingram
One of Debtor's attorneys

Forrest L. Ingram
Philip Groben
Vik Chaudhry
Michael Ohlman
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 900
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Philip Groben, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by US Mail, as indicated on the list, on January 22, 2010.

/s/Philip Groben

## SERVICE LIST

**Via CM/ECF:**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604


**Via U.S. Mail:**
**Debtor**
Ebro Foods, Inc.
1330 W. 43rd St.
Chicago, IL 60609

**U.S. Internal Revenue Service**
Centralized Insolvency Operations
Post Office Box 21126
Philadelphia, PA 19114-0326

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: January 27, 2010 at 10:00am |
| | ) | |

## ORDER OF WITHDRAWAL OF OBJECTION

This matter coming to be heard on Debtor's Objection to Claim No. 24, filed by the United States Internal Revenue Service, proper notice having been given and the Court being duly advised in the premises:

IT IS ORDERED THAT:

Debtor's objection to Claim No. 24 is withdrawn without prejudice.

Dated:                                                                   BY THE COURT:

                                                                         _____
                                                                         The Honorable Eugene R. Wedoff
                                                                         United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.

3