**U. S. TRUSTEE QUARTERLY FEE STATEMENT**
Pursuant to Fed. R. Bankr. P. 2015(a)(5)

CASE NAME: My Ranch Inc.   CASE NO.: 09-35697

FOR CALENDAR QUARTER ENDING December 31, 20 09

**DISBURSEMENTS***

1.

| MONTH | DISBURSEMENTS |
|---|---|
| Oct. | $ 73,458.91 |
| Nov. | $ 95,223.76 |
| Dec. | $ 99,350.10 |
| TOTAL DISBURSEMENTS FOR QUARTER | $ 268,032.77 |

2. QUARTERLY FEE OWED PURSUANT TO 28 U.S.C. §1930(A)(6)     $ 1950.00

3. QUARTERLY FEE PAID (Attach proof of payment)     $ _____

4. AMOUNT OF UNPAID FEES (IF ANY)     $ 1950.00

I, Rasheeda Oghafua, acting as the duly authorized agent for the Debtor In Possession (Trustee) (Plan Administrator) declare under penalty of perjury under the laws of the United States that I have read and certify that the figures, statements, disbursement itemizations, and account balances as listed in this U.S. Trustee Quarterly Fee Statement are true and correct as of the date of this report to the best of my knowledge, information and belief.

DATED: 1/28/10

_Rasheeda Oghafua_
For the Debtor In Possession (Trustee) (Plan Administrator)

(Print or type name and capacity of person signing this Declaration).
Rasheeda Oghafua
President

* For periods subsequent to plan confirmation, this includes payments pursuant to the confirmed plan as well as all other disbursements.

EXHIBIT "D"