UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

FEB -2 2010

**EUGENE R. WEDOFF,
BANKRUPTCY JUDGE**

| | | |
|---|---|---|
| **In Re:** | ) | **Chapter 11** |
| | ) | |
| **EBRO Foods, Inc.,** | ) | |
| | ) | **Case No. 09 B 10101** |
| | ) | |
| **Debtor.** | ) | **Judge Eugene R. Wedoff** |

**(To Be Served By Clerk)**

## NOTICE OF HEARING AND MOTION OF UNITED STATES TRUSTEE
## TO CONVERT OR DISMISS CASE

To the Debtor, its creditors, and other parties in interest:

The United States Trustee for the Northern District of Illinois hereby moves this Court pursuant to Section 1112(b) of the Bankruptcy Code to enter an order converting the above captioned Chapter 11 case to Chapter 7, or , alternatively, dismissing the case, whichever may be in the best interest of creditors and the Estate. The reason(s) for the request are: (1) pursuant to Section 1112(b)(4)(D), the Debtor's unauthorized use of cash collateral substantially harmful to 1 or more creditors. The United States Trustee reserves the right to raise other grounds for conversion or dismissal based on any papers filed or testimony taken at or before the hearing on this motion.

PLEASE TAKE NOTICE that a hearing on the United States Trustee's Motion is set for

*March 9* ,2010 at 10:00 am before the Honorable Eugene R. Wedoff in Courtroom 744, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may, but need not appear. This hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

Kathryn Gleason, Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S. Dearborn St, Room 873
Chicago, Illinois 60604
DATED: February 2, 2010                (312) 886-3327