UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable  Eugene R. Wedoff                Hearing Date  2/2/10

Bankruptcy Case No.  09-10101              Adversary No. _____

Title of Case  Ebro Foods, Inc.

Brief Statement of Motion:  Motion to Compel Payment of PACA Trust Claim

Names and Addresses of moving counsel:
Michael J. Keaton
Keaton + Associates, P.C.
1278 W. Northwest Highway, Suite 903
Palatine, IL 60067

Representing: ~~Ratliff~~ Harvest Food Group

ORDER

1) Motion is Granted

        /s/ Eugene R. Wedoff