# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Honorable: Eugene R. Wedoff

Hearing Date: 2/2/2010

Bankruptcy Case No. 09-1001

Adversary No.

Title of Case: Ebro Foods, Inc

Brief Statement of Motion: Withdrawal of Claim

Names and Addresses of moving counsel: Mike Keaton

Representing: Harvest Food Group, Inc.

## ORDER

Harvest Food Group, Inc. withdraws its Proof of Claim #19 (19-1 and 19-2). Debtor's Objection to Claim #19 is overruled as moot.

Eugene R. Wedoff