B 10 (Official Form 10) (12/08)

| UNITED STATES BANKRUPTCY COURT Northern District of Illinois | | PROOF OF CLAIM |
|---|---|---|
| Name of Debtor: Ebro Foods Inc | | Case Number: 09-10101 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Silgan Equipment Company

☐ Check this box to indicate that this claim amends a previously filed claim.

Name and address where notices should be sent:
Silgan Equipment Company
1140 31st Street Downers Grove IL 60515

Telephone number: (630) 515-5378

Court Claim Number: _____
(If known)

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

**FILED**
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
JUL 8 2009
KENNETH S. GARDNER, CLERK

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

1. **Amount of Claim as of Date Case Filed:** $ 12,622.50

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

2. **Basis for Claim:** equipment lease
(See instruction #2 on reverse side.)

3. **Last four digits of any number by which creditor identifies debtor:** 0087

   3a. Debtor may have scheduled account as: _____
   (See instruction #3a on reverse side.)

4. **Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

   Nature of property or right of setoff: ☐ Real Estate  ☐ Motor Vehicle  ☑ Other
   Describe:
   Value of Property: $ 30,000.00   Annual Interest Rate ___%

   Amount of arrearage and other charges as of time case filed included in secured claim,
   if any: $ 12,622.50   Basis for perfection: _____

   Amount of Secured Claim: $ 12,622.50   Amount Unsecured: $ _____

6. **Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

7. **Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

5. **Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).

**Amount entitled to priority:**
$ _____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

FOR COURT USE ONLY

Date: 7-6-09

**Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.

*Nicole DeRosa*   NICOLE DeROSA   Financial Services Manager

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.



# COPY ORIGINAL

# SILGAN

# INVOICE

SILGAN EQUIPMENT COMPANY
1381 DUGDALE ROAD * WAUKEGAN, IL 60085
PH: (847)336-0552  FAX: (847)336-8698

REMIT TO: Silgan Equipment Company
13074 Collections Center Drive
Chicago, IL 60693

| | |
|---|---|
| Page Number- | 1 |
| Date - | 09/19/08 |
| Customer - | 1100087 |
| Brn/Plt - | 895 |
| Related PO - | |
| Order Nbr - | 89513058 KL |
| Invoice - | 89500649 CL |

Sold To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Ship To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Tax ID:
Tax Cert:

| Request Date | Customer P.O. | F.O.B. | Ship : |
|---|---|---|---|
| 09/19/08 | | TO BE PREPAID | Inst : |

| Ln/Rq Dt DESCRIPTION/JUSTIFIC | Item Number | UM Ship/Back/Cance | Price | Extended Price | Tax |
|---|---|---|---|---|---|
| 1.000 P790/P895 Leases | P895LEASE | EA S  1.000 | 2,337.5000 | 2,337.50 | Y |

2 of 6 lease Invoices for equipment at your Chicago IL
location. See attached list along with terms and conditions.
Any questions call Diana Wagner@ 847 625 3758 or email
diana.wagner@silganclosures.com

| | | | Sales Tax | Total Order |
|---|---|---|---|---|
| Terms Net 30 | Net Due Date 10/19/08 | Tax Rt 8.000 | 187.00 | 2,524.50 |



# COPY

# INVOICE

**SILGAN EQUIPMENT COMPANY**
1301 DUGDALE ROAD  *  WAUKEGAN, IL 60085
PH: (847)336-0552    FAX: (847)336-8698

REMIT TO: Silgan Equipment Company
13074 Collections Center Drive
Chicago, IL 60693

| | |
|---|---|
| Page Number- | 1 |
| Date        - | 10/13/08 |
| Customer    - | 1100087 |
| Brn/Plt     - | 895 |
| Related PO  - | |
| Order Nbr   - | 89513252 KL |
| Invoice     - | 89500660 CL |

Sold To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Ship To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Tax ID:
Tax Cert:

| Request Date | Customer P.O. | F.O.B. | Ship: |
|---|---|---|---|
| 10/13/08 | | TO BE PREPAID | Inst: |

| Ln/Rq Dt | DESCRIPTION/JUSTIFIC | Item Number | UM | Ship/Back/Cance | Price | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 1.00 | P790/P895 Leases | P895LEASE | EA S | 1.000 | 2,337.5000 | 2,337.50 | Y |

3rd of 6 invoices for equipment at your Chicago IL location.
See attached list along with terms and conditions. Any
questions call Diana Wagner @847 625 3758 or email
diana.wagner@silganclosures.com. These special billing terms
will be revolked if payments are not brought up to date.

| | Sales Tax | Total Order |
|---|---|---|
| Terms  C.O.D. or Cash In Advance   Net Due Date 10/13/08   Tax Rt 8.000 | 187.00 | 2,524.50 |



