**REQUIRED STATEMENT**
**TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY**

All Cases: Debtor(s) _____Ebro Foods, Inc._____ Case No. __09 B 10101__ Chapter __11__

All Cases: Moving Creditor _____Silgan Equipment Co._____ Date Case Filed __03/24/09__

Nature of Relief Sought: ☑ Lift Stay    ☐ Annul Stay    ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing _____ or Date Plan Confirmed _____

Chapter 7: ☐ No-Asset Report Filed on _____
           ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
   a. ☐ Home
   b. ☐ Car   Year, Make, and Model _____
   c. ☑ Other (describe) _____Leased Manufacturing Equipment_____

2. Balance Owed as of Petition Date   $ _____12,622.50_____
   Total of all other Liens against Collateral $ _____0_____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.

4. Estimated Value of Collateral (must be supplied in *all* cases)   $ _____$30,000_____

5. Default
   a. ☑ Pre-Petition Default
      Number of months __5__   Amount $ _____12,622.50_____

   b. ☑ Post-Petition Default
      i. ☑ On direct payments to the moving creditor
         Number of months __6__   Amount $ __15,147.00 + fees and costs__

      ii. ☐ On payments to the Standing Chapter 13 Trustee
          Number of months _____   Amount $ _____

6. Other Allegations
   a. ☑ Lack of Adequate Protection  § 362(d)(1)
      i.   ☐ No insurance
      ii.  ☐ Taxes unpaid       Amount $ _____2,057.00_____
      iii. ☐ Rapidly depreciating asset
      iv.  ☑ Other (describe) __unpaid rent and attorneys' fees accruing, estate possibly insolvent__

   b. ☐ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)

   c. ☑ Other "Cause" § 362(d)(1)
      i.   ☐ Bad Faith (describe)_____
      ii.  ☐ Multiple Filings
      iii. ☑ Other (describe) refusal to honor obligations in lease agreement under Sec. 365)d_)5_

   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii ☐ Redeem   iii. ☐ Surrender   iv. ☑ No Statement of Intention Filed

Date: _____March 1, 2010_____        _____/s Douglas M. Chalmers_____
                                              Counsel for Movant

(Rev. 12 /21/09)