IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| COMPASS MECHANICAL ) | Judge Eugene R. Wedoff |
| SERVICES, INC. ) | |
| ) | |
| Debtor and Debtor in Possession. ) | Case No. 09-47131 |
| ) | |
| ) | Hearing: April 6, 2010 at 9:30 a.m. |

**NOTICE OF HEARING ON FIRST APPLICATION FOR INTERIM COMPENSATION FOR PROFESSIONAL SERVICES AND REIMBURSEMENT OF EXPENSES OF FORREST L. INGRAM, P.C.**

To the Debtor, its creditors, and other parties in interest:

Forrest L. Ingram, P.C. (the "Applicant"), duly appointed attorneys for Debtor and Debtor in Possession has filed its First Application for Interim Compensation for Professional Services and Reimbursement of Expenses ("First Application") with the Clerk of the United States Bankruptcy Court, Northern District of Illinois, Eastern Division. The hearing is set before the Honorable Eugene R. Wedoff in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, Illinois, on April 6, 2010 at 9:30 a.m., at which time you may appear and be heard. Notice is hearby given that:

1. For the period of December 14, 2009 through February 28, 2010, the Applicant seeks fees for professional services in the amount of $15,993.00, and reimbursement of expenses in the amount of $1,199.37.

2. Requests for copies of the First Application shall be made to: Forrest L. Ingram, P.C., 79 W. Monroe, Suite 900, Chicago, IL 60603.

A copy of this Notice is being served by regular mail on March 9, 2010, upon those parties appearing on the service list attached to the original copy hereof filed with the Court.

/s/ Forrest L. Ingram
Forrest L. Ingram

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838