## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: April 6, 2010 at 9:30 a.m. |

### AMENDED CERTIFICATE OF SERVICE

I, Bradley P. Opfermann, an attorney, certify that I caused a true and correct copy of the above and foregoing Notice and the document to which it refers, on all parties receiving service via U.S. mail, as set forth on the attached service list, at or before 5:00 p.m. on March 15, 2010. However, due to a clerical error, the incorrect documents were filed with the court on March 15, 2010. I certify that I gave correct notice to all ECF parties, and caused the correct documents to be filed, on March 18, 2010.

/s/ Bradley P. Opfermann

Forrest L. Ingram, P.C.
Forrest L. Ingram #3129032
79 W. Monroe St., Suite 900
Chicago, IL 60603
(312) 759-2838

# SERVICE LIST

**Via U.S. Mail**

Aaron Morales
3566 W. Lyndale
Chicago, IL 606047

Angel A. Rosell
3799 W. 75th Place
Chicago, IL 60652

Brandt Box & Papers Co., Inc.
400 Lexington Dr.
Buffalo Grove, IL 60089

c/o Arthur Raphael
Teller, Levitt & Silvertrust, P.C.
11 E. Adams St.
Chicago, IL 60603

Chicago Sweetners
c/o Weinstock Louis
300 W. Adams, #840
Chicago, IL 60606

Clifton Gunderson & Co.
c/o Jim Beien
1301 W. 22nd Street, Ste. 1100
Oak Brook, IL 60523

Consumers Vinegar
c/o Kash James J & Associates
6545 W. Archer Ave.
Chicago, IL 60638

Cushman Wakefield
c/o Teller Levit Silvertrust
11 East Adams, 8th Floor
Chicago, IL 60603

DMH Ingredients
c/o Mages & Price
707 Lake Cook Rd #314
Deerfield, IL 60015

Andres Delgado
2029 W. 19th Street
Chicago, IL 60608

Aucensia Y. Villaruel
10336 Avenue L
Chicago, IL 60617

Burling Freemont, LLC
2850 S. Michigan Ave.
Chicago, IL 60605

CH Robinson Worldwide, Inc.
25 Northwest Point Blvd.
Elk Grove Village, IL 60007

City of Chicago Water Dept.
333 S. State Street Chicago
DePaul Center, Suite LL10
Chicago, IL 60602

Colgate Commodities
c/o Dean Nelson
HC 2 Box 17, 208 Front Avenue
Colgate, ND 58046

Crown Cork & Seal
c/o Gary Shearer
1440 Payshere Circle
Chicago, IL 60674

Dan Duffy
c/o Ebro Foods
1330 W. 43rd St.
Chicago, IL 60609

Ecker Associates, Inc.
PO Box 7988
Delray Beach, FL 33482

Elena Acosta
3914 W. 69th Place
Chicago, IL 60629

Enmeregildo Valladares
1336 W. Farwell
Chicago, IL 60626

G&G Peppers
PO Box 368
Frankton, IN 46044

Gregg Kotch
Williams, Babbit, & Weisman, Inc.
5255 N. Federal Highway
Boca Raton, FL 33487

Gusto Packaging, Inc.
2125 Rochester Drive
Montgomery, IL 60538

Illinois Dept. of Employment
PO Box 88294
Chicago, IL 60608-3412

Impact Labels Corp.
c/o Miles Cohen, Scott & Kraus, LLC
150 S. Wacker Drive, Ste. 2900
Chicago, IL 60606

IRS
Centralized Insolvency Operations
PO Box 21126
Philadelphia, PA 19114-0326

Jamil
PO Box 684
1420 Industrial Drive
Mishawaka, IN 46546

Juan Alonso
1827 S. Allport
Chicago, IL 60608

Eloy G. Garcia
3547 W. 63rd Place
Chicago, IL 606029

Environmental Services, Inc.
c/o Nicholas J. Malone
PO Box 385
Western Springs, IL 60558

Gabina Torres
3348 S. Hoynce
Chicago, IL 60608

Greif, Inc.
c/o Teller Levit Silvertrust
11 E. Adams, 8th Floor
Chicago, IL 60603

