# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: April 14, 2010 at 9:30am |
| | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on April 14, 2009 at 9:30am., or as soon thereafter as I may be heard, I will appear before the Honorable Eugene Wedoff, or any other judge sitting in his stead, in Courtroom 744, Dirksen Federal Building, 219 S. Dearborn, Chicago, Illinois, and there and then shall I seek relief and present the attached Motion to Extend Time to File Response to Silgan Equipment Company's Motion to Compel Debtor, copies of which are enclosed and are hereby served upon you.

/s/ Philip Groben
One of Debtor's attorneys

Forrest L. Ingram
Philip Groben
Forrest L. Ingram, P.C.
79 W. Monroe St., Suite 1210
Chicago, IL  60603
(312) 759-2838

## CERTIFICATE OF SERVICE

I, Philip Groben, an attorney, certify that I have served a true and correct copy of the above and foregoing notice and the documents to which it refers on those whose names appear on the attached services list by electronic case filing, or by US Mail, as indicated on the list, on March 30, 2010.

/s/Philip Groben

## SERVICE LIST

**Via U.S. Mail:**
**Debtor**
Ebro Foods, Inc.
1330 W. 43rd St.
Chicago, IL 60609

**Silgan Equipment Company**
1140 31st. Street
Downers Grove, IL 60515

**Via CM/ECF:**
**US Trustee**
William T. Neary
Office of the United States Trustee
Northern District of Illinois
219 S. Dearborn St., Room 873
Chicago, IL 60604

**Silgan Equipment Co.**
c/o Douglas Chalmers
Douglas M. Chalmers, P.C.
77 West Wacker Drive, Suite 4800
Chicago, IL 60601

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: April 14, 2010 at 9:30am |
| | ) | |

**DEBTOR'S MOTION TO EXTEND TIME TO FILE RESPONSE TO SILGAN EQUIPMENT COMPANY'S MOTION TO COMPEL THE DEBTOR TO ASSUME OR REJECT THE UNEXPIRED EQUIPMENT LEASE, TO COMPEL THE DEBTOR TO TIMELY PERFORM ALL ITS OBLIGATIONS UNDER THE LEASE AGREEMENT, FOR PAYMENT OF AN ADMINISTRATIVE EXPENSE, OR, IN THE ALTERNATIVE, FOR RELIEF FROM THE AUTOMATIC STAY**

NOW COMES the Debtor and Debtor in Possession, Ebro Foods, Inc., ("Debtor" or "Ebro") by and through its attorneys at Forrest L. Ingram, P.C., file this motion to extend the deadline to file a response to opposing the above-captioned Motion of Silgan Equipment Company to Compel the Debtor, states as follows.

1. On March 1, 2010, Silgan Equipment Company ("Silgan") brought a motion to compel the Debtor to assume or reject an unexpired equipment lease (the "Motion"). The Motion was first heard on March 9, 2010.

2. The Court gave the Debtor until March 30, 2010 to file a response to the Motion, with a reply from Silgan, if necessary, being due April 9, 2010.

3. Debtor wishes to enter into a settlement agreement with Silgan which will resolve all issues presented in the Motion. The Debtor believes, based upon informal discussions and past behavior, that it and Silgan can quickly come to a settlement agreement. Unfortunately, Silgan's

attorney is out of town for the week of March 29, 2010, and a necessary part of the

communication circuit is therefore absent.

    4.   The Debtor wishes to extend its deadline to file a response to the Motion to April 6, 2010.

The Debtor believes that upon settlement with Silgan its response will no longer be necessary.  If

a response is necessary it will give Silgan three full days to make a reply, and of course the

Debtor will not object if Silgan requires additional time in formulating its reply.

    WHEREFORE, the Debtor, Ebro Foods, Inc. respectfully requests that this Honorable Court

extend the deadline for Debtor to a response to Silgan Equipment's Motion to Compel to April 6,

2010, and grant the Debtor such other and further relief as this Court deems just and equitable.

                                                Respectfully submitted,

                                                Ebro Foods, Inc.

                       By:    /s/ Philip Groben
                                One of its attorneys

Forrest L. Ingram #3129032
Philip Groben
Michael Ohlman
Forrest L. Ingram P.C.
79 West Monroe, Suite 900
Chicago, Illinois 60603
(312) 759-2838