IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: April 6, 2010 at 9:30 A.M. |

ORDER GRANTING THIRD INTERIM APPLICATION OF FORREST L. INGRAM,
P.C. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the Third Interim Application of FORREST L. INGRAM, P.C. for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. FORREST L. INGRAM, P.C. is awarded $67,250.50 [handwritten, replacing struck-through $67,813.50] of the professional compensation requested for the time period beginning October 1, 2009 and ending February 28, 2010.

2. FORREST L. INGRAM, P.C. is awarded $177.60 for reimbursement of expenses for the time period beginning October 1, 2009 and ending February 28, 2010.

3. ~~In addition to other fees previously awarded, Debtor, EBRO FOODS, INC., is authorized to pay to FORREST L. INGRAM, P.C. for professional compensation and reimbursement of expenses a total of $67,991.10~~ $67,428.10 [handwritten]

Dated: 6 APR 2010

BY THE COURT:

/s/ Eugene R. Wedoff
The Honorable Eugene R. Wedoff
United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.

1