UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

APR - 6 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

In re:                                )
                                      )
                                      )    Case No. 09 B 10101
    EBRO FOODS, INC.                  )
                                      )
                                      )
                                      )    Chapter 11
                                      )
        Debtor                        )
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO FORREST L. INGRAM, P.C., ATTORNEYS FOR THE DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $67,813.50 | TOTAL COSTS REQUESTED: | $177.60 |
| TOTAL FEES REDUCED: | $563.00 | TOTAL COSTS REDUCED: | $0.00 |
| TOTAL FEES ALLOWED: | $67,250.50 | TOTAL COSTS ALLOWED: | $177.60 |

**TOTAL FEES AND COSTS ALLOWED: $67,428.10**

THE COURT HAS MARKED THE ATTACHED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART. THE BASIS FOR EACH DISALLOWANCE IS DISCLOSED BY THE NUMERICAL NOTATION THAT APPEARS ON THE LEFT SIDE OF EACH HIGHLIGHTED ENTRY. THE NUMERICAL NOTATIONS REFER TO THE ENUMERATED PARAGRAPHS BELOW.

**(1)    Clerical Work Not Compensable**

The court disallows the compensation of clerical or stenographic employees of the professional for the performance of routine clerical or administrative activities in the normal course of the professional's business, such as photocopying, secretarial work, or routine filing. Such activities are not in the nature of professional services and must be absorbed by the applicant's firm as an overhead expense. *In re Dimas, LLC*, 357 B.R. 563, 577 (Bankr. N.D. Cal. 2006) (citing *Missouri v. Jenkins*, 491 U.S. 274, 288 n. 10 (1989)). *See also In re Chellino*, 209 B.R. 106, 114 (Bankr. C.D. Ill. 1996) (Paralegal, but not "clerk" services entitled to compensation at an hourly rate; clerk activities are overhead of the professional); *Souza v. Miguel*, 32 F.3d 1370, 1375 (9th Cir. 1994) (Trustee not entitled to reimbursement or compensation of overhead expenses such as secretarial, stenographic, clerical, and routine messenger services).

