IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | |

## AGREED ORDER RESOLVING SILGAN EQUIPMENT COMPANY'S MOTION TO COMPEL DEBTOR TO ASSUME OR REJECT LEASE

This matter came to be heard on the motion of Silgan Equipment Company ("Silgan"), creditor of Debtor and Debtor in Possession Ebro Foods, Inc. (the "Debtor" or "Ebro"), to compel the Debtor to assume or reject a lease for certain pieces of equipment (the "Motion"). This Court, having deemed sufficient notice to have been given and the Court being fully advised in these premises;

**IT IS HEREBY ORDERED:**

1. Upon the entry of this order Ebro shall pay to Silgan the amount of $11,645.25.

2. Upon entry of this order Silgan shall amend Proof of Claim No. 25 so that the claim seeks approval of an unsecured claim in the amount of $8,550.75. Ebro shall not object if Silgan makes such an amendment.

3. Ebro shall pay to Silgan the amount of $10,000 on or before May 15, 2010.

4. Upon receipt of the total amount of $21,645.25, Silgan will transfer full ownership of the equipment at issue in its Motion. Equipment at issue in the Motion includes; VE1204LJG Sealing Mach.–Standard, VE1270LJG Sealing Mach.–Standard, 6R17D-1552 Hopper, 6R17D-1111 Hopper, 51R9A-0936 Dud Detector, 51R9A-0997 Dud

Detector, 53-89RTS CP Sealing Mach CP, 77RTO MCP Sealing Mach CP, 27-30DTOCP Hopper C.P. (collectively referred to as the "Equipment").

5. Equipment shall be taken by Ebro "as is" and without warranty or recourse of any kind.

6. Upon entry of this order, Silgan shall resume sale of replacement parts to Ebro on a cash-in-advance basis.

7. Silgan shall release Ebro of any and all other obligations arising from the 2008-2009 Lease or the 2009-2010 Lease. Ebro hereby releases Silgan from any and all claims arising prior to or in connection with the bankruptcy.

AGREED:

Philp Groben
Counsel of the Debtor, Ebro Foods, Inc.
79 W. Monroe St., Ste 900
Chicago, IL 60603
(312) 759-2838
Date: 4/20/2010

Douglas Chalmers
Counsel of Silgan Equipment Company
77 West Wacker Drive, Suite 4800
Chicago, IL 60601
(312) 606-8700
Date: 4/21/10

ENTERED:

Date: 21 APR 2010

BY THE COURT

Hon. Eugene Wedoff
United States Bankruptcy Judge

This order was prepared by
Forrest L. Ingram, P.C.