| Transaction Date | Engagement | Rate | Hours | Transaction Amount | Staff Name | Charge Acc | Detail |
|---|---|---|---|---|---|---|---|
| 12/30/2009 | ACCOUNTING SERVICES | 300 | 0.6 | 180 | Belen, James | Out of Scope Work | finish review 4/08; TCW Silvito re: WTB; plan 4/09 |
| 1/4/2010 | ACCOUNTING SERVICES | 170 | 0.75 | 127.5 | Arnold, Laurenne | Monthly/quarterly accounting | Prepare PBC listing for client for 4/30/09 |
| 1/4/2010 | ACCOUNTING SERVICES | 300 | 0.4 | 120 | Belen, James | Out of Scope Work | with silvito; with laurenne re: issues |
| 1/6/2010 | ACCOUNTING SERVICES | 300 | 0.3 | 90 | Belen, James | Monthly/quarterly accounting | TCW Silvito re: planning, etc |
| 1/6/2010 | ACCOUNTING SERVICES | 210 | 0.25 | 52.5 | Weckel, Donald | Out of Scope Work | helping LA. |
| 1/6/2010 | 1120 PREP 2007 | 170 | 5.5 | 935 | Arnold, Laurenne | Preparation | Prepare 4/30/08 tax return |
| 1/8/2010 | ACCOUNTING SERVICES | 170 | 0.5 | 85 | Arnold, Laurenne | Monthly/quarterly accounting | Phone calls with client & fax AJE's |
| 1/8/2010 | 1120 PREP 2008 | 100 | 0.15 | 15 | Eichelberg, Karen | Administration (Tax) | scan & check documents |
| 1/11/2010 | ACCOUNTING SERVICES | 170 | 0.5 | 85 | Arnold, Laurenne | Monthly/quarterly accounting | Prep for field work |
| 1/12/2010 | ACCOUNTING SERVICES | 170 | 5.5 | 935 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/09 data |
| 1/12/2010 | ACCOUNTING SERVICES | 170 | 2.5 | 425 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/09 data - import trial balance and make aje's & prepare open item list |
| 1/12/2010 | ACCOUNTING SERVICES | 300 | 3 | 900 | Belen, James | Monthly/quarterly accounting | meeting re: 4/09 acctg; |
| 1/14/2010 | ACCOUNTING SERVICES | 170 | 3 | 510 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/09 data |
| 1/15/2010 | ACCOUNTING SERVICES | 300 | 0.5 | 150 | Belen, James | Monthly/quarterly accounting | review note history, etc |
| 1/19/2010 | ACCOUNTING SERVICES | 170 | 4.4 | 748 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/09 data (tie out due to/from account & accrued expenses, etc.) |
| 1/19/2010 | ACCOUNTING SERVICES | 210 | 0.15 | 31.5 | Weckel, Donald | Out of Scope Work | helping LA with stock retiring issues. |
| 1/26/2010 | ACCOUNTING SERVICES | 300 | 0.3 | 90 | Belen, James | Monthly/quarterly accounting | with silvito re status |
| 1/28/2010 | ACCOUNTING SERVICES | 170 | 2.5 | 425 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/09 data |
| 1/30/2010 | ACCOUNTING SERVICES | 170 | 1.25 | 212.5 | Arnold, Laurenne | Monthly/quarterly accounting | 4/30/09 data |
| 1/30/2010 | 1120 PREP 2007 | 170 | 0.25 | 42.5 | Arnold, Laurenne | Preparation | 4/30/08 tax return |
| 1/30/2010 | 1120 PREP 2008 | 170 | 1 | 170 | Arnold, Laurenne | Preparation | 4/30/09 tax return |
| 2/1/2010 | 1120 PREP 2008 | 170 | 2 | 340 | Arnold, Laurenne | Preparation | 4/30/09 tax return |
| 2/10/2010 | ACCOUNTING SERVICES | 300 | 0.3 | 90 | Belen, James | Out of Scope Work | TCW Silvito re: status etc |
| 2/10/2010 | 1120 PREP 2008 | 100 | 0.1 | 10 | Eichelberg, Karen | Administration (Tax) | draft engagement letter |
| 2/16/2010 | ACCOUNTING SERVICES | 300 | 1 | 300 | Belen, James | Out of Scope Work | re: 4/09 y/e etc, 2/15 |
| 2/18/2010 | ACCOUNTING SERVICES | 300 | 0.2 | 60 | Belen, James | Out of Scope Work | el etc |
| 2/19/2010 | ACCOUNTING SERVICES | 100 | 0.17 | 17 | Clay, Rachel | Admin Support Time | Finalize EL |
| 2/19/2010 | ACCOUNTING SERVICES | 300 | 0.3 | 90 | Belen, James | Out of Scope Work | TCW Silvito re: status etc |
| 2/20/2010 | 1120 PREP 2007 | 300 | 0.5 | 150 | Belen, James | General Review | rev law 4/08 ltr |
| 2/20/2010 | 1120 PREP 2008 | 300 | 1.5 | 450 | Belen, James | General Review | review 4/09 acctg & return |
| 2/20/2010 | 1120 PREP 2008 | 170 | 0.75 | 127.5 | Arnold, Laurenne | Preparation | Changes to workpapers & tax return |
| 2/22/2010 | 1120 PREP 2007 | 100 | 0.25 | 25 | Eichelberg, Karen | Administration (Tax) | assemble tax return |
| 2/22/2010 | 1120 PREP 2008 | 100 | 0.25 | 25 | Eichelberg, Karen | Administration (Tax) | assemble tax return |
| 2/22/2010 | 1120 PREP 2008 | 120 | 0.3 | 36 | Salley, Pamela | Administration (Tax) | Scan & Check Tax & EBS Documents |
| 02/23/2010 | 1120 PREP 2008 | 300.00 | 0.30 | 90.00 | Belen, James | Project Management | SIGN/MAIL RETURNS |
| 03/10/2010 | ACCOUNTING SERVICES | 300.00 | 0.50 | 150.00 | Belen, James | Monthly/quarterly accounting | TCW Silvito re: var 4/08 & 4/09 matters |
| 03/11/2010 | ACCOUNTING SERVICES | 170.00 | 0.4 | 84.00 | Arnold, Laurenne | Phone calls/emails from client | Phone calls with client |
| 03/12/2010 | ACCOUNTING SERVICES | 170.00 | 0.50 | 85.00 | Arnold, Laurenne | Monthly/quarterly accounting | Send client 4/30/09 TB & AJE's |
| 05/01/2010 | ACCOUNTING SERVICES | 300.00 | 0.30 | 90.00 | Belen, James | Out of Scope Work | status of acctg, etc with silvito 4/27 |
| Totals | | | 42.77 | $8,507.50 | | | |

| Staff | Hours | Amount |
|---|---|---|
| Belen, James | 10 | $3,000.00 |
| Arnold, Laurenne | 31.15 | $5,295.50 |
| Weckel, Donald | 0.4 | $84.00 |
| Eichelberg, Karen | 0.75 | $75.00 |
| Clay, Rachel | 0.17 | $17.00 |
| Salley, Pamela | 0.3 | $36.00 |

Ebro Fees Page 1 of 1