## COSTS

| Date | Engagement | Transaction Amount | Staff name | Charge Acc | Detail |
|---|---|---|---|---|---|
| 1/12/2010 | ACCOUNTING SERVICES | $18.50 | Arnold, Laurenne | Mileage | 100 less 63 = 37 x .50 |
| 1/12/2010 | ACCOUNTING SERVICES | $0.40 | Arnold, Laurenne | Tolls | Tolls |
| 2/22/2010 | 1120 PREP 2007 | $265.00 | | Other | PROSYSTEM FEES-- |
| 2/22/2010 | 1120 PREP 2008 | $280.00 | | Other | PROSYSTEM FEES-- |

Total Costs       $563.90

EXHIBIT C