### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| EBRO FOODS, INC. | ) | Judge Eugene Wedoff |
| | ) | |
| Debtor and Debtor in Possession. | ) | Case No. 09-10101 |
| | ) | |
| | ) | Hearing: June 22, 2010 at 9:30 a.m. |

### ORDER GRANTING SECOND INTERIM APPLICATION OF CLIFTON GUNDERSON, LLP FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND COSTS

THIS MATTER came to be heard on the Second Interim Application of CLIFTON GUNDERSON, LLP for Allowance and Payment of Compensation and Costs. The Court has jurisdiction over the subject matter pursuant to 28 U.S.C. § 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** as follows:

1. CLIFTON GUNDERSON, LLP is awarded **$8,507.50** of the professional compensation requested for the time period beginning December 30, 2009 and ending May 1, 2009.

2. CLIFTON GUNDERSON, LLP is awarded **$563.90** for reimbursement of expenses for the time period beginning December 30, 2009 and ending May 1, 2009.

3. Debtor is authorized and directed to pay to CLIFTON GUNDERSON, LLP for professional compensation and reimbursement of expenses a total of **$9,071.40**.

Dated:                                             BY THE COURT:


                                                   _____
                                                   The Honorable Eugene R. Wedoff
                                                   United States Bankruptcy Judge

This order was prepared
by Forrest L. Ingram, P.C.