UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re **Ebro Foods**                               )
                                                   )
                                                   )   Bankruptcy No. **09-10101**
                                                   )
                   Debtor.                         )   Chapter    **11**

COVER SHEET FOR APPLICATION FOR PROFESSIONAL COMPENSATION
(IN CASES UNDER CHAPTERS 7, 11 AND 12)

Name of Applicant: _____ Clifton Gunderson, LLP _____

Authorized to Provide Professional Services to: _____ Ebro Foods, Inc. _____

Date of Order Authorizing Employment: _____ October 1, 2009 _____

Period for Which Compensation is Sought:
From _____ December 30 _____, 2009   through _____ May 1 _____, 2010

Amount of Fees Sought:   $ 8,507.50

Amount of Expense Reimbursement Sought:   $ 563.90

This is an:   Interim Application ✓           Final Application _____

If this is *not* the first application filed herein by this professional, disclose as to all prior fee applications:

| Date Filed | Period Covered | Total Requested (Fees & Expenses) | Total Allowed (Fees & Expenses) | Fees & Expenses Previously Paid |
|---|---|---|---|---|
| 1/6/2010 | 9/1/2009 - 12/31/2009 | $6,083.19 | $6,083.19 | 0 |

Dated: _____ May 20, 2010 _____           _____ Forrest L. Ingram, P.C. _____
                                                                  (Counsel)