UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

MAY 26 2010

EUGENE R. WEDOFF,
BANKRUPTCY JUDGE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| EBRO Foods, Inc, | ) | |
| | ) | Case No. 09 B 10101 |
| | ) | |
| Debtor. | ) | Judge Eugene R. Wedoff |

**(To Be Served By Clerk)**

**NOTICE OF HEARING AND MOTION OF UNITED STATES TRUSTEE
TO CONVERT OR DISMISS CASE**

To the Debtor, its creditors, and other parties in interest:

The United States Trustee for the Northern District of Illinois hereby moves this Court pursuant to Section 1112(b) of the Bankruptcy Code to enter an order converting the above captioned Chapter 11 case to Chapter 7, or, alternatively, dismissing the case, whichever may be in the best interest of creditors and the Estate. The reason(s) for the request are: (1)Debtor informed the Court that in order to propose a plan of reorganization the property where the Debtor operates must be sold to a party who is willing to lease the premises to the Debtor, as of this date, no sale has occurred; and (2) As there has been no sale of the property, pursuant to Section 1112(b)(4)(A), there is an absence of a reasonable likelihood of rehabilitation. The United States Trustee reserves the right to raise other grounds for conversion or dismissal based on any papers filed or testimony taken at or before the hearing on this motion.

PLEASE TAKE NOTICE that a hearing on the United States Trustee's Motion is set for June 23, 2010 at 10 am before the Honorable Eugene R. Wedoff in Courtroom 744, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, at which time you may, but need not appear. This hearing may be continued from time to time without further notice to you other than the announcement in open Court of the continued date.

*Kathryn Gleason* (signature)
Kathryn Gleason, Attorney
OFFICE OF THE UNITED STATES TRUSTEE
219 S. Dearborn St, Room 873
Chicago, Illinois 60604
(312) 886-3327

DATED: May 26, 2010