# COPY    INVOICE

**SILGAN EQUIPMENT COMPANY**
1301 DUGDALE ROAD * WAUKEGAN, IL 60085
PH: (847)336-0552    FAX: (847)336-8698

REMIT TO: Silgan Equipment Company
13074 Collections Center Drive
Chicago, IL 60693

| | |
|---|---|
| Page Number- | 1 |
| Date - | 11/13/08 |
| Customer - | 1100087 |
| Brn/Plt - | 895 |
| Related PO - | |
| Order Nbr - | 89513466 KL |
| Invoice - | 89508668 CL |

Sold To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Ship To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Tax ID:
Tax Cert:

| Request Date | Customer P.O. | F.O.B. | Ship: |
|---|---|---|---|
| 11/13/08 | | TO BE PREPAID | Inst: |

| Ln/Rq Dt DESCRIPTION/JUSTIFIC | Item Number | UM Ship/Back/Cance | Price | Extended Price | Tax |
|---|---|---|---|---|---|
| 1.000 P790/P895 Leases | P895LEASE | EA S  1.000 | 2,337.5000 | 2,337.50 | Y |

4th of 6 monthly invoices for equipment at your Chicago IL
location. See attached list along with terms and conditions.
Any questions call Diana Wagner 2847 625 8758 or email
diana.wagner@silganclosures.com. Special billing terms are
approved by Mike Maschek and can be revoked at any time do
to delinquency.

| | Sales Tax | Total Order |
|---|---|---|
| Terms C.O.D. or Cash In Advance   Net Due Date 11/13/08    Tax Rt 8.000 | 187.00 | 2,524.50 |



# COPY



# INVOICE

**SILGAN EQUIPMENT COMPANY**
1301 DUGDALE ROAD · WAUKEGAN, IL 60085
PH: (847)336-0552  FAX: (847)336-8698

REMIT TO: Silgan Equipment Company
13074 Collections Center Drive
Chicago, IL 60693

| | |
|---|---|
| Page Number | 1 |
| Date | 12/17/08 |
| Customer | 1100087 |
| Brn/Plt | 895 |
| Related PO | - |
| Order Nbr | 89513703 KL |
| Invoice | 89500678 CL |

Sold To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Ship To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Tax ID:
Tax Cert:

| Request Date | Customer P.O. | F.O.B. | Ship: |
|---|---|---|---|
| 12/17/08 | | TO BE PREPAID | Inst: |

| Ln/Rq Dt DESCRIPTION/JUSTIFIC | Item Number | UM Ship/Back/Cance | Price | Extended Price | Tax |
|---|---|---|---|---|---|
| 1.000 P790/P895 Leases | P895LEASE | EA S 1.000 | 2,337.5000 | 2,337.50 | Y |

5th of 6 monthly invoices for equipment at your Chicago IL
location. See attached list along with terms and conditions.
Any questions call Diana Wagner 3847 625 3758 or email
diana.wagner@silganclosures.com. Special terms will be
revoked if delinquency continues.

| | Sales Tax | Total Order |
|---|---|---|
| Terms C.O.D. or Cash In Advance  Net Due Date 12/17/08  Tax Rt 8.000 | 187.00 | 2,524.50 |




# INVOICE

**SILGAN EQUIPMENT COMPANY**
1301 DUGDALE ROAD · WAUKEGAN, IL 60085
PH: (847)336-0552   FAX: (847)336-8698

REMIT TO: Silgan Equipment Company
13074 Collections Center Drive
Chicago, IL 60693

| | |
|---|---|
| Page Number | 1 |
| Date | 01/28/09 |
| Customer | 1100087 |
| Brn/Plt | 895 |
| Related PO | |
| Order Nbr | 89513851 KL |
| Invoice | 89500690 CL |

Sold To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Ship To: 01100087
EBRO PACKING COMPANY, INC
1330 WEST 43RD STREET
CHICAGO IL 60609

Tax ID:
Tax Cert:

| Request Date | Customer P.O. | F.O.B. | Ship: |
|---|---|---|---|
| 01/28/09 | | TO BE PREPAID | Inst: |

| Ln/Rq Bt | DESCRIPTION/JUSTIFIC | Item Number | UM | Ship/Back/Cancel | Price | Extended Price | Tax |
|---|---|---|---|---|---|---|---|
| 1.000 | P790/P895 Leases | P895LEASES | EA S | 1.000 | 2,337.5000 | 2,337.50 | Y |

6 of 6 monthly invoices for equipment at your Chicago IL
location. See attached list along with terms and conditions.
Special terms will be revoked if customer delinquency
continues.