Harvest Foods
30 W. 260 Butterfield Rd., Suite 201
Warrenville, IL 60555

Illinois Dept. of Revenue
PO Box 88294
Chicago, IL 60608-1294

Iris Hernandez
2743 N. Monticello
Chicago, IL 60647

Israel Ocampo
4305 W. 83rd Street
Chicago, IL 60652

Jan Peter Weiss, Esq.
917 North Dixie Highway
Lake Worth, FL 33460

Juana V. Chavez
2709 S. Central Park
Chicago, IL 60623

Kelley Beans Co, Inc.
2407 Circle Drive
PO Box 2488
Scottsbluff, NE 69363

L&L Packing Co.
c/o Pamela McLean Meyerson
151 N. Harvey Ave.
Oak Park, IL 60302

Lucia P. Carrera
6421 S. Lockwood
Chicago, IL 60638

Maria Fernandez
c/o Ebro Foods
1330 West 43rd Street
Chicago, IL 60609

Martin Adame
4543 Center Avenue
Lyons, IL 60534

Miguel Morales
3820 S. Sacramento
Chicago, IL 60632

Mr. Stein, J.D.
Stein & Rotman
105 W. Madison Street
Chicago, IL 60606

Norbert Escobedo
1417 S. 57th Avenue
Cicero, IL 60804

Pablo Rodriguez
4020 W. 83rd Street
Chicago, IL 60652

Pedro Ramirez
2029 W. 19th Street
Chicago, IL 60608

Knox & Schneider, Inc.
Shaw Gussis Fishman Glant
321 N. Clark St., S-800
Chicago, IL 60610

Lorenzo Martinez
2023 W. 17th Street
Chicago, IL 60608

Makowshis Real Sausage
c/o Teller Levit Silvertrust
11 East Adams, 8th Floor
Chicago, IL 60603

Maria R. Sanchez
1810 S. 49th Court
Cicero, IL 60804

Midwest Corrugated
c/o Aronberg Goldgehn Davis
330 N. Wabash #1700
Chicago, IL 60611

Mr. Robert Greenburg
Asher, Gittler, Greenfield & D'Alba
200 W. Jackson, Ste. 1900
Chicago, IL 60608

NEC Financial Services, Inc.
c/o Jennifer S. Burt, Askounis & Darcy, PC
401 N. Michigan, Ste. 550
Chicago, IL 60611

Olivia Camargo
3453 W. 53rd Street
Chicago, IL 60632

Patricia Alvarez
3744 W. 55th Street
Chicago, IL 60632

People's Energy
130 E. Randolph Dr.
Chicago, IL 60687-6207

Primary Staffing, Inc.
4247 S. Kedzie
Chicago, IL 60632

Rudd Container Corp.
c/o Simon Earl L.
4709 Golf Rd #475
Skokie, IL 60076

Silvio and Mimi Vega
6624 N. Ramona
Lincolnwood, IL 60712

Timothy W. Fafinski
Corporate Counsel, PA
3411 Brei Kessel Road
Independence, MN 55359

Total Staffing Solutions
PO Box 5665
Naperville, IL 60567

UFCW Local 1546 Health and Welfare Fund
1649 W. Adams Street
Chicago, IL 60612

Venture Marketing, LLC
c/o Mark Assumusen
750 Forrest Edge Drive.
Vernon Hills, IL 60061

Vienna Beef
2549 Payshere Circle
Chicago, IL 60674

Washington Mutual
c/o Morrist Oxford Mngt Services
Southgate, MI 48195

Zenaida Abreau
4545 W. Touhy
Lincolnwood, IL 60712

PW Montgomery, LLC
c/o Patrick King
5586 W. 19th Street, Ste. 130
Greeley, CO 80634

Saf T Gard Intl. Inc.
c/o Abrams & Abrams, P.C.
180 W. Washington #910
Chicago, IL 60602

Timothy E. Horton
Ungaretti & Harris LLP
3500 Three First National Plaza
Chicago, IL 60602

Tobin, Munoz, & Petkus
3 First National Plaza
Ste. 1950
Chicago, IL 60602

Ubaldo Sandoval
3303 S. Bell
Chicago, IL 60608

Umbertina Gomez
1417 S. 57th Avenue
Cicero, IL 60804

Victor Reyes
c/o Ebro Foods
1330 W. 43rd Street
Chicago, IL 60609

Walkitoff
c/o Adam Walsh
3631 N. Hamilton
Chicago, IL 60618

Weyerhaeuser Co.
c/o Teller Levit Silvertrust
11 East Adams, 8th Floor
Chicago, IL 60603