Dated: April 6, 2010

_____
Eugene R. Wedoff
United States Bankruptcy Judge

|  |  | Forrest L. Ingram, P.C.<br>Attorneys and Counsellors<br>79 W. Monroe, Suite 900<br>Chicago, IL 60603-4907 | Ebro |  |  |
|---|---|---|---|---|---|
| Date | Nature | Item | Atty | Time | Fee |
| 10/1/09 | Admin | spoke to Silvio re: IRS issue | Clerk | 0.1 | $9.00 |
| 10/1/09 | Admin | spoke to Rose Barrera at Stokes office re: requests to admit | Clerk | 0.1 | $9.00 |
| 10/3/09 | Admin | Draft case management. | FLI | 0.2 | $88.00 |
| 10/5/09 | Admin | phone conversation w/ Mimi, Silvio re: G&G v Ebro trial | Clerk | 0.5 | $45.00 |
| 10/6/09 | Admin | phone call with IRS re: proof of claim and objections | MOV | 0.2 | $40.00 |
| 10/7/09 | Admin | phone correspondence with Mimi re: 09 A 500 trial | Clerk | 0.1 | $9.00 |
| 10/8/09 | Admin | Emailed re: disclosure statement and plan | Clerk2 | 0.2 | $18.00 |
| 10/9/09 | Admin | phone conversation w/ Mimi Re: tax issue and its appeal | Clerk | 0.1 | $9.00 |
| 10/13/09 | Admin | Draft and File Motion to Extend time to file DS&P | Clerk2 | 0.4 ~~0.8~~ | 36 ~~$72.00~~ ① |
| 10/14/09 | Admin | filed second fee application | Clerk | 0.3 | $27.00 ① |
| 10/15/09 | Admin | spoke with Silvio on phone re: post-petition payments to IRS | Clerk | 0.1 | $9.00 |
| 10/15/09 | Admin | Collect, Organize and File Monthly Operating Report and UST Quarterly fee statement | Clerk2 | 0.6 | $54.00 |
| 10/21/09 | Admin | Scan and email US Trustee's fee statements | Clerk2 | 0.3 | $27.00 ① |
| 10/21/09 | Admin | Reviewed G&G's Adversary trial brief - atty conference with VC re: same | MOV | 0.3 | $60.00 |
| 10/22/09 | Admin | Attorney Conference with PG re: IRS claims and amounts due | MOV | 0.3 | $60.00 |
| 10/22/09 | Admin | Phone call to opposing counsel M. Smith re: UCC-1 | MOV | 0.1 | $20.00 |
| 10/22/09 | Admin | Email to opposing counsel M. Smith following up on UCC-1 | MOV | 0.2 | $40.00 |
| 10/26/09 | Admin | reviewed Harvest's Motion for PACA and objection to fee app | Clerk | 0.5 | $45.00 |
| 10/27/09 | Admin | phone call with and email to Silvio re: Harvest PACA; G&G Bief | Clerk | 0.1 | $9.00 |
| 10/27/09 | Admin | conferenced with FLI re: G&G Brief | Clerk | 0.1 | $9.00 |
| 10/29/09 | Admin | conference with FLI re: responses to upcoming motions | Clerk | 0.2 | $18.00 |
| 10/30/09 | Admin | talked on phone w/ Mimi re: current issues | Clerk | 0.3 | $27.00 |
| 10/30/09 | Admin | two conferences with MO re: PACA | Clerk | 0.5 | $45.00 |
| 11/2/09 | Admin | atty conference with PG re: taxes in plan | MOV | 0.2 | $40.00 |
| 11/3/09 | Admin | Spoke with JON re state court case involving Bank of America. | FLI | 0.2 | $88.00 |
| 11/7/09 | Admin | Review emails from MV. | FLI | 0.1 | $44.00 |
| 11/9/09 | Admin | Confer with PG re intellectual property claimed by debtor; direct PG to contact client re same. | FLI | 0.1 | $44.00 |

Margin annotations: -36, -27, -27

EXHIBIT B

| Date | Type | Description | Staff | Hours | Amount |
|---|---|---|---|---|---|
| 11/9/09 | Admin | Update Schedule E: Full Priority treatment of wages past due | PG | 0.4 | $70.00 |
| 11/11/09 | Admin | Spoke with JON re Ebro's plan, adveersarial matters, and othr matters affecting Ebro and its principals. | FLI | 0.2 | $88.00 |
| 11/11/09 | Admin | Edited Objection to Claim #4 | PG | 0.2 | $35.00 |
| 11/11/09 | Admin | Drafted Objection to Claim #19 (.7) and order (.1) | PG | 0.8 | $140.00 |
| 11/11/09 | Admin | Research on PACA trust ownership and control, and applicability to proofs of claim | PG | 1.3 | $227.50 |
| 11/11/09 | Admin | Edited Objection to Claim #26 | PG | 0.2 | $35.00 |
| 11/11/09 | Admin | Edited Objection to Claim #27 | PG | 0.2 | $35.00 |
| 11/11/09 | Admin | Edited Objection to Claim #28 | PG | 0.2 | $35.00 |
| 11/11/09 | Admin | Edited Objection to Claim #29 | PG | 0.2 | $35.00 |
| 11/11/09 | Admin | Edited Objection to Claim #25 | PG | 0.2 | $35.00 |
| 11/11/09 | Admin | Email to client re: LaSalle Bank UCC Financing Statement | PG | 0.1 | $17.50 |
| 11/11/09 | Admin | phone meeting w/ Mimi, Silvio and FLI, PG re: various issues | VC | 1.0 | $175.00 |
| 11/12/09 | Admin | Drafted Objection to Claim #22 (1.3) and order (.1) | PG | 1.4 | $245.00 |
| 11/12/09 | Admin | Drafted Objection to Claim #24 (1.1) and order (.1) | PG | 1.2 | $210.00 |
| 11/12/09 | Admin | Drafted Objection to Claim #19 (1.2) and order (.1) | PG | 1.3 | $227.50 |
| 11/13/09 | Admin | Edit Claim Objection #22 | PG | 0.5 | $87.50 |
| 11/13/09 | Admin | Edit Claim #19 | PG | 0.5 | $87.50 |
| 11/13/09 | Admin | Edit Claim Objection #24 | PG | 0.5 | $87.50 |
| 11/13/09 | Admin | Phone call with client re: negotiations with Bank of America, UST's motion to dismiss or convert, and status of Harvest Foods claim | PG | 0.3 | $52.50 |
| 11/16/09 | Admin | Drafted Objection to Claim #3 (.8) and order (.1) | PG | 0.9 | $157.50 |
| 11/16/09 | Admin | Drafted email to Jim Belen re: Clifton Gunderson's waiver of proof of claim No. 3 | PG | 0.2 | $35.00 |
| 11/16/09 | Admin | Filed objections to claim Nos. 4, 19, 22, 24, 25, 26, 27, 28, 29 | PG | 1.1 | $192.50 |
| 11/16/09 | Admin | Filed Monthly Opperating Reports | PG | 0.4 | $70.00 |
| 11/16/09 | Admin | Service for objections to claim Nos. 4, 19, 22, 24, 25, 26, 27, 28, 29 | PG | 0.8 | $140.00 |
| 11/17/09 | Admin | Drafting Harvest Foods setttlement letter | PG | 0.7 | $122.50 |
| 11/17/09 | Admin | conferencing w/ FLI, Silvio re: settlement offer to Harvest; drafted same and sent out the same | VC | 0.6 | $105.00 |
| 11/18/09 | Admin | conference w/ FLI re: Harvest settlement | VC | 0.1 | $17.50 |
| 11/23/09 | Admin | reviewed consent judgment from Harvest | VC | 0.3 | $52.50 |