| | Sales Tax | Total Order |
|---|---|---|
| Terms C.O.D. or Cash In Advance   Net Due Date 01/28/09   Tax Rt 8.000 | 187.00 | 2,524.50 |

# Silgan Equipment Company

1301 Dugdale Road
Waukegan, IL 60085

**Attachment**

Silgan Equipment ("Seller")

Lease To  EBRO PACKING COMPANY INC
1330 W 43rd Street
CHICAGO, IL 60609

Ship To  EBRO PACKING COMPANY INC
1330 W 43rd Street
CHICAGO, IL 60609

**Terms**
Net 30 Days

This Invoice Schedules the Equipment Presently on Lease at Your
CHICAGO, IL 60609 Location

And Covers Charges for the Period  From 8/30/2008 to 8/29/2009

| Serial # | Item | Date | Amount |
|---|---|---|---|
| VE1270LJG | SEALING MACH.-STANDARD | 06/18/75 | $4,150.00 |
| VE1204LJG | SEALING MACH.-STANDARD | 08/30/74 | $4,150.00 |
| 6R17D-1552 | 6R17D HOPPER | 12/18/84 | $1,920.00 |
| 6R17D-1111 | 6R17D HOPPER | 08/30/74 | $755.00 |
| 51R9A-0936 | 51R9A DUD DETECTOR | 12/07/81 | $1,065.00 |
| 51R9A-0997 | 51R9A DUD DETECTOR | 01/09/84 | $1,840.00 |
| 53-89RTS CP | SEALING MACH CP | 08/30/74 | $0.00 |
| 77RTO MCP | SEALING MACH CP | 09/05/85 | $0.00 |
| 27-30DTOCP | HOPPER C.P. | 08/30/74 | $145.00 |
| | **Sub Total** | | **$14,025.00** |

Payment of this Invoice Subjects All
Equipment to the Attached Equipment
Lease Terms and Conditions.

Page 1 of 1

**Nicole DeRosa**

**From:** Helena Milman [hmilman@fingramlaw.com]
**Sent:** Saturday, July 04, 2009 12:22 PM
**To:** Nicole DeRosa
**Subject:** RE: Ebro Foods, Inc.

Ms. DeRosa ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Sincerely,

▓▓▓▓▓▓▓▓▓▓▓▓

79 West Monroe, Suite 900
Chicago, IL 60603
Phone: (312) 759-2838
Fax: (312) 759-0298
Email: hmilman@fingramlaw.com

NOTICE: The information in this email and any attachments is confidential and INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) named above. Additionally, it may be ATTORNEY WORK PRODUCT INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) named above, and therefore be legally privileged. If you are not the intended recipient, any dissemination, distribution, or copying of this information, or any of its contents, is strictly prohibited. If you have received this email in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system and otherwise.

**From:** Nicole DeRosa [mailto:Nicole.DeRosa@silganclosures.com]
**Sent:** Wednesday, July 01, 2009 8:36 AM
**To:** hmilman@fingramlaw.com
**Subject:** RE: Ebro Foods, Inc.

It is my understanding that the deadline for filing proof of claim has passed. I'm assuming that there will be no objection filed against our filing beyond the deadline?

*Nicole DeRosa*
*Financial Services Manager*
*Silgan White Cap LLC*

*630-515-5378 voice*
*630-515-5326 fax*

**From:** Helena Milman [mailto:hmilman@fingramlaw.com]
**Sent:** Tuesday, June 30, 2009 5:14 PM
**To:** Nicole DeRosa
**Subject:** Ebro Foods, Inc.

Ms. DeRosa,
I apologize for not forwarding this information to you sooner.
Attached please find the Notice of BK filing, which includes the case number.
Also, attached is the Proof of Claim form which you are welcome to file in this case.
I have e-mailed our clients regarding the lease, and I will let you know shortly of their decision, at which point, I will amend the schedule to indicate their preference. I will forward to you information when I receive it.

Sincerely,

7/6/2009

Helena Milman
Forrest L. Ingram, P.C.
79 West Monroe, Suite 900
Chicago, IL 60603
Phone: (312) 759-2838
Fax: (312) 759-0298
Email: hmilman@fingramlaw.com

NOTICE: The information in this email and any attachments is confidential and INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) named above. Additionally, it may be ATTORNEY WORK PRODUCT INTENDED FOR THE SOLE USE OF THE INTENDED RECIPIENT(S) named above, and therefore be legally privileged. If you are not the intended recipient, any dissemination, distribution, or copying of this information, or any of its contents, is strictly prohibited. If you have received this email in error, please return it to the sender immediately and delete the original message and any copy of it from your computer system and otherwise.

7/6/2009