-14() ⓝ

-36 

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 12/10/09 | Admin | Picking up transcript at Dirksen building | Clerk2 | 0.4 | $36.00 |
| 12/10/09 | Admin | Give directions to PG re various matters, including amending disclosure statement and plan, filing operating report for November, preparing cash collateral order, and objecting to claims.. | FLJ | 0.2 | $88.00 |
| 12/10/09 | Admin | Email to client re status and what needs to be done. | FLJ | 0.1 | $44.00 |
| 12/10/09 | Admin | Motion to extend time to file DS&P | PG | 0.6 | $105.00 |
| 12/10/09 | Admin | Filed motion to extend time to file DS&P | PG | 0.2 | $35.00 |
| 12/10/09 | Admin | reviewed transcripts of hearings with Harvest | VC | 0.3 | $52.50 |
| 12/11/09 | Admin | Email to client re: November operating reports due | PG | 0.2 | $35.00 |
| 12/11/09 | Admin | Drafted withdrawal of objection to claim no. 25 | PG | 0.4 | $70.00 |
| 12/11/09 | Admin | Filed withdrawal of objection to claim no 25. | PG | 0.2 | $35.00 |
| 12/11/09 | Admin | email with FLJ re: harvest claim against individuals | VC | 0.1 | $17.50 |
| 12/15/09 | Admin | Spoke with VC re results of court rulings this morning. | FLJ | 0.1 | $44.00 |
| 12/15/09 | Admin | Email to clienrts re results of court rulings this morning, with commentary and requests for information and action. | FLJ | 0.2 | $88.00 |
| 12/15/09 | Admin | Preparation for for presentation of motions in Court | PG | 0.5 | $87.50 |
| 12/15/09 | Admin | Court appearance re: Motion to extend deadline, cash collateral motions | PG | 1.1 | $192.50 |
| 12/15/09 | Admin | Preperation (.3) and filing (.2) of monthly cash summaries | PG | 0.5 | $87.50 |
| 12/15/09 | Admin | Drafted Cash Collateral Order | PG | 1.6 | $280.00 |
| 12/17/09 | Admin | Dratfed amended motion for use and restriction of cash collateral | PG | 2.5 | $437.50 |
| 12/17/09 | Admin | conference, emails with FLJ re: Harvest payment | VC | 0.3 | $52.50 |
| 12/17/09 | Admin | reviewed Harvest atty timesheets | VC | 1.1 | $192.50 |
| 12/17/09 | Admin | talked on phone to client re: Harvest total claim amount | VC | 0.1 | $17.50 |
| 12/18/09 | Admin | Drafted amended order for use nad restriction of cash collateral | PG | 1.4 | $245.00 |
| 12/18/09 | Admin | Phonecall with client re: PACA payments to Harvest Foods | PG | 0.1 | $17.50 |
| 12/18/09 | Admin | Drafted email to Michael Keaton re: Error in check sent in payment of PACA trust | PG | 0.1 | $17.50 |
| 12/21/09 | Admin | Researching options to avoid foreclosure | Clerk2 | 1.5 | $135.00 |
| 12/21/09 | Admin | Review email exchanges with Harvest Food Group. | FLJ | 0.1 | $44.00 |
| 12/22/09 | Admin | Researching options to avoid foreclosure | Clerk2 | 2.0 | $180.00 |
| 12/22/09 | Admin | Phone call with IRS re: cash collateral order | PG | 0.2 | $35.00 |
| 12/22/09 | Admin | Preparation for court appearance on claims objections | PG | 1.1 | $192.50 |
| 12/22/09 | Admin | conference w/ PG re: agreed order with Ebro/Harvest up tomorrow | VC | 0.1 | $17.50 |
| 12/23/09 | Admin | Appearance in Court re: claims objections | PG | 1.2 | $210.00 |

| Date | Type | Description | Atty | Hours | Amount |
|---|---|---|---|---|---|
| 12/30/09 | Admin | Email to client re: amended plan | PG | 0.1 | $17.50 |
| 12/30/09 | Admin | Phone call with Morgan Smith re: Rule 3012 valuation of security | PG | 0.2 | $35.00 |
| 12/30/09 | Admin | Phone call with IRS re: agreed order valuing security, agreed cash collateral order, amended proof of claim | PG | 0.3 | $52.50 |
| 12/30/09 | Admin | Phone call with Bank of America re: agreed order valuing security | PG | 0.2 | $35.00 |
| 1/5/10 | Admin | Prepared Clifton Gunderson's application for fees | PG | 0.7 | $136.50 |
| 1/6/10 | Admin | Email to clients re status and all that needs to be done prior to submitting a revised plan for confirmation. | FLI | 0.2 | $90.00 |
| 1/8/10 | Admin | Conference call with Bank of America and IRS re: extent, validity & priority of liens | PG | 0.4 | $78.00 |
| 1/11/10 | Admin | Email to client re: monthly and quarterly disbursement summaries | PG | 0.1 | $19.50 |
| 1/12/10 | Admin | Preparation for court re: Rule 3012 motions, objections to claim | PG | 0.7 | $136.50 |
| 1/12/10 | Admin | Court appearance re: Rule 3012 motions, objections to claim | PG | 0.8 | $156.00 |
| 1/13/10 | Admin | Appeared in court on motion to extend DS&P | MOV | 0.5 | $110.00 |
| 1/13/10 | Admin | Phone call with client re: agreed order, bank's security interest in estate property, phone lines | PG | 0.4 | $78.00 |
| 1/14/10 | Admin | Dropping of Draft Order for Ebro at Wedoff's Clerk's Office | Clerk2 | 0.4 | $36.00 |
| 1/15/10 | Admin | Preparation and filing of December disbursement summary and fourth quarter fee statement | PG | 0.4 | $78.00 |
| 1/18/10 | Admin | Meet with PG re status of case, including litigation, disclosure statement and plan, financing, and other items. | FLI | 0.2 | $90.00 |
| 1/18/10 | Admin | Exchange emails with GM re lease arrangement beetween Ebro Foods and Ebro RE. Discuss same with PG. | FLI | 0.4 | $180.00 |
| 1/19/10 | Admin | Conference call with Silvio, Mimi, PG, and VC re various matters, including Harvest Foods claim, court's order, Bank of America, lease for Ebro Foods, and other matters. | FLI | 0.7 | $315.00 |
| 1/19/10 | Admin | Preparation for court re: claims objections | PG | 0.1 | $19.50 |
| 1/19/10 | Admin | Court appearance re: cash collateral, claims objections | PG | 0.8 | $156.00 |
| 1/19/10 | Admin | Phone call with client re: Case Status | PG | 0.3 | $58.50 |
| 1/19/10 | Admin | conference with PG and FLI re: treatment of Harvest atty's fees claim | VC | 0.3 | $58.50 |
| 1/19/10 | Admin | conference w/ client, FLI, PG re: current issues | VC | 0.3 | $58.50 |
| 1/20/10 | Admin | conference w/ FLI re: payment of Harvest fees | VC | 0.2 | $39.00 |
| 1/25/10 | Admin | Phone call with client re: cash collateral and IRS claim | PG | 0.1 | $19.50 |

-36   (1)

| Date | Type | Description | Person | Hours | Amount |
|---|---|---|---|---|---|
| 1/27/10 | Admin | Drafting notice and motion for leave to file objection to Harvests Attorneys Fees | Clerk2 | 1.2 | $108.00 |
| 1/27/10 | Admin | Email to client re everything that transpired in court this morning with respect to the two adversaries, the use of cash collateral, and the disclosure statement and plan. | FLI | 0.2 | $90.00 |
| 1/27/10 | Admin | Preparation for court re: claims objections, cash collateral, Clifton Gunderson fee app, G&G Peppers | PG | 1.1 | $214.50 |
| 1/27/10 | Admin | Court appearance re: claims objections, cash collateral, Clifton Gunderson fee app, G&G Peppers | PG | 0.7 | $136.50 |
| 1/28/10 | Admin | picked up ledger and other tax information from IRS office | VC | 0.3 | $58.50 |
| 2/1/10 | Admin | Email to Clifton Gunderson re: December Invoice | PG | 0.2 | $39.00 |
| 2/2/10 | Admin | Preparation for court: Harvest motions, IRS issues and cash collateral | PG | 0.5 | $97.50 |
| 2/2/10 | Admin | Phone call with IRS re: motion for use of cash collateral | PG | 0.1 | $19.50 |
| 2/2/10 | Admin | Court appearance: Harvest motions, IRS issues, cash collateral | PG | 0.7 | $136.50 |
| 2/2/10 | Admin | Email to client: IRS cash collateral issues, requirements for the second amended plan. | PG | 0.2 | $39.00 |
| 2/3/10 | Admin | Phone call with U.S. Bankruptcy Court clerk regarding filing of US Trustee fee documents | PG | 0.1 | $19.50 |
| 2/9/10 | Admin | email to opposing counsel re: order entered in court re: fees | MOV | 0.2 | $44.00 |
| 2/9/10 | Admin | ordered transcript of proceedings from 2/9/10 | MOV | 0.1 | $22.00 |
| 2/11/10 | Admin | Drafting Budget and Plan Payment | PG | 0.4 | $78.00 |
| 2/12/10 | Admin | Mailing out notice of filing for motion to incur debt | Clerk2 | 1.5 | $135.00 |
| 2/12/10 | Admin | Review and revise lease between Ebro Foods and Ebro RE. | FLI | 1.0 | $450.00 |
| 2/12/10 | Admin | Email to client and PG re changes in lease agreement. | FLI | 0.1 | $45.00 |
| 2/12/10 | Admin | Make further revisions to lease; obtain signatures from lessor and lessee. | FLI | 0.3 | $135.00 |
| 2/12/10 | Admin | Review of Ebro / Ebro RE Lease | PG | 0.7 | $136.50 |
| 2/12/10 | Admin | Drafted Mortion to incur indebtedness | PG | 0.4 | $78.00 |
| 2/12/10 | Admin | Drafted Motion to incur debt | PG | 0.3 | $58.50 |
| 2/12/10 | Admin | Drafted and filed notice of filing plan | PG | 0.2 | $39.00 |
| 2/12/10 | Admin | Filed motion to incue debt | PG | 1.5 | $292.50 |
| 2/15/10 | Admin | Filed operating reports for January 2010 | PG | 0.2 | $39.00 |
| 2/23/10 | Admin | Email to clients re status and re work that must be completed by March 9, 2010. | FLI | 0.2 | $90.00 |

Handwritten annotations: "-135" next to 2/12/10 row; "①" on right margin.

| Date | | Description | | | |
|---|---|---|---|---|---|
| 10/9/09 | CM | Review email from ESI; forward to clients with questions. | FLJ | 0.1 | $44.00 |
| 10/9/09 | CM | Confrence with VC re another PACA claimant. | FLJ | 0.1 | $44.00 |
| 10/27/09 | CM | drafted response to Harvest's PACA Claim | Clerk | 1.4 | $126.00 |
| 10/27/09 | CM | Prepare for court re cashc collateral order. | FLJ | 0.2 | $88.00 |
| 10/27/09 | CM | Spoke with Beka Djuraskovic at the IRS re continuing cash collateral orde. | FLJ | 0.1 | $44.00 |
| 10/27/09 | CM | Court appearance re status of cash collateral order; Continued to 11/24/09 at 10:00 A.M. | FLJ | 0.4 | $176.00 |
| 10/27/09 | CM | Discuss with VC the new PACA motion and our response to it. | FLJ | 0.1 | $44.00 |
| 10/28/09 | CM | Direct MO to attend court re motion to lift stay. | FLJ | 0.1 | $44.00 |
| 10/28/09 | CM | Spoke with MO re court's order lifting the stay. | FLJ | 0.1 | $44.00 |
| 10/31/09 | CM | Review documents and emails; draft and send email to Howard Adelman and Erick Buck re resolving matter with ESI. | FLJ | 0.5 | $220.00 |
| 11/3/09 | CM | drafted response to Harvest objection to second fee app | Clerk | 0.5 | $45.00 |
| 11/3/09 | CM | conference w/ FLJ re: response to Harvest PACA Claim | Clerk | 0.2 | $18.00 |
| 11/3/09 | CM | filed, served, delivered courtesy copy of response to Harvest obj | Clerk | 0.6 | $54.00 |
| 11/3/09 | CM | Spoke at length with Mike Keaton re Harvest Food Group, Inc. re settlement. | FLJ | 0.5 | $220.00 |
| 11/3/09 | CM | Email to clients re Harvest Food Group PACA claim and possible settlement. | FLJ | 0.3 | $132.00 |
| 11/4/09 | CM | Court appearance re Harvest Food's motion to compel. Conference with Mike Keaton; get continuance. | FLJ | 0.4 | $176.00 |
| 11/4/09 | CM | Meet with PG and VC re Harvest motion and possible settlement. | FLJ | 0.2 | $88.00 |
| 11/13/09 | CM | Direct VC to draft settlement letter to Mike Keaton re settling the PACA trust claim of Harvest Foods. | FLJ | 0.2 | $88.00 |
| 11/13/09 | CM | Review and revise draft of settlement letter to be sent to Harvest Foods. Send draft to clients and legal team for comments. | FLJ | 0.5 | $220.00 |
| 11/13/09 | CM | drafted settlement offer for Harvest | VC | 0.6 | $105.00 |
| 11/17/09 | CM | conference w/ FLJ re: adv complaints against BofA, Harvest Food negotiations | VC | 0.3 | $52.50 |
| 11/18/09 | CM | Court appearance re Harvest Food's motion to compel. | FLJ | 0.2 | $88.00 |
| 11/18/09 | CM | Conference call with SV and MV and PG re Harvest's motion to compel. | FLJ | 0.2 | $88.00 |
| 11/24/09 | CM | Prepare for court hearing on cash collateral. Spoke with PG re call from IRS attorney. | FLJ | 0.2 | $88.00 |

-54

①

| Date | Type | Description | Atty | Hrs | Amount |
|---|---|---|---|---|---|
| 1/27/10 | Obj | Court appearance re objections to Claims 22 and 24; draft order withdrawing objections. | FLI | 0.2 | $90.00 |
| 12/31/09 | Post-Tr | reviewed attorney's fees and filings for Harvest email to VC, FLI and PG re: same - notes to file re: same | MOV | 0.7 | $140.00 |
| 2/9/10 | Post-Tr | began motion to reconsider ruling on atty's fees with G&G | VC | 1.0 | $195.00 |
| 2/11/10 | Post-Tr | continued work on motion to reconsider | VC | 1.0 | $195.00 |
| 10/1/09 | Pre-Tr | Pre trial preparations for G&G v Ebro AP | Clerk | 2.0 | $180.00 |
| 10/2/09 | Pre-Tr | compiled witness/exhibit list and served to other side | Clerk | 2.5 | $225.00 |
| 10/2/09 | Pre-Tr | outlined defense strategies 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/2/09 | Pre-Tr | conferenced with Bart Botta re: defense 09 A 500 | Clerk | 0.1 | $9.00 |
| 10/2/09 | Pre-Tr | conferenced with FLI re: defense strategy and exhibits/witnesses | Clerk | 0.2 | $18.00 |
| 10/2/09 | Pre-Tr | reviewed G&G exhibits/witnesses | Clerk | 0.6 | $54.00 |
| 10/2/09 | Pre-Tr | spoke with Mimi and Silvio over the phone re: possible settlement | Clerk | 0.1 | $9.00 |
| 10/2/09 | Pre-Tr | correspondence with Craig Stokes Office | Clerk | 0.2 | $18.00 |
| 10/2/09 | Pre-Tr | drafted subpoenas and served on Stokes, 09 A 500 | Clerk | 0.3 | $27.00 |
| 10/3/09 | Pre-Tr | filed exhibit and witness lists in 09 AP 500 | Clerk | 0.2 | $18.00 |
| 10/5/09 | Pre-Tr | conference w/ FLI re: defense for G&G v Ebro trial | Clerk | 0.3 | $27.00 |
| 10/6/09 | Pre-Tr | drafted analysis of defense/op and closing args along with case law | Clerk | 4.0 | $360.00 |
| 10/6/09 | Pre-Tr | assembled list of exhibits onto cd-rom to give to court 09 A 500 | Clerk | 0.5 | $45.00 |
| 10/6/09 | Pre-Tr | meeting with FLI and Mimi/Silvio regarding trial 09 A 500 | Clerk | 1.3 | $117.00 |
| 10/6/09 | Pre-Tr | gave court new cd-rom of exhibits, replacing old one | Clerk | 0.3 | $27.00 |
| 10/6/09 | Pre-Tr | prepared docs of exhibits for trial tomorrow 09 A 500 | Clerk | 1.0 | $90.00 |
| 10/6/09 | Pre-Tr | researched bills of lading constituting "other docs" under PACA | Clerk | 0.2 | $18.00 |
| 10/7/09 | Pre-Tr | drafted analysis and argument for attys fees in PACA for trial | Clerk | 0.2 | $18.00 |
| 10/7/09 | Pre-Tr | drafted analysis and argument for b/l constituted doc under PACA | Clerk | 0.1 | $9.00 |
| 10/28/09 | Pre-Tr | Appeared in Court on ESI's motion to lift the stay | MOV | 0.6 | $120.00 |
| 12/1/09 | Pre-tr | appeared in court on mtn to compel payments | MOV | 0.6 | $120.00 |
| 10/1/09 | Resrch | read ESI's motion for relief from stay, researched topic/issue | Clerk | 1.0 | $90.00 |
| 10/5/09 | Resrch | researched PACA agreement/invoice discrepancy issue | Clerk | 3.7 | $333.00 |
| 10/5/09 | Resrch | researched "PACA TERMS" means 10 days or ambiguous issue | Clerk | 0.7 | $63.00 |
| 10/5/09 | Resrch | researched signed POs constitutes written agreement in PACA | Clerk | 0.3 | $27.00 |
| 10/6/09 | Resrch | researched availability of attorneys fees to prevailing party in PACA | Clerk | 0.2 | $18.00 |
| 10/6/09 | Resrch | researched if a B/L constitutes "other doc" under under PACA | Clerk | 0.2 | $18.00 |
| 10/7/09 | Resrch | researched availability of attorneys fees to prevailing party in PACA | Clerk | 0.2 | $18.00 |

27

| Date | Type | Description | Who | Hours | Amount |
|---|---|---|---|---|---|
| 12/3/09 | Resrch | researched necessity of PACA claimant getting paid out of Ch 11 Plan | VC | 0.5 | $87.50 |
| 12/4/09 | Resrch | researched necessity of PACA claimant getting paid out of Ch 11 Plan | VC | 1.3 | $227.50 |
| 12/7/09 | Resrch | IRS trust fund tax payments | PG | 1.3 | $227.50 |
| 12/7/09 | Resrch | researched time to pay a judgment, interest on judgments | VC | 0.5 | $87.50 |
| 12/17/09 | Resrch | researched issues of properness of fees incurred by Harvest | VC | 0.5 | $87.50 |
| 1/4/10 | Resrch | Reviewed opposing counsel's time sheets and previous filings - reviewed previous matters and cases re: atty's fees | MOV | 1.2 | $264.00 |
| 1/4/10 | Resrch | read case on atty's fees in PACA | VC | 0.2 | $39.00 |
| 1/4/10 | Resrch | researched atty's fees in PACA for objection to Harvest fees, also position of fees in plan or as part of PACA trust | VC | 0.7 | $136.50 |
| 1/5/10 | Resrch | researched treatment of PACA atty's fees in ch 11, 0.1, 450 | VC | 0.3 | $58.50 |
| 1/11/10 | Resrch | Researching leases that run with the land | Clerk2 | 2.3 | $202.50 |
| 1/12/10 | Resrch | Researching leases that run with the land | Clerk2 | 2.5 | $225.00 |
| 1/19/10 | Resrch | researched position of opposing counsel's fees in PACA, 212 | VC | 0.3 | $58.50 |
| 1/25/10 | Resrch | researched implications of Ebro RE conveying real property to Ebro | VC | 0.5 | $97.50 |
| 2/3/10 | Resrch | researched cases dealing with atty's fees to prevailing parties under PACA | VC | 0.2 | $39.00 |
| 2/10/10 | Resrch | researched whether Ebro can get atty's fees under PACA | VC | 1.0 | $195.00 |
| 10/7/09 | Trial | Attended trial G&G v Ebro, 09 A 500 | Clerk | 0.8 | $72.00 |
| 10/8/09 | Trial | Outlined facts of G&G v Ebro for draft of brief | Clerk | 2.0 | $180.00 |
| 10/9/09 | Trial | researched cases for brief in 09 A 500; "Other docs" within 499e(c | Clerk | 2.0 | $180.00 |
| 10/13/09 | Trial | First draft of Brief 09 A 500 | Clerk | 1.0 | $90.00 |
| 10/13/09 | Trial | worked on first draft of Brief 09 A 500 | Clerk | 0.5 | $45.00 |
| 10/15/09 | Trial | worked on first draft of Brief 09 A 500 | Clerk | 6.0 | $540.00 |
| 10/16/09 | Trial | worked on first draft of Brief 09 A 500 | Clerk | 2.0 | $180.00 |
| 10/17/09 | Trial | worked on first draft of Brief 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/19/09 | Trial | made revisions to trial brief 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/19/09 | Trial | trimmed down arguments in trial brief 09 A 500 | Clerk | 1.0 | $90.00 |
| 10/20/09 | Trial | attended/edited citations for trial brief 09 A 500 | Clerk | 2.0 | $180.00 |
| 10/21/09 | Trial | conference w/ MO re: final revisions to 09 A 500 Trial Brief | Clerk | 2.4 | $216.00 |
| 10/21/09 | Trial | made final revisions to trial brief 09 A 500 | Clerk | 1.5 | $135.00 |
| 10/21/09 | Trial | prepared for filing, filed and served brief 09 A 500 | Clerk | 0.5 | $45.00 |
| 10/22/09 | Trial | read G&G's brief, took notes on how to respond | Clerk | 0.7 | $63.00 |
| 10/27/09 | Trial | began drafted reponse to G&G Brief, 09 A 500 | Clerk | 0.7 | $63.00 |

-45

①